ORIGINAL

1  TIMOTHY DILLON (SBN 190839)
2  DILLON & GERARDI APC
   4660 La Jolla Village Drive. #1040
3  San Diego, CA 92122
   (858) 587-1800
4  Fax (858) 587-2587
5  tdillon@dillongerardi.com    **E-filing**
6
   SPENCER D. FREEMAN (*pro hac vice* pending)
7  FREEMAN LAW FIRM, INC.
   2104 N. 30th St.
8  Tacoma, WA 98403
9  (253) 383-4500
   sfreeman@freemanlawfirm.org
10
11                 UNITED STATES DISTRICT COURT
12               NORTHERN DISTRICT OF CALIFORNIA
13
   FRASERSIDE HOLDINGS, LTD., a        Case No:
14 foreign limited liability company,     CV 10  3585
15                                    COMPLAINT FOR DAMAGES AND
              Plaintiff,             INJUNCTIVE RELIEF                BZ
16
   vs.
17
   METAINTERFACES, LLC, a California
18 limited liability company,
19
              Defendants.
20

21     Plaintiff Fraserside Holdings, Ltd., a foreign limited liability company with its

22 principal place of business located at Office 1002, 10th Floor, Nicolaou Pentadromos

23 Centre, Thessalonikis Street, 3025 Limassol, Cyprus (hereinafter "Plaintiff" or

24 "Fraserside") brings this action against METAINTERFACES, LLC, a California

25 limited liability company (hereinafter "Defendant" or "Metainterfaces"), with its

26

1 principal place of business located in San Francisco, California, and alleges as
2 follows:

3 **JURISDICTION AND VENUE**

4     1.     This is an action which arises under the Copyright Act, 17 U.S.C. § 101
5 *et seq.*, Section 32 of the Lanham Act, 15 U.S.C. §1114(1) (Direct Trademark
6 Infringement); and Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a) (False
7 Designation of Origin and Unfair Competition). This Court has jurisdiction over the
8 subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1338(a) and (b).

9     2.     This Court has original jurisdiction pursuant to 28 U.S.C. §§1331 and
10 1338(a), 17 U.S.C. § 501, 15 U.S.C. §1114(1), and 15 U.S.C. § 1125(a).

11     3.     Personal jurisdiction and venue are proper in this District pursuant to 28
12 U.S.C. §1391(b), (c) and (d), and Federal Rule of Civil Procedure 4(k)(1) and (2).

13 **PARTIES**

14     4.     Plaintiff is a foreign limited liability company with its principal place of
15 business in Limassol, Cyprus.

16     5.     Defendant is a California limited liability company, with its principal
17 place of business in San Francisco, California.

18 **FACTUAL BACKGROUND**

19     6.     Plaintiff Fraserside Holdings, Ltd is a Cyprus based company with
20 offices in Limassol, Cyprus

21     7.     Fraserside is one of the world's leading producers of high quality brand
22 driven motion picture films. Fraserside motion pictures are distributed on a wide
23 range of platforms including mobile handsets via 104 network operators in 45
24 countries, digital TV via 38 platforms in 24 countries, broadband Internet, television
25 broadcasting and sold on DVD's.

26

2
COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

8. Plaintiff's trademark and trade name "PRIVATE" as well as its derivatives, logotypes, applications and modifications and all the additional trademarks and applications are property of Cine Craft Ltd., without limitation, for all related products and services are licensed internationally to use and license all throughout the world in all formats, supports and distribution channels. For many years, the purchasing public has come to know, rely upon and recognize the trademark and trade name PRIVATE. Since in or around December 2003, Fraserside has owned Cine Craft Ltd.

9. Plaintiff owns the worldwide rights to its extensive archive of high-quality content and also licenses its trademarks internationally for a select range of luxury consumer products.

10. Metainterfaces owns and operates multiple subscription based Internet Web sites that display videos.

11. On May 11, 2009, Fraserside and Metainterfaces entered into a Content Licensing Agreement (the "License Agreement") wherein Fraserside provided Metainterfaces with 200 films in DVD format for the sole purpose of allowing Metainterfaces to provide its customers access to stream digitized parts of the films or complete films through Metainterfaces web sites. The License Agreement also granted Metainterfaces rights to display the PRIVATE trademark on Metainterfaces' web sites in conjunction with displaying the films.

12. The License Agreement specifically requires Metainterfaces to periodically but consistently notify and update Fraserside on all Metainterfaces' web sites that are providing Plaintiff's films to Metainterfaces' customers.

13. The License Agreement specifically forbids Metainterfaces from using any Plaintiff film commercially for the benefit of any third party.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

14. The License Agreement specifically forbids Metainterfaces from permitting anyone, including Metainterfaces' affiliates, from using any portion of a Plaintiff film in excess of two minutes as a promotional segment for Metainterfaces' controlled Web sites.

15. The License Agreement specifically forbids Metainterfaces from giving away Plaintiff films.

16. The License Agreement specifically requires MetaInterfaces to provide Fraserside with a list of all Internet web sites MetaInterfaces is displaying Plaintiff videos.

17. The License Agreement was executed in San Fransisco, California and the parties consented to the jurisdiction of the Courts of California.

18. Plaintiff's PRIVATE trademark and service mark have been continuously used in commerce since at least June 1968. U.S. Trademark Registration No. 1014975 was registered on July 1, 1975 and renewed on September 6, 2005.

19. Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark PRIVATE. As a result, the purchasing public has come to know, rely upon and recognize the mark PRIVATE as an international brand of high quality entertainment.

20. Plaintiff's "PRIVATE GOLD" trademark and service mark have been continuously used in commerce since at least August 2004. U.S. Trademark Registration No. 3188677 was registered on December 26, 2006.

21. Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark PRIVATE GOLD. As a result, the purchasing public has come to know, rely upon and recognize the mark PRIVATE GOLD as an international brand of high quality entertainment.

1      22.    Plaintiff's PRIVATE trademark and service mark design of two human

2 female figures has been continuously used in commerce since at least December

3 2004. U.S. Trademark Registration No. 3389749 was registered on February 26,

4 2008.

5      23.    Plaintiff has expended considerable effort and expense in promoting its

6 trademark and the goods sold under the trademark service mark design of two human

7 female figures. As a result, the purchasing public has come to know, rely upon and

8 recognize the mark design of two human female figures as indentifying Plaintiff's

9 work, an international brand of high quality entertainment.

10      24.    Plaintiff's PIRATE trademark and service mark has been continuously

11 used in commerce since at least February 24, 2000. U.S. Trademark Registration No.

12 3137445 was registered on September 5, 2006.

13      25.    Plaintiff has expended considerable effort and expense in promoting its

14 trademark and the goods sold under the trademark service mark PIRATE. As a

15 result, the purchasing public has come to know, rely upon and recognize the mark

16 PIRATE as an international brand of high quality entertainment.

17      26.    Plaintiff's trademarks and service marks discussed herein were

18 distinctive at the time of Defendant's use and remains distinctive today.

19

20                          **DEFENDANT'S UNLAWFUL CONDUCT**

21      27.    In May 2010, it was discovered that over 250 separate instances of

22 copyright infringement and multiple separate and distinct instances of trademark

23 infringement of Plaintiff's intellectual property existed on multiple web sites owned

24 and controlled by MetaInterfaces or, if not so owned and controlled, web sites

25 specifically and intentionally directing Internet users to web sites owned and

26 controlled by MetaInterfaces.

28. The manner in which the infringing Internet web sites are operated prevents a general user and/or observer from determining whether MetaInterfaces actually owns and/or controls the site or the site is that of a third party displaying Plaintiff's videos provided by Metainterfaces.

29. In the instances where MetaInterfaces owned and controlled the web site displaying Plaintiff's videos, MetaInterfaces is governed by terms of the licensing agreement that prevent and prohibit MetaInterfaces from utilizing Plaintiff's videos for the benefit of third parties in any manner.

30. In the instances where the Internet web sites displaying are owned and controlled by third parties, the Plaintiff's videos are provided by MetaInterfaces, and MetaInterfaces is governed by the terms of the licensing agreement that prevents and prohibits MetaInterfaces from giving away, Plaintiff's videos and permitting any affiliate, or other person/entity directing Internet traffic to MetaInterfaces' web sites, to use more than two minutes of a Plaintiff video.

## www.skimtube.com

31. On the Internet web site located at www.skimtube.com, Plaintiff videos are displayed.

32. Defendants have incorporated a business model which uses infringing content to attract a high volume of visitors to the site for the purpose of selling advertising.

33. In the locations on www.skimtube.com where Plaintiff videos are displayed, advertisements for third party vendors are displayed. The Plaintiff videos specifically benefit those third party advertisers.

34. When a user initiates any Plaintiff video on www.skimtube.com, a third party advertisement displays **over the Plaintiff's video** at the start of the video, at any pause of the video, and at the end of the video. The display over the Plaintiff

1  video requires direct interaction from the user in order to further display the Plaintiff
2  video. If the user does not click on a very specific location to close the
3  advertisement, the user is directed to a third party website. Plaintiff video is also
4  surrounded by additional third party advertising.

5       35.    Each Plaintiff video displayed on www.skimtube.com exceeds nine (9)
6  minutes in length.

7       36.    Each Plaintiff video displayed on www.skimtube.com is accompanied
8  with a specific statement that the video is provided "By: X-Movie," and specific link
9  to www.xmovie.com, which is owned and controlled by MetaInterfaces.

10      37.    In May 2010, www.skimtube.com displayed and offered for viewing
11  Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number
12  PA1-670-905, specifically located at
13  http://skimtube.com/index.php?search=anal%20mermaids. This copyrighted work
14  was displayed in this manner without the consent of, or licensing by, Fraserside, the
15  copyright owner and registrant of the motion picture. The Content Licensing
16  Agreement specifically prohibited MetaInterface's display in this manner or
17  MetaInterfaces permission and/or authorization for such display.

18      38.    In May 2010, www.skimtube.com displayed and offered for viewing
19  Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number
20  PA1-670-905, specifically located at http://www.skimtube.com/68969-Barbara-
21  Voice-And-Sintia-Stone-Anal-Mermaids.htm. This copyrighted work was displayed
22  in this manner without the consent of, or licensing by, Fraserside, the copyright
23  owner and registrant of the motion picture. The Content Licensing Agreement
24  specifically prohibited MetaInterface's display in this manner or MetaInterfaces
25  permission and/or authorization for such display.

26

7
COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

39.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number PA1-670-905, specifically located at

http://skimtube.com/index.php?search=anal%20mermaids. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

40.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number PA1-670-905, specifically located at http://www.skimtube.com/68664-Monika-Unco-Anal-Mermaids.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

41.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number PA1-670-905, specifically located at

http://skimtube.com/index.php?search=anal%20mermaids. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

42.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number

1  PA1-670-905, specifically located at http://www.skimtube.com/68524-Maya-Gold-
2  Anal-Mermaids.htm. This copyrighted work was displayed in this manner without
3  the consent of, or licensing by, Fraserside, the copyright owner and registrant of the
4  motion picture. The Content Licensing Agreement specifically prohibited
5  MetaInterface's display in this manner or MetaInterfaces permission and/or
6  authorization for such display.

7       43.   In May 2010, www.skimtube.com displayed and offered for viewing
8  Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number
9  PA1-670-905, specifically located at
10  http://skimtube.com/index.php?search=anal%20mermaids. This copyrighted work
11  was displayed in this manner without the consent of, or licensing by, Fraserside, the
12  copyright owner and registrant of the motion picture. The Content Licensing
13  Agreement specifically prohibited MetaInterface's display in this manner or
14  MetaInterfaces permission and/or authorization for such display.

15      44.   In May 2010, www.skimtube.com displayed and offered for viewing
16  Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number
17  PA1-670-905, specifically located at http://www.skimtube.com/68791-Dorina-And-
18  Judith-Kostner-Anal-Mermaids.htm. This copyrighted work was displayed in this
19  manner without the consent of, or licensing by, Fraserside, the copyright owner and
20  registrant of the motion picture. The Content Licensing Agreement specifically
21  prohibited MetaInterface's display in this manner or MetaInterfaces permission
22  and/or authorization for such display.

23      45.   In May 2010, www.skimtube.com displayed and offered for viewing
24  Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number
25  PA1-670-905, specifically located at
26  http://skimtube.com/index.php?search=anal%20mermaids. This copyrighted work

1  was displayed in this manner without the consent of, or licensing by, Fraserside, the
2  copyright owner and registrant of the motion picture. The Content Licensing
3  Agreement specifically prohibited MetaInterface's display in this manner or
4  MetaInterfaces permission and/or authorization for such display.

5      46.    In May 2010, www.skimtube.com displayed and offered for viewing
6  Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number
7  PA1-670-905, specifically located at http://www.skimtube.com/68523-Maya-Gold-
8  Anal-Mermaids.htm. This copyrighted work was displayed in this manner without
9  the consent of, or licensing by, Fraserside, the copyright owner and registrant of the
10 motion picture. The Content Licensing Agreement specifically prohibited
11 MetaInterface's display in this manner or MetaInterfaces permission and/or
12 authorization for such display.

13     47.    In May 2010, www.skimtube.com displayed and offered for viewing
14 Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number
15 PA1-670-905, specifically located at
16 http://skimtube.com/index.php?search=anal%20mermaids. This copyrighted work
17 was displayed in this manner without the consent of, or licensing by, Fraserside, the
18 copyright owner and registrant of the motion picture. The Content Licensing
19 Agreement specifically prohibited MetaInterface's display in this manner or
20 MetaInterfaces permission and/or authorization for such display.

21     48.    In May 2010, www.skimtube.com displayed and offered for viewing
22 Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number
23 PA1-670-905, specifically located at http://www.skimtube.com/68579-Eva-
24 Mercedes-Anal-Mermaids.htm. This copyrighted work was displayed in this manner
25 without the consent of, or licensing by, Fraserside, the copyright owner and registrant
26 of the motion picture. The Content Licensing Agreement specifically prohibited

MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

49. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number PA1-670-905, specifically located at http://www.skimtube.com/68580-Eva-Mercedes-Anal-Mermaids.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

50. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number PA1-670-905, specifically located at http://skimtube.com/index.php?search=anal%20mermaids. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

51. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number PA1-674-266, specifically located at http://skimtube.com/index.php?search=anal%20freedom. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

52.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number PA1-674-266, specifically located at http://www.skimtube.com/54742-Sadie-Jane-And-Naudia-Rio-Anal-Freedom.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

53.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number PA1-674-266, specifically located at http://skimtube.com/index.php?search=anal%20freedom. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

54.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number PA1-674-266, specifically located at http://www.skimtube.com/54710-Naudia-Rio-Anal-Freedom.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

55.   In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number

1 PA1-674-266, specifically located at

2 http://skimtube.com/index.php?search=anal%20freedom. This copyrighted work was
3 displayed in this manner without the consent of, or licensing by, Fraserside, the
4 copyright owner and registrant of the motion picture. The Content Licensing
5 Agreement specifically prohibited MetaInterface's display in this manner or
6 MetaInterfaces permission and/or authorization for such display.

7        56.    In May 2010, www.skimtube.com displayed and offered for viewing
8 Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number
9 PA1-674-266, specifically located at http://www.skimtube.com/54657-Vanilla-Skye-
10 Anal-Freedom.htm. This copyrighted work was displayed in this manner without the
11 consent of, or licensing by, Fraserside, the copyright owner and registrant of the
12 motion picture. The Content Licensing Agreement specifically prohibited
13 MetaInterface's display in this manner or MetaInterfaces permission and/or
14 authorization for such display.

15        57.    In May 2010, www.skimtube.com displayed and offered for viewing
16 Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number
17 PA1-674-266, specifically located at

18 http://skimtube.com/index.php?search=anal%20freedom. This copyrighted work was
19 displayed in this manner without the consent of, or licensing by, Fraserside, the
20 copyright owner and registrant of the motion picture. The Content Licensing
21 Agreement specifically prohibited MetaInterface's display in this manner or
22 MetaInterfaces permission and/or authorization for such display.

23        58.    In May 2010, www.skimtube.com displayed and offered for viewing
24 Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number
25 PA1-674-266, specifically located at http://www.skimtube.com/54665-Kat-Anal-
26 Freedom.htm. This copyrighted work was displayed in this manner without the

1  consent of, or licensing by, Fraserside, the copyright owner and registrant of the

2  motion picture. The Content Licensing Agreement specifically prohibited

3  MetaInterface's display in this manner or MetaInterfaces permission and/or

4  authorization for such display.

5      59.    In May 2010, www.skimtube.com displayed and offered for viewing

6  Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number

7  PA1-674-266, specifically located at http://www.skimtube.com/54643-Venus-Anal-

8  Freedom.htm. This copyrighted work was displayed in this manner without the

9  consent of, or licensing by, Fraserside, the copyright owner and registrant of the

10  motion picture. The Content Licensing Agreement specifically prohibited

11  MetaInterface's display in this manner or MetaInterfaces permission and/or

12  authorization for such display.

13      60.    In May 2010, www.skimtube.com displayed and offered for viewing

14  Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number

15  PA1-674-266, specifically located at

16  http://skimtube.com/index.php?search=anal%20freedom. This copyrighted work was

17  displayed in this manner without the consent of, or licensing by, Fraserside, the

18  copyright owner and registrant of the motion picture. The Content Licensing

19  Agreement specifically prohibited MetaInterface's display in this manner or

20  MetaInterfaces permission and/or authorization for such display.

21      61.    In May 2010, www.skimtube.com displayed and offered for viewing

22  Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number

23  PA1-674-266, specifically located at http://www.skimtube.com/54643-Venus-Anal-

24  Freedom.htm. This copyrighted work was displayed in this manner without the

25  consent of, or licensing by, Fraserside, the copyright owner and registrant of the

26  motion picture. The Content Licensing Agreement specifically prohibited

1  MetaInterface's display in this manner or MetaInterfaces permission and/or
2  authorization for such display.

3      62.    In May 2010, www.skimtube.com displayed and offered for viewing
4  Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number
5  PA1-674-266, specifically located at http://www.skimtube.com/54637-Melissa-
6  Lauren-Anal-Freedom.htm.  This copyrighted work was displayed in this manner
7  without the consent of, or licensing by, Fraserside, the copyright owner and registrant
8  of the motion picture.  The Content Licensing Agreement specifically prohibited
9  MetaInterface's display in this manner or MetaInterfaces permission and/or
10  authorization for such display.

11      63.    In May 2010, www.skimtube.com displayed and offered for viewing
12  Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration
13  Number PA1-674-265, specifically located at
14  http://www.skimtube.com/index.php?search=Beauties%20in%20the%20tropix.  This
15  copyrighted work was displayed in this manner without the consent of, or licensing
16  by, Fraserside, the copyright owner and registrant of the motion picture.  The Content
17  Licensing Agreement specifically prohibited MetaInterface's display in this manner
18  or MetaInterfaces permission and/or authorization for such display.

19      64.    In May 2010, www.skimtube.com displayed and offered for viewing
20  Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration
21  Number PA1-674-265, specifically located at http://www.skimtube.com/56940-
22  Donna-Marie-Beauties-In-The-Tropix.htm.  This copyrighted work was displayed in
23  this manner without the consent of, or licensing by, Fraserside, the copyright owner
24  and registrant of the motion picture.  The Content Licensing Agreement specifically
25  prohibited MetaInterface's display in this manner or MetaInterfaces permission
26  and/or authorization for such display.

65. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration Number PA1-674-265, specifically located at

http://www.skimtube.com/index.php?search=Beauties%20in%20the%20tropix. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

66. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration Number PA1-674-265, specifically located at http://www.skimtube.com/57004-Suzie-Carina-And-Veronica-Da-Souza-Beauties-In-The-Tropix.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

67. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration Number PA1-674-265, specifically located at

http://www.skimtube.com/index.php?search=Beauties%20in%20the%20tropix. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

68. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration

1  Number PA1-674-265, specifically located at http://www.skimtube.com/56976-
2  Suzie-Carina-Beauties-In-The-Tropix.htm. This copyrighted work was displayed in
3  this manner without the consent of, or licensing by, Fraserside, the copyright owner
4  and registrant of the motion picture. The Content Licensing Agreement specifically
5  prohibited MetaInterface's display in this manner or MetaInterfaces permission
6  and/or authorization for such display.

7      69.    In May 2010, www.skimtube.com displayed and offered for viewing
8  Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration
9  Number PA1-674-265, specifically located at
10  http://www.skimtube.com/index.php?search=Beauties%20in%20the%20tropix. This
11  copyrighted work was displayed in this manner without the consent of, or licensing
12  by, Fraserside, the copyright owner and registrant of the motion picture. The Content
13  Licensing Agreement specifically prohibited MetaInterface's display in this manner
14  or MetaInterfaces permission and/or authorization for such display.

15     70.    In May 2010, www.skimtube.com displayed and offered for viewing
16  Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration
17  Number PA1-674-265, specifically located at http://www.skimtube.com/118382-
18  Suzie-Carina-Beauties-In-The-Tropix---Scene-2.htm. This copyrighted work was
19  displayed in this manner without the consent of, or licensing by, Fraserside, the
20  copyright owner and registrant of the motion picture. The Content Licensing
21  Agreement specifically prohibited MetaInterface's display in this manner or
22  MetaInterfaces permission and/or authorization for such display.

23     71.    In May 2010, www.skimtube.com displayed and offered for viewing
24  Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration
25  Number PA1-674-265, specifically located at
26  http://www.skimtube.com/index.php?search=Beauties%20in%20the%20tropix. This

17
COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1  copyrighted work was displayed in this manner without the consent of, or licensing
2  by, Fraserside, the copyright owner and registrant of the motion picture. The Content
3  Licensing Agreement specifically prohibited MetaInterface's display in this manner
4  or MetaInterfaces permission and/or authorization for such display.

5      72.    In May 2010, www.skimtube.com displayed and offered for viewing
6  Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration
7  Number PA1-674-265, specifically located at http://www.skimtube.com/57079-
8  Jennifer-S-And-Thalia-Beauties-In-The-Tropix.htm. This copyrighted work was
9  displayed in this manner without the consent of, or licensing by, Fraserside, the
10 copyright owner and registrant of the motion picture. The Content Licensing
11 Agreement specifically prohibited MetaInterface's display in this manner or
12 MetaInterfaces permission and/or authorization for such display.

13     73.    In May 2010, www.skimtube.com displayed and offered for viewing
14 Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration
15 Number PA1-674-265, specifically located at
16 http://www.skimtube.com/index.php?search=Beauties%20in%20the%20tropix. This
17 copyrighted work was displayed in this manner without the consent of, or licensing
18 by, Fraserside, the copyright owner and registrant of the motion picture. The Content
19 Licensing Agreement specifically prohibited MetaInterface's display in this manner
20 or MetaInterfaces permission and/or authorization for such display.

21     74.    In May 2010, www.skimtube.com displayed and offered for viewing
22 Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration
23 Number PA1-674-265, specifically located at http://www.skimtube.com/57045-
24 Kathy-Anderson-Beauties-In-The-Tropix.htm. This copyrighted work was displayed
25 in this manner without the consent of, or licensing by, Fraserside, the copyright
26 owner and registrant of the motion picture. The Content Licensing Agreement

18
COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1  specifically prohibited MetaInterface's display in this manner or MetaInterfaces
2  permission and/or authorization for such display.

3      75.    In May 2010, www.skimtube.com displayed and offered for viewing
4  Fraserside's copyrighted work titled Coming of Age, Copyright Registration Number
5  PA1-674-262, specifically located at
6  http://www.skimtube.com/index.php?search=COMING%20OF%20AGE. This
7  copyrighted work was displayed in this manner without the consent of, or licensing
8  by, Fraserside, the copyright owner and registrant of the motion picture. The Content
9  Licensing Agreement specifically prohibited MetaInterface's display in this manner
10 or MetaInterfaces permission and/or authorization for such display.

11     76.    In May 2010, www.skimtube.com displayed and offered for viewing
12 Fraserside's copyrighted work titled Coming of Age, Copyright Registration Number
13 PA1-674-262, specifically located at http://www.skimtube.com/68712-Unknown-
14 Coming-Of-Age.htm. This copyrighted work was displayed in this manner without
15 the consent of, or licensing by, Fraserside, the copyright owner and registrant of the
16 motion picture. The Content Licensing Agreement specifically prohibited
17 MetaInterface's display in this manner or MetaInterfaces permission and/or
18 authorization for such display.

19     77.    In May 2010, www.skimtube.com displayed and offered for viewing
20 Fraserside's copyrighted work titled Fetish Machine – The Fetish Garden #12,
21 Copyright Registration Number PA1-674-498, specifically located at
22 http://www.skimtube.com/index.php?search=THE%20FETISH%20GARDEN%2012
23 . This copyrighted work was displayed in this manner without the consent of, or
24 licensing by, Fraserside, the copyright owner and registrant of the motion picture.
25 The Content Licensing Agreement specifically prohibited MetaInterface's display in
26 this manner or MetaInterfaces permission and/or authorization for such display.

78. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Fetish Machine – The Fetish Garden #12, Copyright Registration Number PA1-674-498, specifically located at http://www.skimtube.com/77574-Bibian-Norai-And-Christina-Bella-And-Malena-Conde-And-Miercole-The-Fetish-Garden.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

79. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Fetish Machine – The Fetish Garden #12, Copyright Registration Number PA1-674-498, specifically located at http://www.skimtube.com/index.php?search=THE%20FETISH%20GARDEN%2012 . This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

80. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Fetish Machine – The Fetish Garden #12, Copyright Registration Number PA1-674-498, specifically located at http://www.skimtube.com/78060-Claudia-Claire-And-Christina-Bella-The-Fetish-Garden.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

1    81.    In May 2010, www.skimtube.com displayed and offered for viewing
2   Fraserside's copyrighted work titled Fetish Machine – The Fetish Garden #12,
3   Copyright Registration Number PA1-674-498, specifically located at
4   http://www.skimtube.com/index.php?search=THE%20FETISH%20GARDEN%2012
5   . This copyrighted work was displayed in this manner without the consent of, or
6   licensing by, Fraserside, the copyright owner and registrant of the motion picture.
7   The Content Licensing Agreement specifically prohibited MetaInterface's display in
8   this manner or MetaInterfaces permission and/or authorization for such display.

9    82.    In May 2010, www.skimtube.com displayed and offered for viewing
10  Fraserside's copyrighted work titled Fetish Machine – The Fetish Garden #12,
11  Copyright Registration Number PA1-674-498, specifically located at
12  http://www.skimtube.com/77888-Stacy-Silver-The-Fetish-Garden.htm. This
13  copyrighted work was displayed in this manner without the consent of, or licensing
14  by, Fraserside, the copyright owner and registrant of the motion picture. The Content
15  Licensing Agreement specifically prohibited MetaInterface's display in this manner
16  or MetaInterfaces permission and/or authorization for such display.

17   83.    In May 2010, www.skimtube.com displayed and offered for viewing
18  Fraserside's copyrighted work titled Gladiator, Copyright Registration Number PA1-
19  674-249, specifically located at

20  http://www.skimtube.com/index.php?search=GLADIATOR. This copyrighted work
21  was displayed in this manner without the consent of, or licensing by, Fraserside, the
22  copyright owner and registrant of the motion picture. The Content Licensing
23  Agreement specifically prohibited MetaInterface's display in this manner or
24  MetaInterfaces permission and/or authorization for such display.

25   84.    In May 2010, www.skimtube.com displayed and offered for viewing
26  Fraserside's copyrighted work titled Gladiator, Copyright Registration Number PA1-

1  674-249, specifically located at http://www.skimtube.com/59494-Dorothy-Black-
2  And-Rita-Faltoyano-And-Tina-T-Gladiator.htm. This copyrighted work was
3  displayed in this manner without the consent of, or licensing by, Fraserside, the
4  copyright owner and registrant of the motion picture. The Content Licensing
5  Agreement specifically prohibited MetaInterface's display in this manner or
6  MetaInterfaces permission and/or authorization for such display.

7      85.   In May 2010, www.skimtube.com displayed and offered for viewing
8  Fraserside's copyrighted work titled Sex, Lies & Internet, Copyright Registration
9  Number PA1-673-407, specifically located at
10  http://www.skimtube.com/index.php?search=SEX,%20LIES%20&%20INTERNET.
11  This copyrighted work was displayed in this manner without the consent of, or
12  licensing by, Fraserside, the copyright owner and registrant of the motion picture.
13  The Content Licensing Agreement specifically prohibited MetaInterface's display in
14  this manner or MetaInterfaces permission and/or authorization for such display.

15      86.   In May 2010, www.skimtube.com displayed and offered for viewing
16  Fraserside's copyrighted work titled Sex, Lies & Internet, Copyright Registration
17  Number PA1-673-407, specifically located at http://www.skimtube.com/56758-
18  Sandra-Iron-Sex-Lies-And-Internet.htm. This copyrighted work was displayed in this
19  manner without the consent of, or licensing by, Fraserside, the copyright owner and
20  registrant of the motion picture. The Content Licensing Agreement specifically
21  prohibited MetaInterface's display in this manner or MetaInterfaces permission
22  and/or authorization for such display.

23      87.   In May 2010, www.skimtube.com displayed and offered for viewing
24  Fraserside's copyrighted work titled Story of Bobbi Eden, Copyright Registration
25  Number PA1-674-274, specifically located at
26  http://www.skimtube.com/index.php?search=explosive%20women. This copyrighted

1 work was displayed in this manner without the consent of, or licensing by, Fraserside,
2 the copyright owner and registrant of the motion picture. The Content Licensing
3 Agreement specifically prohibited MetaInterface's display in this manner or
4 MetaInterfaces permission and/or authorization for such display.

5    88.    In May 2010, www.skimtube.com displayed and offered for viewing
6 Fraserside's copyrighted work titled Story of Bobbi Eden, Copyright Registration
7 Number PA1-674-274, specifically located at http://www.skimtube.com/56163-
8 Bobbi-Eden-Explosive-Women.htm. This copyrighted work was displayed in this
9 manner without the consent of, or licensing by, Fraserside, the copyright owner and
10 registrant of the motion picture. The Content Licensing Agreement specifically
11 prohibited MetaInterface's display in this manner or MetaInterfaces permission
12 and/or authorization for such display.

13    89.    In May 2010, www.skimtube.com displayed and offered for viewing
14 Fraserside's copyrighted work titled A Taste of Pleasure, Copyright Registration
15 Number PA1-674-267, specifically located at
16 http://www.skimtube.com/index.php?search=a%20taste%20of%20pleasure. This
17 copyrighted work was displayed in this manner without the consent of, or licensing
18 by, Fraserside, the copyright owner and registrant of the motion picture. The Content
19 Licensing Agreement specifically prohibited MetaInterface's display in this manner
20 or MetaInterfaces permission and/or authorization for such display.

21    90.    In May 2010, www.skimtube.com displayed and offered for viewing
22 Fraserside's copyrighted work titled A Taste of Pleasure, Copyright Registration
23 Number PA1-674-267, specifically located at http://www.skimtube.com/118802-
24 Black-Diamond-A-Taste-Of-Pleasure---Scene-5.htm. This copyrighted work was
25 displayed in this manner without the consent of, or licensing by, Fraserside, the
26 copyright owner and registrant of the motion picture. The Content Licensing

1  Agreement specifically prohibited MetaInterface's display in this manner or
2  MetaInterfaces permission and/or authorization for such display.

3      91.   In May 2010, www.skimtube.com displayed and offered for viewing
4  Fraserside's copyrighted work titled A Taste of Pleasure, Copyright Registration
5  Number PA1-674-267, specifically located at
6  http://www.skimtube.com/index.php?search=a%20taste%20of%20pleasure. This
7  copyrighted work was displayed in this manner without the consent of, or licensing
8  by, Fraserside, the copyright owner and registrant of the motion picture. The Content
9  Licensing Agreement specifically prohibited MetaInterface's display in this manner
10  or MetaInterfaces permission and/or authorization for such display.

11      92.   In May 2010, www.skimtube.com displayed and offered for viewing
12  Fraserside's copyrighted work titled A Taste of Pleasure, Copyright Registration
13  Number PA1-674-267, specifically located at http://www.skimtube.com/118487-
14  Lily-Love-A-Taste-Of-Pleasure---Scene-2.htm. This copyrighted work was
15  displayed in this manner without the consent of, or licensing by, Fraserside, the
16  copyright owner and registrant of the motion picture. The Content Licensing
17  Agreement specifically prohibited MetaInterface's display in this manner or
18  MetaInterfaces permission and/or authorization for such display.

19      93.   In May 2010, www.skimtube.com displayed and offered for viewing
20  Fraserside's copyrighted work titled Caribbean Dream, Copyright Registration
21  Number PA1-670-898, specifically located at
22  /www.skimtube.com/index.php?search=Caribbean%20Dream. This copyrighted
23  work was displayed in this manner without the consent of, or licensing by, Fraserside,
24  the copyright owner and registrant of the motion picture. The Content Licensing
25  Agreement specifically prohibited MetaInterface's display in this manner or
26  MetaInterfaces permission and/or authorization for such display.

94.    In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Caribbean Dream, Copyright Registration Number PA1-670-898, specifically located at http://www.skimtube.com/90037-Nikki-Rider-Caribbean-Dream.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

95.    In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Caribbean Dream, Copyright Registration Number PA1-670-898, specifically located at http://www.skimtube.com/90108-Jane-Darling-Caribbean-Dream.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

96.    In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Caribbean Dream, Copyright Registration Number PA1-670-898, specifically located at http://www.skimtube.com/90557-Laura-Lion-Caribbean-Dream.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

97.    In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Caribbean Dream, Copyright Registration

1 Number PA1-670-898, specifically located at http://www.skimtube.com/90244-
2 Katia-And-Veronica-Da-Souza-Caribbean-Dream.htm. This copyrighted work was
3 displayed in this manner without the consent of, or licensing by, Fraserside, the
4 copyright owner and registrant of the motion picture. The Content Licensing
5 Agreement specifically prohibited MetaInterface's display in this manner or
6 MetaInterfaces permission and/or authorization for such display.

7      98.    In May 2010, www.skimtube.com displayed and offered for viewing
8 Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number
9 PA1-670-902, specifically located at

10 http://www.skimtube.com/index.php?search=spread%20my%20lips. This
11 copyrighted work was displayed in this manner without the consent of, or licensing
12 by, Fraserside, the copyright owner and registrant of the motion picture. The Content
13 Licensing Agreement specifically prohibited MetaInterface's display in this manner
14 or MetaInterfaces permission and/or authorization for such display.

15      99.    In May 2010, www.skimtube.com displayed and offered for viewing
16 Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number
17 PA1-670-902, specifically located at http://www.skimtube.com/54740-Rebecca-
18 Linares-Spread-My-Lips.htm. This copyrighted work was displayed in this manner
19 without the consent of, or licensing by, Fraserside, the copyright owner and registrant
20 of the motion picture. The Content Licensing Agreement specifically prohibited
21 MetaInterface's display in this manner or MetaInterfaces permission and/or
22 authorization for such display.

23      100.    In May 2010, www.skimtube.com displayed and offered for viewing
24 Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number
25 PA1-670-902, specifically located at http://www.skimtube.com/54613-Electra-Angel-
26 And-Katy-Caro-Spread-My-Lips.htm. This copyrighted work was displayed in this

1   manner without the consent of, or licensing by, Fraserside, the copyright owner and
2   registrant of the motion picture. The Content Licensing Agreement specifically
3   prohibited MetaInterface's display in this manner or MetaInterfaces permission
4   and/or authorization for such display.

5   101. In May 2010, www.skimtube.com displayed and offered for viewing
6   Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number
7   PA1-670-902, specifically located at http://www.skimtube.com/54605-Sharka-Blue-
8   Spread-My-Lips.htm. This copyrighted work was displayed in this manner without
9   the consent of, or licensing by, Fraserside, the copyright owner and registrant of the
10  motion picture. The Content Licensing Agreement specifically prohibited
11  MetaInterface's display in this manner or MetaInterfaces permission and/or
12  authorization for such display.

13  102. In May 2010, www.skimtube.com displayed and offered for viewing
14  Fraserside's copyrighted work titled Dominatrix Chess Gambit, Copyright
15  Registration Number PA1-670-899, specifically located at
16  http://www.skimtube.com/index.php?search=dominatrix%20chess%20gambit. This
17  copyrighted work was displayed in this manner without the consent of, or licensing
18  by, Fraserside, the copyright owner and registrant of the motion picture. The Content
19  Licensing Agreement specifically prohibited MetaInterface's display in this manner
20  or MetaInterfaces permission and/or authorization for such display.

21  103. In May 2010, www.skimtube.com displayed and offered for viewing
22  Fraserside's copyrighted work titled Dominatrix Chess Gambit, Copyright
23  Registration Number PA1-670-899, specifically located at
24  http://www.skimtube.com/79578-Melinda-Vecsey-And-Michelle-Wild-And-Orsi-
25  Shine-Dominatrix-Chess-Gambit.htm. This copyrighted work was displayed in this
26  manner without the consent of, or licensing by, Fraserside, the copyright owner and

1 registrant of the motion picture. The Content Licensing Agreement specifically
2 prohibited MetaInterface's display in this manner or MetaInterfaces permission
3 and/or authorization for such display.

4    104. In May 2010, www.skimtube.com displayed and offered for viewing
5 Fraserside's copyrighted work titled Dominatrix Chess Gambit, Copyright
6 Registration Number PA1-670-899, specifically located at
7 http://www.skimtube.com/79517-Dora-Venter-And-Jessica-Mark-And-Michelle-
8 Wild-Dominatrix-Chess-Gambit.htm. This copyrighted work was displayed in this
9 manner without the consent of, or licensing by, Fraserside, the copyright owner and
10 registrant of the motion picture. The Content Licensing Agreement specifically
11 prohibited MetaInterface's display in this manner or MetaInterfaces permission
12 and/or authorization for such display.

13    105. In May 2010, www.skimtube.com displayed and offered for viewing
14 Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number
15 PA1-672-445, specifically located at
16 http://www.skimtube.com/index.php?search=sexy%20business. This copyrighted
17 work was displayed in this manner without the consent of, or licensing by, Fraserside,
18 the copyright owner and registrant of the motion picture. The Content Licensing
19 Agreement specifically prohibited MetaInterface's display in this manner or
20 MetaInterfaces permission and/or authorization for such display.

21    106. In May 2010, www.skimtube.com displayed and offered for viewing
22 Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number
23 PA1-672-445, specifically located at http://www.skimtube.com/89438-Poppy-
24 Morgan-Sexy-Business.htm. This copyrighted work was displayed in this manner
25 without the consent of, or licensing by, Fraserside, the copyright owner and registrant
26 of the motion picture. The Content Licensing Agreement specifically prohibited

1  MetaInterface's display in this manner or MetaInterfaces permission and/or
2  authorization for such display.

3  107. In May 2010, www.skimtube.com displayed and offered for viewing
4  Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number
5  PA1-672-445, specifically located at http://www.skimtube.com/90001-Lucy-Love-
6  And-Priva-Sexy-Business.htm. This copyrighted work was displayed in this manner
7  without the consent of, or licensing by, Fraserside, the copyright owner and registrant
8  of the motion picture. The Content Licensing Agreement specifically prohibited
9  MetaInterface's display in this manner or MetaInterfaces permission and/or
10  authorization for such display.

11  108. In May 2010, www.skimtube.com displayed and offered for viewing
12  Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number
13  PA1-672-445, specifically located at http://www.skimtube.com/89396-Katin-Sexy-
14  Business.htm. This copyrighted work was displayed in this manner without the
15  consent of, or licensing by, Fraserside, the copyright owner and registrant of the
16  motion picture. The Content Licensing Agreement specifically prohibited
17  MetaInterface's display in this manner or MetaInterfaces permission and/or
18  authorization for such display.

19  109. In May 2010, www.skimtube.com displayed and offered for viewing
20  Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number
21  PA1-672-445, specifically located at http://www.skimtube.com/89735-Jamie-Brooks-
22  And-Mandy-Saxo-Sexy-Business.htm. This copyrighted work was displayed in this
23  manner without the consent of, or licensing by, Fraserside, the copyright owner and
24  registrant of the motion picture. The Content Licensing Agreement specifically
25  prohibited MetaInterface's display in this manner or MetaInterfaces permission
26  and/or authorization for such display.

1      110. In May 2010, www.skimtube.com displayed and offered for viewing
2 Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number
3 PA1-672-445, specifically located at http://www.skimtube.com/89788-Angelina-Sky-
4 Sexy-Business.htm. This copyrighted work was displayed in this manner without the
5 consent of, or licensing by, Fraserside, the copyright owner and registrant of the
6 motion picture. The Content Licensing Agreement specifically prohibited
7 MetaInterface's display in this manner or MetaInterfaces permission and/or
8 authorization for such display.

9      111. In May 2010, www.skimtube.com displayed and offered for viewing
10 Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number
11 PA1-672-445, specifically located at http://www.skimtube.com/89621-Nikki-Nite-
12 Sexy-Business.htm. This copyrighted work was displayed in this manner without the
13 consent of, or licensing by, Fraserside, the copyright owner and registrant of the
14 motion picture. The Content Licensing Agreement specifically prohibited
15 MetaInterface's display in this manner or MetaInterfaces permission and/or
16 authorization for such display.

17      112. In May 2010, www.skimtube.com displayed and offered for viewing
18 Fraserside's copyrighted work titled Tropical Twins, Copyright Registration Number
19 PA1-670-893, specifically located at
20 http://www.skimtube.com/index.php?search=tropical%20twins. This copyrighted
21 work was displayed in this manner without the consent of, or licensing by, Fraserside,
22 the copyright owner and registrant of the motion picture. The Content Licensing
23 Agreement specifically prohibited MetaInterface's display in this manner or
24 MetaInterfaces permission and/or authorization for such display.

25      113. In May 2010, www.skimtube.com displayed and offered for viewing
26 Fraserside's copyrighted work titled Tropical Twins, Copyright Registration Number

1  PA1-670-893, specifically located at http://www.skimtube.com/89669-Sharka-Blue-
2  And-Liliane-Tiger-Tropical-Twins.htm. This copyrighted work was displayed in this
3  manner without the consent of, or licensing by, Fraserside, the copyright owner and
4  registrant of the motion picture. The Content Licensing Agreement specifically
5  prohibited MetaInterface's display in this manner or MetaInterfaces permission
6  and/or authorization for such display.

7      114. In May 2010, www.skimtube.com displayed and offered for viewing
8  Fraserside's copyrighted work titled Tropical Twins, Copyright Registration Number
9  PA1-670-893, specifically located at http://www.skimtube.com/89650-Melany-Jolie-
10  Tropical-Twins.htm. This copyrighted work was displayed in this manner without
11  the consent of, or licensing by, Fraserside, the copyright owner and registrant of the
12  motion picture. The Content Licensing Agreement specifically prohibited
13  MetaInterface's display in this manner or MetaInterfaces permission and/or
14  authorization for such display.

15      115. In May 2010, www.skimtube.com displayed and offered for viewing
16  Fraserside's copyrighted work titled Tropical Twins, Copyright Registration Number
17  PA1-670-893, specifically located at http://www.skimtube.com/89900-Jane-Darling-
18  And-Priva-Tropical-Twins.htm. This copyrighted work was displayed in this manner
19  without the consent of, or licensing by, Fraserside, the copyright owner and registrant
20  of the motion picture. The Content Licensing Agreement specifically prohibited
21  MetaInterface's display in this manner or MetaInterfaces permission and/or
22  authorization for such display.

23      116. In May 2010, www.skimtube.com displayed and offered for viewing
24  Fraserside's copyrighted work titled Guns and Rough Sex, Copyright Registration
25  Number PA1-670-901, specifically located at
26  http://www.skimtube.com/index.php?search=guns%20and. This copyrighted work

31
COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1  was displayed in this manner without the consent of, or licensing by, Fraserside, the
2  copyright owner and registrant of the motion picture. The Content Licensing
3  Agreement specifically prohibited MetaInterface's display in this manner or
4  MetaInterfaces permission and/or authorization for such display.

5        117.  In May 2010, www.skimtube.com displayed and offered for viewing
6  Fraserside's copyrighted work titled Guns and Rough Sex, Copyright Registration
7  Number PA1-670-901, specifically located at http://www.skimtube.com/74524-
8  Michelle-Wild-Guns-And-Rough-Sex.htm. This copyrighted work was displayed in
9  this manner without the consent of, or licensing by, Fraserside, the copyright owner
10  and registrant of the motion picture. The Content Licensing Agreement specifically
11  prohibited MetaInterface's display in this manner or MetaInterfaces permission
12  and/or authorization for such display.

13        118.  In May 2010, www.skimtube.com displayed and offered for viewing
14  Fraserside's copyrighted work titled Forbidden Games, Copyright Registration
15  Number PA1-677-516, specifically located at
16  http://www.skimtube.com/index.php?search=forbidden%20games. This copyrighted
17  work was displayed in this manner without the consent of, or licensing by, Fraserside,
18  the copyright owner and registrant of the motion picture. The Content Licensing
19  Agreement specifically prohibited MetaInterface's display in this manner or
20  MetaInterfaces permission and/or authorization for such display.

21        119.  In May 2010, www.skimtube.com displayed and offered for viewing
22  Fraserside's copyrighted work titled Forbidden Games, Copyright Registration
23  Number PA1-677-516, specifically located at http://www.skimtube.com/77919-Dora-
24  Venter-Forbidden-Games.htm. This copyrighted work was displayed in this manner
25  without the consent of, or licensing by, Fraserside, the copyright owner and registrant
26  of the motion picture. The Content Licensing Agreement specifically prohibited

1  MetaInterface's display in this manner or MetaInterfaces permission and/or
2  authorization for such display.

3        120.   In May 2010, www.skimtube.com displayed and offered for viewing
4  Fraserside's copyrighted work titled Forbidden Games, Copyright Registration
5  Number PA1-677-516, specifically located at http://www.skimtube.com/78082-
6  Monica-Sweetheart-Forbidden-Games.htm. This copyrighted work was displayed in
7  this manner without the consent of, or licensing by, Fraserside, the copyright owner
8  and registrant of the motion picture. The Content Licensing Agreement specifically
9  prohibited MetaInterface's display in this manner or MetaInterfaces permission
10  and/or authorization for such display.

11       121.   In May 2010, www.skimtube.com displayed and offered for viewing
12  Fraserside's copyrighted work titled Forbidden Games, Copyright Registration
13  Number PA1-677-516, specifically located at http://www.skimtube.com/77545-Tera-
14  Joy-Forbidden-Games.htm. This copyrighted work was displayed in this manner
15  without the consent of, or licensing by, Fraserside, the copyright owner and registrant
16  of the motion picture. The Content Licensing Agreement specifically prohibited
17  MetaInterface's display in this manner or MetaInterfaces permission and/or
18  authorization for such display.

19       122.   In May 2010, www.skimtube.com displayed and offered for viewing
20  Fraserside's copyrighted work titled Paintball Warriors, Copyright Registration
21  Number PA1-675-815, specifically located at
22  http://www.skimtube.com/index.php?search=paintball%20warriors. This
23  copyrighted work was displayed in this manner without the consent of, or licensing
24  by, Fraserside, the copyright owner and registrant of the motion picture. The Content
25  Licensing Agreement specifically prohibited MetaInterface's display in this manner
26  or MetaInterfaces permission and/or authorization for such display.

1    123. In May 2010, www.skimtube.com displayed and offered for viewing
2    Fraserside's copyrighted work titled Paintball Warriors, Copyright Registration
3    Number PA1-675-815, specifically located at http://www.skimtube.com/57789-
4    Diana-Gold-Paintball-Warriors.htm. This copyrighted work was displayed in this
5    manner without the consent of, or licensing by, Fraserside, the copyright owner and
6    registrant of the motion picture. The Content Licensing Agreement specifically
7    prohibited MetaInterface's display in this manner or MetaInterfaces permission
8    and/or authorization for such display.

9    124. In May 2010, www.skimtube.com displayed and offered for viewing
10   Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration
11   Number PA1-675-596, specifically located at
12   http://www.skimtube.com/index.php?search=dangerous%20curves. This copyrighted
13   work was displayed in this manner without the consent of, or licensing by, Fraserside,
14   the copyright owner and registrant of the motion picture. The Content Licensing
15   Agreement specifically prohibited MetaInterface's display in this manner or
16   MetaInterfaces permission and/or authorization for such display.

17   125. In May 2010, www.skimtube.com displayed and offered for viewing
18   Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration
19   Number PA1-675-596, specifically located at http://www.skimtube.com/78070-
20   Gabriella-Tchekan-Dangerous-Curves.htm. This copyrighted work was displayed in
21   this manner without the consent of, or licensing by, Fraserside, the copyright owner
22   and registrant of the motion picture. The Content Licensing Agreement specifically
23   prohibited MetaInterface's display in this manner or MetaInterfaces permission
24   and/or authorization for such display.

25   126. In May 2010, www.skimtube.com displayed and offered for viewing
26   Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration

Number PA1-675-596, specifically located at http://www.skimtube.com/77880-Suzie-Sweet-Dangerous-Curves.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

127. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration Number PA1-675-596, specifically located at http://www.skimtube.com/77676-Jane-Darling-Dangerous-Curves.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

128. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration Number PA1-675-596, specifically located at http://www.skimtube.com/77642-Gabriella-Bond-Dangerous-Curves.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

129. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration Number PA1-675-596, specifically located at http://www.skimtube.com/77606-Cecile-Dangerous-Curves.htm. This copyrighted work was displayed in this manner

1  without the consent of, or licensing by, Fraserside, the copyright owner and registrant
2  of the motion picture. The Content Licensing Agreement specifically prohibited
3  MetaInterface's display in this manner or MetaInterfaces permission and/or
4  authorization for such display.

5      130. In May 2010, www.skimtube.com displayed and offered for viewing
6  Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration
7  Number PA1-675-596, specifically located at http://www.skimtube.com/77918-
8  Vanessa-Dangerous-Cur. This copyrighted work was displayed in this manner
9  without the consent of, or licensing by, Fraserside, the copyright owner and registrant
10 of the motion picture. The Content Licensing Agreement specifically prohibited
11 MetaInterface's display in this manner or MetaInterfaces permission and/or
12 authorization for such display.

13     131. In May 2010, www.skimtube.com displayed and offered for viewing
14 Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration
15 Number PA1-675-596, specifically located at http://www.skimtube.com/77745-
16 Laura-Lion-And-Stacy-Silver-Dangerous-Curves.htm. This copyrighted work was
17 displayed in this manner without the consent of, or licensing by, Fraserside, the
18 copyright owner and registrant of the motion picture. The Content Licensing
19 Agreement specifically prohibited MetaInterface's display in this manner or
20 MetaInterfaces permission and/or authorization for such display.

21     132. In May 2010, www.skimtube.com displayed and offered for viewing
22 Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-
23 670-897, specifically located at http://skimtube.com/index.php?search=tenerife. This
24 copyrighted work was displayed in this manner without the consent of, or licensing
25 by, Fraserside, the copyright owner and registrant of the motion picture. The Content
26

1  Licensing Agreement specifically prohibited MetaInterface's display in this manner
2  or MetaInterfaces permission and/or authorization for such display.

3       133.  In May 2010, www.skimtube.com displayed and offered for viewing
4  Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-
5  670-897, specifically located at http://www.skimtube.com/89751-Lara-Stevens-And-
6  Priva-Tenerife.htm.  This copyrighted work was displayed in this manner without the
7  consent of, or licensing by, Fraserside, the copyright owner and registrant of the
8  motion picture.  The Content Licensing Agreement specifically prohibited
9  MetaInterface's display in this manner or MetaInterfaces permission and/or
10 authorization for such display.

11      134.  In May 2010, www.skimtube.com displayed and offered for viewing
12 Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-
13 670-897, specifically located at http://skimtube.com/index.php?search=tenerife.  This
14 copyrighted work was displayed in this manner without the consent of, or licensing
15 by, Fraserside, the copyright owner and registrant of the motion picture.  The Content
16 Licensing Agreement specifically prohibited MetaInterface's display in this manner
17 or MetaInterfaces permission and/or authorization for such display.

18      135.  In May 2010, www.skimtube.com displayed and offered for viewing
19 Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-
20 670-897, specifically located at http://www.skimtube.com/89672-Lara-Stevens-
21 Tenerife.htm.  This copyrighted work was displayed in this manner without the
22 consent of, or licensing by, Fraserside, the copyright owner and registrant of the
23 motion picture.  The Content Licensing Agreement specifically prohibited
24 MetaInterface's display in this manner or MetaInterfaces permission and/or
25 authorization for such display.

26

136. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-670-897, specifically located at http://www.skimtube.com/89949-Jane-Darling-Tenerife.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

137. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-670-897, specifically located at http://www.skimtube.com/89516-Jane-Darling-And-Silvia-Saint-Tenerife.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

138. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-670-897, specifically located at http://www.skimtube.com/89565-Angel-Felon-And-Melissa-Black-Tenerife.htm. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

139. In May 2010, www.skimtube.com displayed and offered for viewing Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration

1  Number PA1-670-895, specifically located at

2  http://www.skimtube.com/index.php?search=the%20girls%20of%20desire.  This

3  copyrighted work was displayed in this manner without the consent of, or licensing

4  by, Fraserside, the copyright owner and registrant of the motion picture.  The Content

5  Licensing Agreement specifically prohibited MetaInterface's display in this manner

6  or MetaInterfaces permission and/or authorization for such display.

7       140.  In May 2010, www.skimtube.com displayed and offered for viewing

8  Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration

9  Number PA1-670-895, specifically located at http://www.skimtube.com/61909-

10 Sophie-Moone-The-Girls-Of-Desire.htm.  This copyrighted work was displayed in

11 this manner without the consent of, or licensing by, Fraserside, the copyright owner

12 and registrant of the motion picture.  The Content Licensing Agreement specifically

13 prohibited MetaInterface's display in this manner or MetaInterfaces permission

14 and/or authorization for such display.

15      141.  In May 2010, www.skimtube.com displayed and offered for viewing

16 Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration

17 Number PA1-670-895, specifically located at

18 http://www.skimtube.com/index.php?search=the%20girls%20of%20desire.  This

19 copyrighted work was displayed in this manner without the consent of, or licensing

20 by, Fraserside, the copyright owner and registrant of the motion picture.  The Content

21 Licensing Agreement specifically prohibited MetaInterface's display in this manner

22 or MetaInterfaces permission and/or authorization for such display.

23      142.  In May 2010, www.skimtube.com displayed and offered for viewing

24 Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration

25 Number PA1-670-895, specifically located at http://www.skimtube.com/61749-

26 Alexa-Weix-And-Bianca-And-Nikki-Black-The-Girls-Of-Desire.htm_.  This

1 copyrighted work was displayed in this manner without the consent of, or licensing
2 by, Fraserside, the copyright owner and registrant of the motion picture. The Content
3 Licensing Agreement specifically prohibited MetaInterface's display in this manner
4 or MetaInterfaces permission and/or authorization for such display.

5     143. In May 2010, www.skimtube.com displayed and offered for viewing
6 Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration
7 Number PA1-670-895, specifically located at http://www.skimtube.com/62139-Lucy-
8 Lee-The-Girls-Of-Desire.htm. This copyrighted work was displayed in this manner
9 without the consent of, or licensing by, Fraserside, the copyright owner and registrant
10 of the motion picture. The Content Licensing Agreement specifically prohibited
11 MetaInterface's display in this manner or MetaInterfaces permission and/or
12 authorization for such display.

13     144. In May 2010, www.skimtube.com displayed and offered for viewing
14 Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration
15 Number PA1-670-895, specifically located at http://www.skimtube.com/62228-
16 Carmen-White-And-Michelle-Wild-The-Girls-Of-Desire.htm. This copyrighted work
17 was displayed in this manner without the consent of, or licensing by, Fraserside, the
18 copyright owner and registrant of the motion picture. The Content Licensing
19 Agreement specifically prohibited MetaInterface's display in this manner or
20 MetaInterfaces permission and/or authorization for such display.

21     145. In May 2010, www.skimtube.com displayed and offered for viewing
22 Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration
23 Number PA1-670-895, specifically located at
24 http://www.skimtube.com/index.php?search=the%20girls%20of%20desire. This
25 copyrighted work was displayed in this manner without the consent of, or licensing
26 by, Fraserside, the copyright owner and registrant of the motion picture. The Content

1 Licensing Agreement specifically prohibited MetaInterface's display in this manner
2 or MetaInterfaces permission and/or authorization for such display.

3     146. In May 2010, www.skimtube.com displayed and offered for viewing
4 Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration
5 Number PA1-670-895, specifically located at http://www.skimtube.com/57515-
6 Fabiola-Dos-Santos-The-Girls-Of-Desire.htm. This copyrighted work was displayed
7 in this manner without the consent of, or licensing by, Fraserside, the copyright
8 owner and registrant of the motion picture. The Content Licensing Agreement
9 specifically prohibited MetaInterface's display in this manner or MetaInterfaces
10 permission and/or authorization for such display.

11     147. In May 2010, on its Internet Web site page, specifically located at
12 http://www.skimtube.com/index.php?search=GLADIATOR, www.skimtube.com
13 displayed and/or utilized Plaintiff's trademarks PRIVATE, Registration Number
14 1014957. Plaintiff's trademarks were infringed in this manner as they were displayed
15 without the consent of, or licensing by, the Plaintiff, the trademark owner and
16 registrant of the trademark.

17                                     **www.eskimotube.com**

18     148. On the Internet web site located at www.eskimotube.com, Plaintiff
19 videos are displayed.

20     149. Defendants have incorporated a business model which uses infringing
21 content to attract a high volume of visitors to the site for the purpose of selling
22 advertising.

23     150. In the locations on www.eskimotube.com where Plaintiff's copyrighted
24 works are displayed, advertisements for third party vendors are displayed. Plaintiff's
25 videos specifically benefit those third party advertisers.

26

151. When the user initiates any Plaintiff video on www.eskimotube.com, a third party advertisement displays over the video at any pause of the video, and at the end of the video. The display over the Plaintiff video requires direct interaction from the user in order to further display the Plaintiff video. If the user does not click on a specific location to close advertisement, user is directed to a third party website. Plaintiff video is also surrounded by additional third party advertising.

152. Under each Plaintiff displayed video is text that states "Watch and download in HD: HQ WMV | HQ MP4 | DVD | IPHONE/IPOD/PSP". This text is linked to a third party subscription based website. HD is an internationally known term for High Definition. This advertisement entices user into believing that Plaintiff's content, for a fee, can be viewed in various formats and quality on such third party site. Plaintiff's content is being used in a "bait and switch" scheme.

153. Each Plaintiff video displayed on www.eskimotube.com exceeds two minutes.

154. Each Plaintiff video displayed on www.eskimotube.com is accompanied with a specific statement, "Download Full Scene at: X-Movie," and specific link to www.xmovie.com, which is owned and controlled by MetaInterfaces.

155. In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled A Taste of Pleasure, Copyright Registration Number PA1-674-267, specifically located at http://eskimotube.com/show.php?search=a%20taste%20of%20pleasure. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

156. In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled A Taste of Pleasure, Copyright Registration Number PA1-674-267, specifically located at http://eskimotube.com/show.php?search=a%20taste%20of%20pleasure, in a manner which permitted and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter display the film in any manner or location desired by the user. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

157. In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled A Taste of Pleasure, Copyright Registration Number PA1-674-267, specifically located at http://eskimotube.com/118487-Lily-Love-A-Taste-Of-Pleasure---Scene-2.html?th=1. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

158. In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled A Taste of Pleasure, Copyright Registration Number PA1-674-267, specifically located at http://eskimotube.com/118487-Lily-Love-A-Taste-Of-Pleasure---Scene-2.html?th=1, in a manner which permitted and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter display the film in any manner or location desired by the user. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing

1  Agreement specifically prohibited MetaInterface's display in this manner or
2  MetaInterfaces permission and/or authorization for such display.

3      159.  In May 2010, www.eskimotube.com displayed and offered for viewing
4  Fraserside's copyrighted work titled A Taste of Pleasure, Copyright Registration
5  Number PA1-674-267, specifically located at http://eskimotube.com/118802-Black-
6  Diamond-A-Taste-Of-Pleasure---Scene-5.html?th=1. This copyrighted work was
7  displayed in this manner without the consent of, or licensing by, Fraserside, the
8  copyright owner and registrant of the motion picture. The Content Licensing
9  Agreement specifically prohibited MetaInterface's display in this manner or
10 MetaInterfaces permission and/or authorization for such display.

11     160.  In May 2010, www.eskimotube.com displayed and offered for viewing
12 Fraserside's copyrighted work titled A Taste of Pleasure, Copyright Registration
13 Number PA1-674-267, specifically located at http://eskimotube.com/118802-Black-
14 Diamond-A-Taste-Of-Pleasure---Scene-5.html?th=1, in a manner which permitted
15 and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter
16 display the film in any manner or location desired by the user. This copyrighted work
17 was displayed in this manner without the consent of, or licensing by, Fraserside, the
18 copyright owner and registrant of the motion picture. The Content Licensing
19 Agreement specifically prohibited MetaInterface's display in this manner or
20 MetaInterfaces permission and/or authorization for such display.

21     161.  In May 2010, www.eskimotube.com displayed and offered for viewing
22 Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number
23 PA1-674-266, specifically located at
24 http://eskimotube.com/show.php?search=anal%20freedom. This copyrighted work
25 was displayed in this manner without the consent of, or licensing by, Fraserside, the
26 copyright owner and registrant of the motion picture. The Content Licensing

1  Agreement specifically prohibited MetaInterface's display in this manner or
2  MetaInterfaces permission and/or authorization for such display.

3      162.  In May 2010, www.eskimotube.com displayed and offered for viewing
4  Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number
5  PA1-674-266, specifically located at http://eskimotube.com/54742-Sadie-Jane-And-
6  Naudia-Rio-Anal-Freedom.html?th=1. This copyrighted work was displayed in this
7  manner without the consent of, or licensing by, Fraserside, the copyright owner and
8  registrant of the motion picture. The Content Licensing Agreement specifically
9  prohibited MetaInterface's display in this manner or MetaInterfaces permission
10  and/or authorization for such display.

11      163.  In May 2010, www.eskimotube.com displayed and offered for viewing
12  Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number
13  PA1-674-266, specifically located at http://eskimotube.com/54710-Naudia-Rio-Anal-
14  Freedom.html?th=1. This copyrighted work was displayed in this manner without the
15  consent of, or licensing by, Fraserside, the copyright owner and registrant of the
16  motion picture. The Content Licensing Agreement specifically prohibited
17  MetaInterface's display in this manner or MetaInterfaces permission and/or
18  authorization for such display.

19      164.  In May 2010, www.eskimotube.com displayed and offered for viewing
20  Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number
21  PA1-674-266, specifically located at http://eskimotube.com/54637-Melissa-Lauren-
22  Anal-Freedom.html?th=1. This copyrighted work was displayed in this manner
23  without the consent of, or licensing by, Fraserside, the copyright owner and registrant
24  of the motion picture. The Content Licensing Agreement specifically prohibited
25  MetaInterface's display in this manner or MetaInterfaces permission and/or
26  authorization for such display.

165.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number PA1-674-266, specifically located at http://eskimotube.com/54657-Vanilla-Skye-Anal-Freedom.html?th=1.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

166.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Freedom, Copyright Registration Number PA1-674-266, specifically located at http://eskimotube.com/54665-Kat-Anal-Freedom.html?th=1.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

167.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Mermaids 1, Copyright Registration Number PA1-670-905, specifically located at http://eskimotube.com/show.php?search=anal%20mermaids.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

168.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number

1 | PA1-670-905, specifically located at http://eskimotube.com/68579-Eva-Mercedes-
2 | Anal-Mermaids.html?th=1. This copyrighted work was displayed in this manner
3 | without the consent of, or licensing by, Fraserside, the copyright owner and registrant
4 | of the motion picture. The Content Licensing Agreement specifically prohibited
5 | MetaInterface's display in this manner or MetaInterfaces permission and/or
6 | authorization for such display.

7 |     169. In May 2010, www.eskimotube.com displayed and offered for viewing
8 | Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number
9 | PA1-670-905, specifically located at
10 | http://eskimotube.com/show.php?search=anal%20mermaids. This copyrighted work
11 | was displayed in this manner without the consent of, or licensing by, Fraserside, the
12 | copyright owner and registrant of the motion picture. The Content Licensing
13 | Agreement specifically prohibited MetaInterface's display in this manner or
14 | MetaInterfaces permission and/or authorization for such display.

15 |     170. In May 2010, www.eskimotube.com displayed and offered for viewing
16 | Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number
17 | PA1-670-905, specifically located at http://eskimotube.com/68580-Eva-Mercedes-
18 | Anal-Mermaids.html?th=1. This copyrighted work was displayed in this manner
19 | without the consent of, or licensing by, Fraserside, the copyright owner and registrant
20 | of the motion picture. The Content Licensing Agreement specifically prohibited
21 | MetaInterface's display in this manner or MetaInterfaces permission and/or
22 | authorization for such display.

23 |     171. In May 2010, www.eskimotube.com displayed and offered for viewing
24 | Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number
25 | PA1-670-905, specifically located at
26 | http://eskimotube.com/show.php?search=anal%20mermaids. This copyrighted work

1 | was displayed in this manner without the consent of, or licensing by, Fraserside, the
2 | copyright owner and registrant of the motion picture. The Content Licensing
3 | Agreement specifically prohibited MetaInterface's display in this manner or
4 | MetaInterfaces permission and/or authorization for such display.

5 |     172. In May 2010, www.eskimotube.com displayed and offered for viewing
6 | Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number
7 | PA1-670-905, specifically located at http://eskimotube.com/68664-Monika-Unco-
8 | Anal-Mermaids.html?th=4. This copyrighted work was displayed in this manner
9 | without the consent of, or licensing by, Fraserside, the copyright owner and registrant
10 | of the motion picture. The Content Licensing Agreement specifically prohibited
11 | MetaInterface's display in this manner or MetaInterfaces permission and/or
12 | authorization for such display.

13 |     173. In May 2010, www.eskimotube.com displayed and offered for viewing
14 | Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number
15 | PA1-670-905, specifically located at
16 | http://eskimotube.com/show.php?search=anal%20mermaids. This copyrighted work
17 | was displayed in this manner without the consent of, or licensing by, Fraserside, the
18 | copyright owner and registrant of the motion picture. The Content Licensing
19 | Agreement specifically prohibited MetaInterface's display in this manner or
20 | MetaInterfaces permission and/or authorization for such display.

21 |     174. In May 2010, www.eskimotube.com displayed and offered for viewing
22 | Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number
23 | PA1-670-905, specifically located at http://eskimotube.com/68524-Maya-Gold-Anal-
24 | Mermaids.html?th=1. This copyrighted work was displayed in this manner without
25 | the consent of, or licensing by, Fraserside, the copyright owner and registrant of the
26 | motion picture. The Content Licensing Agreement specifically prohibited

1  MetaInterface's display in this manner or MetaInterfaces permission and/or
2  authorization for such display.

3      175.  In May 2010, www.eskimotube.com displayed and offered for viewing
4  Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number
5  PA1-670-905, specifically located at
6  http://eskimotube.com/show.php?search=anal%20mermaids.  This copyrighted work
7  was displayed in this manner without the consent of, or licensing by, Fraserside, the
8  copyright owner and registrant of the motion picture.  The Content Licensing
9  Agreement specifically prohibited MetaInterface's display in this manner or
10 MetaInterfaces permission and/or authorization for such display.

11     176.  In May 2010, www.eskimotube.com displayed and offered for viewing
12 Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number
13 PA1-670-905, specifically located at http://eskimotube.com/68523-Maya-Gold-Anal-
14 Mermaids.html?th=1.  This copyrighted work was displayed in this manner without
15 the consent of, or licensing by, Fraserside, the copyright owner and registrant of the
16 motion picture.  The Content Licensing Agreement specifically prohibited
17 MetaInterface's display in this manner or MetaInterfaces permission and/or
18 authorization for such display.

19     177.  In May 2010, www.eskimotube.com displayed and offered for viewing
20 Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number
21 PA1-670-905, specifically located at
22 ttp://eskimotube.com/show.php?search=anal%20mermaids.  This copyrighted work
23 was displayed in this manner without the consent of, or licensing by, Fraserside, the
24 copyright owner and registrant of the motion picture.  The Content Licensing
25 Agreement specifically prohibited MetaInterface's display in this manner or
26 MetaInterfaces permission and/or authorization for such display.

1     178.   In May 2010, www.eskimotube.com displayed and offered for viewing

2   Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number

3   PA1-670-905, specifically located at http://eskimotube.com/68791-Dorina-And-

4   Judith-Kostner-Anal-Mermaids.html?th=2.  This copyrighted work was displayed in

5   this manner without the consent of, or licensing by, Fraserside, the copyright owner

6   and registrant of the motion picture.  The Content Licensing Agreement specifically

7   prohibited MetaInterface's display in this manner or MetaInterfaces permission

8   and/or authorization for such display.

9     179.   In May 2010, www.eskimotube.com displayed and offered for viewing

10   Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number

11   PA1-670-905, specifically located at

12   http://eskimotube.com/show.php?search=anal%20mermaids.  This copyrighted work

13   was displayed in this manner without the consent of, or licensing by, Fraserside, the

14   copyright owner and registrant of the motion picture.  The Content Licensing

15   Agreement specifically prohibited MetaInterface's display in this manner or

16   MetaInterfaces permission and/or authorization for such display.

17     180.   In May 2010, www.eskimotube.com displayed and offered for viewing

18   Fraserside's copyrighted work titled Anal Mermaids, Copyright Registration Number

19   PA1-670-905, specifically located at http://eskimotube.com/68969-Barbara-Voice-

20   And-Sintia-Stone-Anal-Mermaids.html?th=1.  This copyrighted work was displayed

21   in this manner without the consent of, or licensing by, Fraserside, the copyright

22   owner and registrant of the motion picture.  The Content Licensing Agreement

23   specifically prohibited MetaInterface's display in this manner or MetaInterfaces

24   permission and/or authorization for such display.

25     181.   In May 2010, www.eskimotube.com displayed and offered for viewing

26   Fraserside's copyrighted work titled Art Core, Copyright Registration Number

1  PA1674499, specifically located at

2  http://eskimotube.com/show.php?search=art%20core. This copyrighted work was
3  displayed in this manner without the consent of, or licensing by, Fraserside, the
4  copyright owner and registrant of the motion picture. The Content Licensing
5  Agreement specifically prohibited MetaInterface's display in this manner or
6  MetaInterfaces permission and/or authorization for such display.

7       182. In May 2010, www.eskimotube.com displayed and offered for viewing
8  Fraserside's copyrighted work titled Art Core, Copyright Registration Number
9  PA1674499, specifically located at http://eskimotube.com/118356-Libellule-Art-
10 Core---Scene-5.html?th=2. This copyrighted work was displayed in this manner
11 without the consent of, or licensing by, Fraserside, the copyright owner and registrant
12 of the motion picture. The Content Licensing Agreement specifically prohibited
13 MetaInterface's display in this manner or MetaInterfaces permission and/or
14 authorization for such display.

15      183. In May 2010, www.eskimotube.com displayed and offered for viewing
16 Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration
17 Number PA1-674-265, specifically located at

18 http://eskimotube.com/show.php?search=Beauties%20in%20the%20tropix. This
19 copyrighted work was displayed in this manner without the consent of, or licensing
20 by, Fraserside, the copyright owner and registrant of the motion picture. The Content
21 Licensing Agreement specifically prohibited MetaInterface's display in this manner
22 or MetaInterfaces permission and/or authorization for such display.

23      184. In May 2010, www.eskimotube.com displayed and offered for viewing
24 Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration
25 Number PA1-674-265, specifically located at http://eskimotube.com/57004-Suzie-
26 Carina-And-Veronica-Da-Souza-Beauties-In-The-Tropix.html?th=1. This

1 copyrighted work was displayed in this manner without the consent of, or licensing
2 by, Fraserside, the copyright owner and registrant of the motion picture. The Content
3 Licensing Agreement specifically prohibited MetaInterface's display in this manner
4 or MetaInterfaces permission and/or authorization for such display.

5       185.   In May 2010, www.eskimotube.com displayed and offered for viewing
6 Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration
7 Number PA1-674-265, specifically located at http://eskimotube.com/56940-Donna-
8 Marie-Beauties-In-The-Tropix.html?th=1. This copyrighted work was displayed in
9 this manner without the consent of, or licensing by, Fraserside, the copyright owner
10 and registrant of the motion picture. The Content Licensing Agreement specifically
11 prohibited MetaInterface's display in this manner or MetaInterfaces permission
12 and/or authorization for such display.

13       186.   In May 2010, www.eskimotube.com displayed and offered for viewing
14 Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration
15 Number PA1-674-265, specifically located at http://eskimotube.com/56976-Suzie-
16 Carina-Beauties-In-The-Tropix.html?th=1. This copyrighted work was displayed in
17 this manner without the consent of, or licensing by, Fraserside, the copyright owner
18 and registrant of the motion picture. The Content Licensing Agreement specifically
19 prohibited MetaInterface's display in this manner or MetaInterfaces permission
20 and/or authorization for such display.

21       187.   In May 2010, www.eskimotube.com displayed and offered for viewing
22 Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration
23 Number PA1-674-265, specifically located at http://eskimotube.com/57079-Jennifer-
24 S-And-Thalia-Beauties-In-The-Tropix.html?th=1. This copyrighted work was
25 displayed in this manner without the consent of, or licensing by, Fraserside, the
26 copyright owner and registrant of the motion picture. The Content Licensing

1  Agreement specifically prohibited MetaInterface's display in this manner or
2  MetaInterfaces permission and/or authorization for such display.

3      188.  In May 2010, www.eskimotube.com displayed and offered for viewing
4  Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration
5  Number PA1-674-265, specifically located at http://eskimotube.com/57045-Kathy-
6  Anderson-Beauties-In-The-Tropix.html?th=1. This copyrighted work was displayed
7  in this manner without the consent of, or licensing by, Fraserside, the copyright
8  owner and registrant of the motion picture. The Content Licensing Agreement
9  specifically prohibited MetaInterface's display in this manner or MetaInterfaces
10 permission and/or authorization for such display.

11     189.  In May 2010, www.eskimotube.com displayed and offered for viewing
12 Fraserside's copyrighted work titled Beauties In The Tropix, Copyright Registration
13 Number PA1-674-265, specifically located at http://eskimotube.com/118382-Suzie-
14 Carina-Beauties-In-The-Tropix---Scene-2.html?th=1. This copyrighted work was
15 displayed in this manner without the consent of, or licensing by, Fraserside, the
16 copyright owner and registrant of the motion picture. The Content Licensing
17 Agreement specifically prohibited MetaInterface's display in this manner or
18 MetaInterfaces permission and/or authorization for such display.

19     190.  In May 2010, www.eskimotube.com displayed and offered for viewing
20 Fraserside's copyrighted work titled Caribbean Dream, Copyright Registration
21 Number PA1-670-898, specifically located at
22 http://eskimotube.com/show.php?search=Caribbean%20Dream. This copyrighted
23 work was displayed in this manner without the consent of, or licensing by, Fraserside,
24 the copyright owner and registrant of the motion picture. The Content Licensing
25 Agreement specifically prohibited MetaInterface's display in this manner or
26 MetaInterfaces permission and/or authorization for such display.

191. In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Caribbean Dream, Copyright Registration Number PA1-670-898, specifically located at http://eskimotube.com/90557-Laura-Lion-Caribbean-Dream.html?th=1. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

192. In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Caribbean Dream, Copyright Registration Number PA1-670-898, specifically located at http://eskimotube.com/90108-Jane-Darling-Caribbean-Dream.html?th=1. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

193. In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Caribbean Dream, Copyright Registration Number PA1-670-898, specifically located at http://eskimotube.com/90037-Nikki-Rider-Caribbean-Dream.html?th=1. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

194. In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Caribbean Dream, Copyright Registration

1  Number PA1-670-898, specifically located at http://eskimotube.com/90244-Katia-
2  And-Veronica-Da-Souza-Caribbean-Dream.html?th=1. This copyrighted work was
3  displayed in this manner without the consent of, or licensing by, Fraserside, the
4  copyright owner and registrant of the motion picture. The Content Licensing
5  Agreement specifically prohibited MetaInterface's display in this manner or
6  MetaInterfaces permission and/or authorization for such display.

7  195. In May 2010, www.eskimotube.com displayed and offered for viewing
8  Fraserside's copyrighted work titled Coming of Age 1, Copyright Registration
9  Number PA1-674-262, specifically located at
10 http://eskimotube.com/show.php?search=COMING%20OF%20AGE. This
11 copyrighted work was displayed in this manner without the consent of, or licensing
12 by, Fraserside, the copyright owner and registrant of the motion picture. The Content
13 Licensing Agreement specifically prohibited MetaInterface's display in this manner
14 or MetaInterfaces permission and/or authorization for such display.

15 196. In May 2010, www.eskimotube.com displayed and offered for viewing
16 Fraserside's copyrighted work titled Coming of Age 1, Copyright Registration
17 Number PA1-674-262, specifically located at http://eskimotube.com/68712-
18 Unknown-Coming-Of-Age.html?th=1. This copyrighted work was displayed in this
19 manner without the consent of, or licensing by, Fraserside, the copyright owner and
20 registrant of the motion picture. The Content Licensing Agreement specifically
21 prohibited MetaInterface's display in this manner or MetaInterfaces permission
22 and/or authorization for such display.

23 197. In May 2010, www.eskimotube.com displayed and offered for viewing
24 Fraserside's copyrighted work titled Coming of Age 2, Copyright Registration
25 Number PA1-674-262, specifically located at
26 http://eskimotube.com/show.php?search=COMING%20OF%20AGE. This

1  copyrighted work was displayed in this manner without the consent of, or licensing
2  by, Fraserside, the copyright owner and registrant of the motion picture. The Content
3  Licensing Agreement specifically prohibited MetaInterface's display in this manner
4  or MetaInterfaces permission and/or authorization for such display.

5  198.  In May 2010, www.eskimotube.com displayed and offered for viewing
6  Fraserside's copyrighted work titled Coming of Age 2, Copyright Registration
7  Number PA1-674-262, specifically located at http://eskimotube.com/59433-
8  Unknown-Coming-Of-Age.html?th=1. This copyrighted work was displayed in this
9  manner without the consent of, or licensing by, Fraserside, the copyright owner and
10 registrant of the motion picture. The Content Licensing Agreement specifically
11 prohibited MetaInterface's display in this manner or MetaInterfaces permission
12 and/or authorization for such display.

13  199.  In May 2010, www.eskimotube.com displayed and offered for viewing
14 Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration
15 Number PA1-675-596, specifically located at
16 http://eskimotube.com/show.php?search=dangerous%20curves. This copyrighted
17 work was displayed in this manner without the consent of, or licensing by, Fraserside,
18 the copyright owner and registrant of the motion picture. The Content Licensing
19 Agreement specifically prohibited MetaInterface's display in this manner or
20 MetaInterfaces permission and/or authorization for such display.

21  200.  In May 2010, www.eskimotube.com displayed and offered for viewing
22 Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration
23 Number PA1-675-596, specifically located at http://eskimotube.com/77606-Cecile-
24 Dangerous-Curves.html?th=1. This copyrighted work was displayed in this manner
25 without the consent of, or licensing by, Fraserside, the copyright owner and registrant
26 of the motion picture. The Content Licensing Agreement specifically prohibited

1  MetaInterface's display in this manner or MetaInterfaces permission and/or
2  authorization for such display.

3      201.   In May 2010, www.eskimotube.com displayed and offered for viewing
4  Fraserside's copyrighted work titled Dominatrix Chess Gambit, Copyright
5  Registration Number PA1-670-899, specifically located at
6  http://eskimotube.com/show.php?search=dominatrix%20chess%20gambit.  This
7  copyrighted work was displayed in this manner without the consent of, or licensing
8  by, Fraserside, the copyright owner and registrant of the motion picture.  The Content
9  Licensing Agreement specifically prohibited MetaInterface's display in this manner
10  or MetaInterfaces permission and/or authorization for such display.

11      202.   In May 2010, www.eskimotube.com displayed and offered for viewing
12  Fraserside's copyrighted work titled Dominatrix Chess Gambit, Copyright
13  Registration Number PA1-670-899, specifically located at
14  http://eskimotube.com/79578-Melinda-Vecsey-And-Michelle-Wild-And-Orsi-Shine-
15  Dominatrix-Chess-Gambit.html?th=1.  This copyrighted work was displayed in this
16  manner without the consent of, or licensing by, Fraserside, the copyright owner and
17  registrant of the motion picture.  The Content Licensing Agreement specifically
18  prohibited MetaInterface's display in this manner or MetaInterfaces permission
19  and/or authorization for such display.

20      203.   In May 2010, www.eskimotube.com displayed and offered for viewing
21  Fraserside's copyrighted work titled Dominatrix Chess Gambit, Copyright
22  Registration Number PA1-670-899, specifically located at
23  http://eskimotube.com/79618-Alma-And-Michelle-Wild-Dominatrix-Chess-
24  Gambit.html?th=1.  This copyrighted work was displayed in this manner without the
25  consent of, or licensing by, Fraserside, the copyright owner and registrant of the
26  motion picture.  The Content Licensing Agreement specifically prohibited

1 | MetaInterface's display in this manner or MetaInterfaces permission and/or
2 | authorization for such display.

3 | 204. In May 2010, www.eskimotube.com displayed and offered for viewing
4 | Fraserside's copyrighted work titled Dominatrix Chess Gambit, Copyright
5 | Registration Number PA1-670-899, specifically located at
6 | http://eskimotube.com/79517-Dora-Venter-And-Jessica-Mark-And-Michelle-Wild-
7 | Dominatrix-Chess-Gambit.html?th=1. This copyrighted work was displayed in this
8 | manner without the consent of, or licensing by, Fraserside, the copyright owner and
9 | registrant of the motion picture. The Content Licensing Agreement specifically
10 | prohibited MetaInterface's display in this manner or MetaInterfaces permission
11 | and/or authorization for such display.

12 | 205. In May 2010, www.eskimotube.com displayed and offered for viewing
13 | Fraserside's copyrighted work titled Fatal Orchid 2, Copyright Registration Number
14 | PA1-675-598, specifically located at
15 | http://eskimotube.com/show.php?search=fatal%20orchid. This copyrighted work
16 | was displayed in this manner without the consent of, or licensing by, Fraserside, the
17 | copyright owner and registrant of the motion picture. The Content Licensing
18 | Agreement specifically prohibited MetaInterface's display in this manner or
19 | MetaInterfaces permission and/or authorization for such display.

20 | 206. In May 2010, www.eskimotube.com displayed and offered for viewing
21 | Fraserside's copyrighted work titled Fatal Orchid 2, Copyright Registration Number
22 | PA1-675-598, specifically located at http://eskimotube.com/78146-Swanny-Fatal-
23 | Orchid-2.html?th=1. This copyrighted work was displayed in this manner without
24 | the consent of, or licensing by, Fraserside, the copyright owner and registrant of the
25 | motion picture. The Content Licensing Agreement specifically prohibited
26 |

1 MetaInterface's display in this manner or MetaInterfaces permission and/or
2 authorization for such display.

3    207. In May 2010, www.eskimotube.com displayed and offered for viewing
4 Fraserside's copyrighted work titled Forbidden Games, Copyright Registration
5 Number PA1-677-516, specifically located at
6 http://eskimotube.com/show.php?search=forbidden%20games. This copyrighted
7 work was displayed in this manner without the consent of, or licensing by, Fraserside,
8 the copyright owner and registrant of the motion picture. The Content Licensing
9 Agreement specifically prohibited MetaInterface's display in this manner or
10 MetaInterfaces permission and/or authorization for such display.

11    208. In May 2010, www.eskimotube.com displayed and offered for viewing
12 Fraserside's copyrighted work titled Forbidden Games, Copyright Registration
13 Number PA1-677-516, specifically located at http://eskimotube.com/77919-Dora-
14 Venter-Forbidden-Games.html?th=1. This copyrighted work was displayed in this
15 manner without the consent of, or licensing by, Fraserside, the copyright owner and
16 registrant of the motion picture. The Content Licensing Agreement specifically
17 prohibited MetaInterface's display in this manner or MetaInterfaces permission
18 and/or authorization for such display.

19    209. In May 2010, www.eskimotube.com displayed and offered for viewing
20 Fraserside's copyrighted work titled Gladiator, Copyright Registration Number PA1-
21 674-249, specifically located at
22 http://eskimotube.com/show.php?search=GLADIATOR. This copyrighted work was
23 displayed in this manner without the consent of, or licensing by, Fraserside, the
24 copyright owner and registrant of the motion picture. The Content Licensing
25 Agreement specifically prohibited MetaInterface's display in this manner or
26 MetaInterfaces permission and/or authorization for such display.

1    210.  In May 2010, www.eskimotube.com displayed and offered for viewing
2  Fraserside's copyrighted work titled Gladiator, Copyright Registration Number PA1-
3  674-249, specifically located at http://eskimotube.com/59494-Dorothy-Black-And-
4  Rita-Faltoyano-And-Tina-T-Gladiator.html?th=1.  This copyrighted work was
5  displayed in this manner without the consent of, or licensing by, Fraserside, the
6  copyright owner and registrant of the motion picture.  The Content Licensing
7  Agreement specifically prohibited MetaInterface's display in this manner or
8  MetaInterfaces permission and/or authorization for such display.

9    211.  In May 2010, www.eskimotube.com displayed and offered for viewing
10  Fraserside's copyrighted work titled Guns and Rough Sex, Copyright Registration
11  Number PA1-670-901, specifically located at
12  http://eskimotube.com/show.php?search=Guns%20and%20rough%20sex.  This
13  copyrighted work was displayed in this manner without the consent of, or licensing
14  by, Fraserside, the copyright owner and registrant of the motion picture.  The Content
15  Licensing Agreement specifically prohibited MetaInterface's display in this manner
16  or MetaInterfaces permission and/or authorization for such display.

17    212.  In May 2010, www.eskimotube.com displayed and offered for viewing
18  Fraserside's copyrighted work titled Guns and Rough Sex, Copyright Registration
19  Number PA1-670-901, specifically located at http://eskimotube.com/74524-Michelle-
20  Wild-Guns-And-Rough-Sex.html?th=1.  This copyrighted work was displayed in this
21  manner without the consent of, or licensing by, Fraserside, the copyright owner and
22  registrant of the motion picture.  The Content Licensing Agreement specifically
23  prohibited MetaInterface's display in this manner or MetaInterfaces permission
24  and/or authorization for such display.

25    213.  In May 2010, www.eskimotube.com displayed and offered for viewing
26  Fraserside's copyrighted work titled Guns and Rough Sex, Copyright Registration

1  Number PA1-670-901, specifically located at http://eskimotube.com/73904-Patricia-
2  Diamond-Guns-And-Rough-Sex.html?th=1. This copyrighted work was displayed in
3  this manner without the consent of, or licensing by, Fraserside, the copyright owner
4  and registrant of the motion picture. The Content Licensing Agreement specifically
5  prohibited MetaInterface's display in this manner or MetaInterfaces permission
6  and/or authorization for such display.

7  214. In May 2010, www.eskimotube.com displayed and offered for viewing
8  Fraserside's copyrighted work titled Guns and Rough Sex, Copyright Registration
9  Number PA1-670-901, specifically located at http://eskimotube.com/75269-Mandy-
10 Bright-And-Silvia-Sexton-Guns-And-Rough-Sex.html?th=1. This copyrighted work
11 was displayed in this manner without the consent of, or licensing by, Fraserside, the
12 copyright owner and registrant of the motion picture. The Content Licensing
13 Agreement specifically prohibited MetaInterface's display in this manner or
14 MetaInterfaces permission and/or authorization for such display.

15 215. In May 2010, www.eskimotube.com displayed and offered for viewing
16 Fraserside's copyrighted work titled Guns and Rough Sex, Copyright Registration
17 Number PA1-670-901, specifically located at http://eskimotube.com/74558-Adriana-
18 Rouso-And-Leslie-Taylor-And-Michelle-Wild-Guns-And-Rough-Sex.html?th=1.
19 This copyrighted work was displayed in this manner without the consent of, or
20 licensing by, Fraserside, the copyright owner and registrant of the motion picture.
21 The Content Licensing Agreement specifically prohibited MetaInterface's display in
22 this manner or MetaInterfaces permission and/or authorization for such display.

23 216. In May 2010, www.eskimotube.com displayed and offered for viewing
24 Fraserside's copyrighted work titled Guns and Rough Sex, Copyright Registration
25 Number PA1-670-901, specifically located at http://eskimotube.com/74355-Bambie-
26 Dolce-And-Silvia-Sexton-Guns-And-Rough-Sex.html?th=1. This copyrighted work

1  was displayed in this manner without the consent of, or licensing by, Fraserside, the

2  copyright owner and registrant of the motion picture. The Content Licensing

3  Agreement specifically prohibited MetaInterface's display in this manner or

4  MetaInterfaces permission and/or authorization for such display.

5     217.  In May 2010, www.eskimotube.com displayed and offered for viewing

6  Fraserside's copyrighted work titled House of Love, Copyright Registration Number

7  PA1-675-697, specifically located at

8  http://eskimotube.com/show.php?search=house%20of%20love. This copyrighted

9  work was displayed in this manner without the consent of, or licensing by, Fraserside,

10  the copyright owner and registrant of the motion picture. The Content Licensing

11  Agreement specifically prohibited MetaInterface's display in this manner or

12  MetaInterfaces permission and/or authorization for such display.

13     218.  In May 2010, www.eskimotube.com displayed and offered for viewing

14  Fraserside's copyrighted work titled House of Love, Copyright Registration Number

15  PA1-675-697, specifically located at http://eskimotube.com/75176-Meridian-And-

16  Michelle-Greco-House-Of-Love.html?th=1. This copyrighted work was displayed in

17  this manner without the consent of, or licensing by, Fraserside, the copyright owner

18  and registrant of the motion picture. The Content Licensing Agreement specifically

19  prohibited MetaInterface's display in this manner or MetaInterfaces permission

20  and/or authorization for such display.

21     219.  In May 2010, www.eskimotube.com displayed and offered for viewing

22  Fraserside's copyrighted work titled House of Love, Copyright Registration Number

23  PA1-675-697, specifically located at http://eskimotube.com/75565-Inga-House-Of-

24  Love.html?th=1. This copyrighted work was displayed in this manner without the

25  consent of, or licensing by, Fraserside, the copyright owner and registrant of the

26  motion picture. The Content Licensing Agreement specifically prohibited

1 MetaInterface's display in this manner or MetaInterfaces permission and/or
2 authorization for such display.

3     220. In May 2010, www.eskimotube.com displayed and offered for viewing
4 Fraserside's copyrighted work titled Lady Of The Rings, Copyright Registration
5 Number PA1-673-381, specifically located at
6 http://eskimotube.com/show.php?search=Lady%20Of%20the%20Rings. This
7 copyrighted work was displayed in this manner without the consent of, or licensing
8 by, Fraserside, the copyright owner and registrant of the motion picture. The Content
9 Licensing Agreement specifically prohibited MetaInterface's display in this manner
10 or MetaInterfaces permission and/or authorization for such display.

11     221. In May 2010, www.eskimotube.com displayed and offered for viewing
12 Fraserside's copyrighted work titled Lady Of The Rings, Copyright Registration
13 Number PA1-673-381, specifically located at http://eskimotube.com/118526-
14 Christin-Black-And-Tia-Lady-Of-The-Rings---Scene-1.html?th=1. This copyrighted
15 work was displayed in this manner without the consent of, or licensing by, Fraserside,
16 the copyright owner and registrant of the motion picture. The Content Licensing
17 Agreement specifically prohibited MetaInterface's display in this manner or
18 MetaInterfaces permission and/or authorization for such display.

19     222. In May 2010, www.eskimotube.com displayed and offered for viewing
20 Fraserside's copyrighted work titled Lady Of The Rings, Copyright Registration
21 Number PA1-673-381, specifically located at http://eskimotube.com/118731-Gina-
22 Blonde-And-Silvia-Saint-And-Simony-Diamond-Lady-Of-The-Rings---Scene-
23 5.html?th=1. This copyrighted work was displayed in this manner without the
24 consent of, or licensing by, Fraserside, the copyright owner and registrant of the
25 motion picture. The Content Licensing Agreement specifically prohibited
26

1  MetaInterface's display in this manner or MetaInterfaces permission and/or
2  authorization for such display.

3      223.  In May 2010, www.eskimotube.com displayed and offered for viewing
4  Fraserside's copyrighted work titled Lady Of The Rings, Copyright Registration
5  Number PA1-673-381, specifically located at http://eskimotube.com/118423-
6  Lilliane-Tiger-And-Valentina-Velasques-Lady-Of-The-Rings---Scene-4.html?th=1.
7  This copyrighted work was displayed in this manner without the consent of, or
8  licensing by, Fraserside, the copyright owner and registrant of the motion picture.
9  The Content Licensing Agreement specifically prohibited MetaInterface's display in
10 this manner or MetaInterfaces permission and/or authorization for such display.

11     224.  In May 2010, www.eskimotube.com displayed and offered for viewing
12 Fraserside's copyrighted work titled Paintball Warriors, Copyright Registration
13 Number PA1-675-815, specifically located at
14 http://eskimotube.com/show.php?search=paintball%20warriors.  This copyrighted
15 work was displayed in this manner without the consent of, or licensing by, Fraserside,
16 the copyright owner and registrant of the motion picture.  The Content Licensing
17 Agreement specifically prohibited MetaInterface's display in this manner or
18 MetaInterfaces permission and/or authorization for such display.

19     225.  In May 2010, www.eskimotube.com displayed and offered for viewing
20 Fraserside's copyrighted work titled Paintball Warriors, Copyright Registration
21 Number PA1-675-815, specifically located at http://eskimotube.com/57789-Diana-
22 Gold-Paintball-Warriors.html?th=1.  This copyrighted work was displayed in this
23 manner without the consent of, or licensing by, Fraserside, the copyright owner and
24 registrant of the motion picture.  The Content Licensing Agreement specifically
25 prohibited MetaInterface's display in this manner or MetaInterfaces permission
26 and/or authorization for such display.

226. In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Pirate Fetish Machine The Fetish Garden, Copyright Registration Number PA1674498, specifically located at http://eskimotube.com/show.php?search=fetish%20garden. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

227. In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Pirate Fetish Machine The Fetish Garden, Copyright Registration Number PA1674498, specifically located at http://eskimotube.com/77888-Stacy-Silver-The-Fetish-Garden.html?th=1. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

228. In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Pirate Fetish Machine The Fetish Garden, Copyright Registration Number PA1674498, specifically located at http://eskimotube.com/77888-Stacy-Silver-The-Fetish-Garden.html?th=1, in a manner which permitted and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter display the film in any manner or location desired by the user. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

229. In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Pirate Fetish Machine The Fetish Garden, Copyright Registration Number PA1674498, specifically located at http://eskimotube.com/78060-Claudia-Claire-And-Christina-Bella-The-Fetish-Garden.html?th=1. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

230. In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Pirate Fetish Machine The Fetish Garden, Copyright Registration Number PA1674498, specifically located at http://eskimotube.com/77574-Bibian-Norai-And-Christina-Bella-And-Malena-Conde-And-Miercole-The-Fetish-Garden.html?th=1 This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

231. In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Psychoporn, Copyright Registration Number PA1-670-904, specifically located at http://eskimotube.com/show.php?search=psychoporn. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

1    232.   In May 2010, www.eskimotube.com displayed and offered for viewing
2  Fraserside's copyrighted work titled Psychoporn, Copyright Registration Number
3  PA1-670-904, specifically located at http://eskimotube.com/67637-Janet-Alfano-
4  And-Justine-Ashley-Psychoporn.html?th=1. This copyrighted work was displayed in
5  this manner without the consent of, or licensing by, Fraserside, the copyright owner
6  and registrant of the motion picture. The Content Licensing Agreement specifically
7  prohibited MetaInterface's display in this manner or MetaInterfaces permission
8  and/or authorization for such display.

9    233.   In May 2010, www.eskimotube.com displayed and offered for viewing
10  Fraserside's copyrighted work titled Psychoporn, Copyright Registration Number
11  PA1-670-904, specifically located at http://eskimotube.com/67848-Melissa-Black-
12  Psychoporn.html?th=1. This copyrighted work was displayed in this manner without
13  the consent of, or licensing by, Fraserside, the copyright owner and registrant of the
14  motion picture. The Content Licensing Agreement specifically prohibited
15  MetaInterface's display in this manner or MetaInterfaces permission and/or
16  authorization for such display.

17    234.   In May 2010, www.eskimotube.com displayed and offered for viewing
18  Fraserside's copyrighted work titled Psychoporn, Copyright Registration Number
19  PA1-670-904, specifically located at http://eskimotube.com/67848-Melissa-Black-
20  Psychoporn.html?th=1, in a manner which permitted and/or allowed the user to copy
21  the embedded code of the Plaintiff film and thereafter display the film in any manner
22  or location desired by the user. This copyrighted work was displayed in this manner
23  without the consent of, or licensing by, Fraserside, the copyright owner and registrant
24  of the motion picture. The Content Licensing Agreement specifically prohibited
25  MetaInterface's display in this manner or MetaInterfaces permission and/or
26  authorization for such display.

235.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Psychoporn, Copyright Registration Number PA1-670-904, specifically located at http://eskimotube.com/67879-Liliane-Tiger-Psychoporn.html?th=1. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

236.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Sex, Lies & Internet, Copyright Registration Number PA1-673-407, specifically located at http://eskimotube.com/show.php?search=SEX,%20LIES%20&%20INTERNET. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

237.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Sex, Lies & Internet, Copyright Registration Number PA1-673-407, specifically located at http://eskimotube.com/56758-Sandra-Iron-Sex-Lies-And-Internet.html?th=1. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

238.   In May 2010, www.eskimotube.com displayed and offered for viewing Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number

1  PA1-672-445, specifically located at

2  http://eskimotube.com/show.php?search=sexy%20business. This copyrighted work

3  was displayed in this manner without the consent of, or licensing by, Fraserside, the

4  copyright owner and registrant of the motion picture. The Content Licensing

5  Agreement specifically prohibited MetaInterface's display in this manner or

6  MetaInterfaces permission and/or authorization for such display.

7      239.  In May 2010, www.eskimotube.com displayed and offered for viewing

8  Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number

9  PA1-672-445, specifically located at http://eskimotube.com/89438-Poppy-Morgan-

10  Sexy-Business.html?th=1.  This copyrighted work was displayed in this manner

11  without the consent of, or licensing by, Fraserside, the copyright owner and registrant

12  of the motion picture. The Content Licensing Agreement specifically prohibited

13  MetaInterface's display in this manner or MetaInterfaces permission and/or

14  authorization for such display.

15      240.  In May 2010, www.eskimotube.com displayed and offered for viewing

16  Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number

17  PA1-670-902, specifically located at

18  http://eskimotube.com/show.php?search=spread%20my%20lips. This copyrighted

19  work was displayed in this manner without the consent of, or licensing by, Fraserside,

20  the copyright owner and registrant of the motion picture. The Content Licensing

21  Agreement specifically prohibited MetaInterface's display in this manner or

22  MetaInterfaces permission and/or authorization for such display.

23      241.  In May 2010, www.eskimotube.com displayed and offered for viewing

24  Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number

25  PA1-670-902, specifically located at http://eskimotube.com/54613-Electra-Angel-

26  And-Katy-Caro-Spread-My-Lips.html?th=1.  This copyrighted work was displayed in

1  this manner without the consent of, or licensing by, Fraserside, the copyright owner

2  and registrant of the motion picture.  The Content Licensing Agreement specifically

3  prohibited MetaInterface's display in this manner or MetaInterfaces permission

4  and/or authorization for such display.

5        242.    In May 2010, www.eskimotube.com displayed and offered for viewing

6  Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number

7  PA1-670-902, specifically located at http://eskimotube.com/54740-Rebecca-Linares-

8  Spread-My-Lips.html?th=1.  This copyrighted work was displayed in this manner

9  without the consent of, or licensing by, Fraserside, the copyright owner and registrant

10 of the motion picture.  The Content Licensing Agreement specifically prohibited

11 MetaInterface's display in this manner or MetaInterfaces permission and/or

12 authorization for such display.

13       243.    In May 2010, www.eskimotube.com displayed and offered for viewing

14 Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-

15 670-897, specifically located at http://eskimotube.com/show.php?search=tenerife.

16 This copyrighted work was displayed in this manner without the consent of, or

17 licensing by, Fraserside, the copyright owner and registrant of the motion picture.

18 The Content Licensing Agreement specifically prohibited MetaInterface's display in

19 this manner or MetaInterfaces permission and/or authorization for such display.

20       244.    In May 2010, www.eskimotube.com displayed and offered for viewing

21 Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-

22 670-897, specifically located at http://eskimotube.com/89516-Jane-Darling-And-

23 Silvia-Saint-Tenerife.html?th=1.  This copyrighted work was displayed in this

24 manner without the consent of, or licensing by, Fraserside, the copyright owner and

25 registrant of the motion picture.  The Content Licensing Agreement specifically

26

1  prohibited MetaInterface's display in this manner or MetaInterfaces permission
2  and/or authorization for such display.

3    245.  In May 2010, www.eskimotube.com displayed and offered for viewing
4  Fraserside's copyrighted work titled Tropical Twins, Copyright Registration Number
5  PA1-670-893, specifically located at
6  http://eskimotube.com/show.php?search=tropical%20twins.  This copyrighted work
7  was displayed in this manner without the consent of, or licensing by, Fraserside, the
8  copyright owner and registrant of the motion picture.  The Content Licensing
9  Agreement specifically prohibited MetaInterface's display in this manner or
10  MetaInterfaces permission and/or authorization for such display.

11    246.  In May 2010, www.eskimotube.com displayed and offered for viewing
12  Fraserside's copyrighted work titled Tropical Twins, Copyright Registration Number
13  PA1-670-893, specifically located at http://eskimotube.com/89669-Sharka-Blue-And-
14  Liliane-Tiger-Tropical-Twins.html?th=1.  This copyrighted work was displayed in
15  this manner without the consent of, or licensing by, Fraserside, the copyright owner
16  and registrant of the motion picture.  The Content Licensing Agreement specifically
17  prohibited MetaInterface's display in this manner or MetaInterfaces permission
18  and/or authorization for such display.

19    247.  In May 2010, www.eskimotube.com displayed and offered for viewing
20  Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration
21  Number PA1-670-895, specifically located at
22  http://eskimotube.com/show.php?search=the%20girls%20of%20desire.  This
23  copyrighted work was displayed in this manner without the consent of, or licensing
24  by, Fraserside, the copyright owner and registrant of the motion picture.  The Content
25  Licensing Agreement specifically prohibited MetaInterface's display in this manner
26  or MetaInterfaces permission and/or authorization for such display.

1    248.   In May 2010, www.eskimotube.com displayed and offered for viewing
2  Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration
3  Number PA1-670-895, specifically located at http://eskimotube.com/61909-Sophie-
4  Moone-The-Girls-Of-Desire.html?th=1. This copyrighted work was displayed in this
5  manner without the consent of, or licensing by, Fraserside, the copyright owner and
6  registrant of the motion picture. The Content Licensing Agreement specifically
7  prohibited MetaInterface's display in this manner or MetaInterfaces permission
8  and/or authorization for such display.

9    249.   In May 2010, www.eskimotube.com displayed and offered for viewing
10  Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration
11  Number PA1-670-895, specifically located at http://eskimotube.com/62139-Lucy-
12  Lee-The-Girls-Of-Desire.html?th=1. This copyrighted work was displayed in this
13  manner without the consent of, or licensing by, Fraserside, the copyright owner and
14  registrant of the motion picture. The Content Licensing Agreement specifically
15  prohibited MetaInterface's display in this manner or MetaInterfaces permission
16  and/or authorization for such display.

17    250.   In May 2010, www.eskimotube.com displayed and offered for viewing
18  Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration
19  Number PA1-670-895, specifically located at http://eskimotube.com/61749-Alexa-
20  Weix-And-Bianca-And-Nikki-Black-The-Girls-Of-Desire.html?th=1. This
21  copyrighted work was displayed in this manner without the consent of, or licensing
22  by, Fraserside, the copyright owner and registrant of the motion picture. The Content
23  Licensing Agreement specifically prohibited MetaInterface's display in this manner
24  or MetaInterfaces permission and/or authorization for such display.

25    251.   In May 2010, www.eskimotube.com displayed and offered for viewing
26  Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration

1    Number PA1-670-895, specifically located at http://eskimotube.com/62228-Carmen-

2    White-And-Michelle-Wild-The-Girls-Of-Desire.html?th=1. This copyrighted work

3    was displayed in this manner without the consent of, or licensing by, Fraserside, the

4    copyright owner and registrant of the motion picture. The Content Licensing

5    Agreement specifically prohibited MetaInterface's display in this manner or

6    MetaInterfaces permission and/or authorization for such display.

7        252.   In May 2010, on its Internet Web site page, specifically located at

8    http://eskimotube.com/59494-Dorothy-Black-And-Rita-Faltoyano-And-Tina-T-

9    Gladiator.html?th=1, www.eskimotube.com displayed and/or utilized Plaintiff's

10   trademarks PRIVATE, Registration Number 1014957. Plaintiff's trademarks were

11   infringed in this manner as they were displayed without the consent of, or licensing

12   by, the Plaintiff, the trademark owner and registrant of the trademark.

13                              **www.tjoob.com**

14       253.   On the Internet web site located at www.tjoob.com, Plaintiff's videos are

15   displayed.

16       254.   Defendants have incorporated a business model which uses infringing

17   content to attract a high volume of visitors to the site for the purpose of selling

18   advertising.

19       255.   In the locations on www.tjoob.com where Plaintiff's copyrighted works

20   are displayed, advertisements for third party vendors are displayed. Plaintiff's videos

21   specifically benefit those third party advertisers.

22       256.   Each Plaintiff video displayed on www.tjoob.com exceeds nine (9)

23   minutes in length.

24       257.   Each Plaintiff video displayed on www.tjoob.com is surrounded by third

25   party advertising.

26

258. Under each Plaintiff video displayed on www.tjoob.com are icons provided through a service operated by addthis.com; each icon provides a different function for the end user. Icon functions include allowing a user to email the video to a third party, bookmark the video page, share the video through their account on sites such as Facebook, Amazon, Twitter and Digg. This functionality induces a user to commit infringement by promoting the video to third parties in mass.

259. Each Plaintiff video displayed on www.tjoob.com is accompanied with a specific statement that the video is provided "By: X-Movie," and specific link to www.xmovie.com, which is owned and controlled by MetaInterfaces.

260. In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Mermaids 1, Copyright Registration Number PA1-670-905, specifically located at

http://www.tjoob.com/vids/68523/maya-gold-Anal-Mermaids.html. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

261. In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Anal Mermaids 1, Copyright Registration Number PA1-670-905, specifically located at

http://www.tjoob.com/vids/68523/maya-gold-Anal-Mermaids.html, in a manner which permitted and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter display the film in any manner or location desired by the user. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.

1 | The Content Licensing Agreement specifically prohibited MetaInterface's display in
2 | this manner or MetaInterfaces permission and/or authorization for such display.

3 |     262.   In May 2010, www.tjoob.com displayed and offered for viewing
4 | Fraserside's copyrighted work titled Anal Mermaids 1, Copyright Registration
5 | Number PA1-670-905, specifically located at http://www.tjoob.com/search/anal-
6 | mermaids/. This copyrighted work was displayed in this manner without the consent
7 | of, or licensing by, Fraserside, the copyright owner and registrant of the motion
8 | picture. The Content Licensing Agreement specifically prohibited MetaInterface's
9 | display in this manner or MetaInterfaces permission and/or authorization for such
10 | display.

11 |     263.   In May 2010, www.tjoob.com displayed and offered for viewing
12 | Fraserside's copyrighted work titled Anal Mermaids 1, Copyright Registration
13 | Number PA1-670-905, specifically located at http://www.tjoob.com/search/anal-
14 | mermaids/, in a manner which permitted and/or allowed the user to copy the
15 | embedded code of the Plaintiff film and thereafter display the film in any manner or
16 | location desired by the user. This copyrighted work was displayed in this manner
17 | without the consent of, or licensing by, Fraserside, the copyright owner and registrant
18 | of the motion picture. The Content Licensing Agreement specifically prohibited
19 | MetaInterface's display in this manner or MetaInterfaces permission and/or
20 | authorization for such display.

21 |     264.   In May 2010, www.tjoob.com displayed and offered for viewing
22 | Fraserside's copyrighted work titled Anal Freedom 1, Copyright Registration Number
23 | PA1-674-266, specifically located at http://www.tjoob.com/search/anal-freedom/.
24 | This copyrighted work was displayed in this manner without the consent of, or
25 | licensing by, Fraserside, the copyright owner and registrant of the motion picture.
26 |

1 | The Content Licensing Agreement specifically prohibited MetaInterface's display in
2 | this manner or MetaInterfaces permission and/or authorization for such display.

3 | 265. In May 2010, www.tjoob.com displayed and offered for viewing
4 | Fraserside's copyrighted work titled Anal Freedom 1, Copyright Registration Number
5 | PA1-674-266, specifically located at http://www.tjoob.com/search/anal-freedom/, in a
6 | manner which permitted and/or allowed the user to copy the embedded code of the
7 | Plaintiff film and thereafter display the film in any manner or location desired by the
8 | user. This copyrighted work was displayed in this manner without the consent of, or
9 | licensing by, Fraserside, the copyright owner and registrant of the motion picture.
10 | The Content Licensing Agreement specifically prohibited MetaInterface's display in
11 | this manner or MetaInterfaces permission and/or authorization for such display.

12 | 266. In May 2010, www.tjoob.com displayed and offered for viewing
13 | Fraserside's copyrighted work titled Anal Freedom 1, Copyright Registration Number
14 | PA1-674-266, specifically located at http://www.tjoob.com/vids/54665/kat-Anal-
15 | Freedom.html. This copyrighted work was displayed in this manner without the
16 | consent of, or licensing by, Fraserside, the copyright owner and registrant of the
17 | motion picture. The Content Licensing Agreement specifically prohibited
18 | MetaInterface's display in this manner or MetaInterfaces permission and/or
19 | authorization for such display.

20 | 267. In May 2010, www.tjoob.com displayed and offered for viewing
21 | Fraserside's copyrighted work titled Anal Freedom 1, Copyright Registration Number
22 | PA1-674-266, specifically located at http://www.tjoob.com/vids/54665/kat-Anal-
23 | Freedom.html, in a manner which permitted and/or allowed the user to copy the
24 | embedded code of the Plaintiff film and thereafter display the film in any manner or
25 | location desired by the user. This copyrighted work was displayed in this manner
26 | without the consent of, or licensing by, Fraserside, the copyright owner and registrant

1  of the motion picture. The Content Licensing Agreement specifically prohibited
2  MetaInterface's display in this manner or MetaInterfaces permission and/or
3  authorization for such display.

4  268. In May 2010, www.tjoob.com displayed and offered for viewing
5  Fraserside's copyrighted work titled Anal Freedom 1, Copyright Registration Number
6  PA1-674-266, specifically located at http://www.tjoob.com/vids/54657/vanilla-skye-
7  Anal-Freedom.html. This copyrighted work was displayed in this manner without the
8  consent of, or licensing by, Fraserside, the copyright owner and registrant of the
9  motion picture. The Content Licensing Agreement specifically prohibited
10  MetaInterface's display in this manner or MetaInterfaces permission and/or
11  authorization for such display.

12  269. In May 2010, www.tjoob.com displayed and offered for viewing
13  Fraserside's copyrighted work titled Anal Freedom 1, Copyright Registration Number
14  PA1-674-266, specifically located at http://www.tjoob.com/vids/54657/vanilla-skye-
15  Anal-Freedom.html, in a manner which permitted and/or allowed the user to copy the
16  embedded code of the Plaintiff film and thereafter display the film in any manner or
17  location desired by the user. This copyrighted work was displayed in this manner
18  without the consent of, or licensing by, Fraserside, the copyright owner and registrant
19  of the motion picture. The Content Licensing Agreement specifically prohibited
20  MetaInterface's display in this manner or MetaInterfaces permission and/or
21  authorization for such display.

22  270. In May 2010, www.tjoob.com displayed and offered for viewing
23  Fraserside's copyrighted work titled Anal Freedom 1, Copyright Registration Number
24  PA1-674-266, specifically located at http://www.tjoob.com/vids/54742/sadie-jane-
25  and-naudia-rio-Anal-Freedom.html. This copyrighted work was displayed in this
26  manner without the consent of, or licensing by, Fraserside, the copyright owner and

1  registrant of the motion picture.  The Content Licensing Agreement specifically
2  prohibited MetaInterface's display in this manner or MetaInterfaces permission
3  and/or authorization for such display.

4        271.  In May 2010, www.tjoob.com displayed and offered for viewing
5  Fraserside's copyrighted work titled Anal Freedom 1, Copyright Registration Number
6  PA1-674-266, specifically located at http://www.tjoob.com/vids/54742/sadie-jane-
7  and-naudia-rio-Anal-Freedom.html, in a manner which permitted and/or allowed the
8  user to copy the embedded code of the Plaintiff film and thereafter display the film in
9  any manner or location desired by the user.  This copyrighted work was displayed in
10 this manner without the consent of, or licensing by, Fraserside, the copyright owner
11 and registrant of the motion picture.  The Content Licensing Agreement specifically
12 prohibited MetaInterface's display in this manner or MetaInterfaces permission
13 and/or authorization for such display.

14       272.  In May 2010, www.tjoob.com displayed and offered for viewing
15 Fraserside's copyrighted work titled Anal Freedom 1, Copyright Registration Number
16 PA1-674-266, specifically located at http://www.tjoob.com/vids/54637/melissa-
17 lauren-Anal-Freedom.html.  This copyrighted work was displayed in this manner
18 without the consent of, or licensing by, Fraserside, the copyright owner and registrant
19 of the motion picture.  The Content Licensing Agreement specifically prohibited
20 MetaInterface's display in this manner or MetaInterfaces permission and/or
21 authorization for such display.

22       273.  In May 2010, www.tjoob.com displayed and offered for viewing
23 Fraserside's copyrighted work titled Anal Freedom 1, Copyright Registration Number
24 PA1-674-266, specifically located at http://www.tjoob.com/vids/54637/melissa-
25 lauren-Anal-Freedom.html, in a manner which permitted and/or allowed the user to
26 copy the embedded code of the Plaintiff film and thereafter display the film in any

1 manner or location desired by the user. This copyrighted work was displayed in this
2 manner without the consent of, or licensing by, Fraserside, the copyright owner and
3 registrant of the motion picture. The Content Licensing Agreement specifically
4 prohibited MetaInterface's display in this manner or MetaInterfaces permission
5 and/or authorization for such display.

6     274. In May 2010, www.tjoob.com displayed and offered for viewing
7 Fraserside's copyrighted work titled Beauties In the Tropix 1, Copyright Registration
8 Number PA1-674-265, specifically located at
9 http://www.tjoob.com/vids/56976/suzie-carina-Beauties-In-The-Tropix.html. This
10 copyrighted work was displayed in this manner without the consent of, or licensing
11 by, Fraserside, the copyright owner and registrant of the motion picture. The Content
12 Licensing Agreement specifically prohibited MetaInterface's display in this manner
13 or MetaInterfaces permission and/or authorization for such display.

14     275. In May 2010, www.tjoob.com displayed and offered for viewing
15 Fraserside's copyrighted work titled Beauties In the Tropix 1, Copyright Registration
16 Number PA1-674-265, specifically located at
17 http://www.tjoob.com/vids/56976/suzie-carina-Beauties-In-The-Tropix.html, in a
18 manner which permitted and/or allowed the user to copy the embedded code of the
19 Plaintiff film and thereafter display the film in any manner or location desired by the
20 user. This copyrighted work was displayed in this manner without the consent of, or
21 licensing by, Fraserside, the copyright owner and registrant of the motion picture.
22 The Content Licensing Agreement specifically prohibited MetaInterface's display in
23 this manner or MetaInterfaces permission and/or authorization for such display.

24     276. In May 2010, www.tjoob.com displayed and offered for viewing
25 Fraserside's copyrighted work titled Coming of Age 1, Copyright Registration
26 Number PA1-674-262, specifically located at

1  http://www.tjoob.com/vids/68712/unknown-Coming-Of-Age.html. This copyrighted
2  work was displayed in this manner without the consent of, or licensing by, Fraserside,
3  the copyright owner and registrant of the motion picture. The Content Licensing
4  Agreement specifically prohibited MetaInterface's display in this manner or
5  MetaInterfaces permission and/or authorization for such display.

6      277.   In May 2010, www.tjoob.com displayed and offered for viewing
7  Fraserside's copyrighted work titled Coming of Age 1, Copyright Registration
8  Number PA1-674-262, specifically located at

9  http://www.tjoob.com/vids/68712/unknown-Coming-Of-Age.html, in a manner
10  which permitted and/or allowed the user to copy the embedded code of the Plaintiff
11  film and thereafter display the film in any manner or location desired by the user.
12  This copyrighted work was displayed in this manner without the consent of, or
13  licensing by, Fraserside, the copyright owner and registrant of the motion picture.
14  The Content Licensing Agreement specifically prohibited MetaInterface's display in
15  this manner or MetaInterfaces permission and/or authorization for such display.

16      278.   In May 2010, www.tjoob.com displayed and offered for viewing
17  Fraserside's copyrighted work titled Coming of Age 1, Copyright Registration
18  Number PA1-674-262, specifically located at

19  http://www.tjoob.com/vids/68712/unknown-Coming-Of-Age.html. This copyrighted
20  work was displayed in this manner without the consent of, or licensing by, Fraserside,
21  the copyright owner and registrant of the motion picture. The Content Licensing
22  Agreement specifically prohibited MetaInterface's display in this manner or
23  MetaInterfaces permission and/or authorization for such display.

24      279.   In May 2010, www.tjoob.com displayed and offered for viewing
25  Fraserside's copyrighted work titled Coming of Age 1, Copyright Registration
26  Number PA1-674-262, specifically located at

1 | http://www.tjoob.com/vids/68712/unknown-Coming-Of-Age.html, in a manner
2 | which permitted and/or allowed the user to copy the embedded code of the Plaintiff
3 | film and thereafter display the film in any manner or location desired by the user.
4 | This copyrighted work was displayed in this manner without the consent of, or
5 | licensing by, Fraserside, the copyright owner and registrant of the motion picture.
6 | The Content Licensing Agreement specifically prohibited MetaInterface's display in
7 | this manner or MetaInterfaces permission and/or authorization for such display.

8 |     280.   In May 2010, www.tjoob.com displayed and offered for viewing
9 | Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration
10 | Number PA1-675-596, specifically located at

11 | http://www.tjoob.com/search/dangerous-curves/playtime-0/. This copyrighted work
12 | was displayed in this manner without the consent of, or licensing by, Fraserside, the
13 | copyright owner and registrant of the motion picture. The Content Licensing
14 | Agreement specifically prohibited MetaInterface's display in this manner or
15 | MetaInterfaces permission and/or authorization for such display.

16 |     281.   In May 2010, www.tjoob.com displayed and offered for viewing
17 | Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration
18 | Number PA1-675-596, specifically located at

19 | http://www.tjoob.com/search/dangerous-curves/playtime-0/, in a manner which
20 | permitted and/or allowed the user to copy the embedded code of the Plaintiff film and
21 | thereafter display the film in any manner or location desired by the user. This
22 | copyrighted work was displayed in this manner without the consent of, or licensing
23 | by, Fraserside, the copyright owner and registrant of the motion picture. The Content
24 | Licensing Agreement specifically prohibited MetaInterface's display in this manner
25 | or MetaInterfaces permission and/or authorization for such display.

26 |

1  282.  In May 2010, www.tjoob.com displayed and offered for viewing
2  Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration
3  Number PA1-675-596, specifically located at
4  http://www.tjoob.com/vids/77606/cecile-Dangerous-Curves.html. This copyrighted
5  work was displayed in this manner without the consent of, or licensing by, Fraserside,
6  the copyright owner and registrant of the motion picture.  The Content Licensing
7  Agreement specifically prohibited MetaInterface's display in this manner or
8  MetaInterfaces permission and/or authorization for such display.

9  283.  In May 2010, www.tjoob.com displayed and offered for viewing
10  Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration
11  Number PA1-675-596, specifically located at
12  http://www.tjoob.com/vids/77606/cecile-Dangerous-Curves.html, in a manner which
13  permitted and/or allowed the user to copy the embedded code of the Plaintiff film and
14  thereafter display the film in any manner or location desired by the user.  This
15  copyrighted work was displayed in this manner without the consent of, or licensing
16  by, Fraserside, the copyright owner and registrant of the motion picture.  The Content
17  Licensing Agreement specifically prohibited MetaInterface's display in this manner
18  or MetaInterfaces permission and/or authorization for such display.

19  284.  In May 2010, www.tjoob.com displayed and offered for viewing
20  Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration
21  Number PA1-675-596, specifically located at http://www.tjoob.com/vids/77676/jane-
22  darling-Dangerous-Curves.html. This copyrighted work was displayed in this
23  manner without the consent of, or licensing by, Fraserside, the copyright owner and
24  registrant of the motion picture.  The Content Licensing Agreement specifically
25  prohibited MetaInterface's display in this manner or MetaInterfaces permission
26  and/or authorization for such display.

285.   In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Dangerous Curves, Copyright Registration Number PA1-675-596, specifically located at http://www.tjoob.com/vids/77676/jane-darling-Dangerous-Curves.html, in a manner which permitted and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter display the film in any manner or location desired by the user.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

286.   In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Dominatrix Chess Gambit, Copyright Registration Number PA1-670-899, specifically located at http://www.tjoob.com/search/dominatrix-chess-gambit/.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

287.   In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Dominatrix Chess Gambit, Copyright Registration Number PA1-670-899, specifically located at http://www.tjoob.com/search/dominatrix-chess-gambit/, in a manner which permitted and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter display the film in any manner or location desired by the user.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing

1  Agreement specifically prohibited MetaInterface's display in this manner or
2  MetaInterfaces permission and/or authorization for such display.

3      288.  In May 2010, www.tjoob.com displayed and offered for viewing
4  Fraserside's copyrighted work titled Fatal Orchid 2, Copyright Registration Number
5  PA1-675-598, specifically located at http://www.tjoob.com/search/fatal-
6  orchid/playtime-0/.  This copyrighted work was displayed in this manner without the
7  consent of, or licensing by, Fraserside, the copyright owner and registrant of the
8  motion picture.  The Content Licensing Agreement specifically prohibited
9  MetaInterface's display in this manner or MetaInterfaces permission and/or
10  authorization for such display.

11      289.  In May 2010, www.tjoob.com displayed and offered for viewing
12  Fraserside's copyrighted work titled Fatal Orchid 2, Copyright Registration Number
13  PA1-675-598, specifically located at http://www.tjoob.com/search/fatal-
14  orchid/playtime-0/, in a manner which permitted and/or allowed the user to copy the
15  embedded code of the Plaintiff film and thereafter display the film in any manner or
16  location desired by the user.  This copyrighted work was displayed in this manner
17  without the consent of, or licensing by, Fraserside, the copyright owner and registrant
18  of the motion picture.  The Content Licensing Agreement specifically prohibited
19  MetaInterface's display in this manner or MetaInterfaces permission and/or
20  authorization for such display.

21      290.  In May 2010, www.tjoob.com displayed and offered for viewing
22  Fraserside's copyrighted work titled Fatal Orchid 2, Copyright Registration Number
23  PA1-675-598, specifically located at http://www.tjoob.com/vids/78146/swanny-
24  Fatal-Orchid--2.html.  This copyrighted work was displayed in this manner without
25  the consent of, or licensing by, Fraserside, the copyright owner and registrant of the
26  motion picture.  The Content Licensing Agreement specifically prohibited

1  MetaInterface's display in this manner or MetaInterfaces permission and/or
2  authorization for such display.

3      291.   In May 2010, www.tjoob.com displayed and offered for viewing
4  Fraserside's copyrighted work titled Fatal Orchid 2, Copyright Registration Number
5  PA1-675-598, specifically located at http://www.tjoob.com/vids/78146/swanny-
6  Fatal-Orchid--2.html, in a manner which permitted and/or allowed the user to copy
7  the embedded code of the Plaintiff film and thereafter display the film in any manner
8  or location desired by the user.  This copyrighted work was displayed in this manner
9  without the consent of, or licensing by, Fraserside, the copyright owner and registrant
10 of the motion picture.  The Content Licensing Agreement specifically prohibited
11 MetaInterface's display in this manner or MetaInterfaces permission and/or
12 authorization for such display.

13     292.   In May 2010, www.tjoob.com displayed and offered for viewing
14 Fraserside's copyrighted work titled Fatal Orchid 2, Copyright Registration Number
15 PA1-675-598, specifically located at http://www.tjoob.com/vids/77677/jasmine-
16 Fatal-Orchid--2.html.  This copyrighted work was displayed in this manner without
17 the consent of, or licensing by, Fraserside, the copyright owner and registrant of the
18 motion picture.  The Content Licensing Agreement specifically prohibited
19 MetaInterface's display in this manner or MetaInterfaces permission and/or
20 authorization for such display.

21     293.   In May 2010, www.tjoob.com displayed and offered for viewing
22 Fraserside's copyrighted work titled Fatal Orchid 2, Copyright Registration Number
23 PA1-675-598, specifically located at http://www.tjoob.com/vids/77677/jasmine-
24 Fatal-Orchid--2.html, in a manner which permitted and/or allowed the user to copy
25 the embedded code of the Plaintiff film and thereafter display the film in any manner
26 or location desired by the user.  This copyrighted work was displayed in this manner

1   without the consent of, or licensing by, Fraserside, the copyright owner and registrant
2   of the motion picture. The Content Licensing Agreement specifically prohibited
3   MetaInterface's display in this manner or MetaInterfaces permission and/or
4   authorization for such display.

5       294.   In May 2010, www.tjoob.com displayed and offered for viewing
6   Fraserside's copyrighted work titled Fetish Machine - The Fetish Garden #12,
7   Copyright Registration Number PA1674498, specifically located at
8   http://www.tjoob.com/search/The-Fetish-Garden/. This copyrighted work was
9   displayed in this manner without the consent of, or licensing by, Fraserside, the
10  copyright owner and registrant of the motion picture. The Content Licensing
11  Agreement specifically prohibited MetaInterface's display in this manner or
12  MetaInterfaces permission and/or authorization for such display.

13      295.   In May 2010, www.tjoob.com displayed and offered for viewing
14  Fraserside's copyrighted work titled Fetish Machine - The Fetish Garden #12,
15  Copyright Registration Number PA1674498, specifically located at
16  http://www.tjoob.com/search/The-Fetish-Garden/, in a manner which permitted
17  and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter
18  display the film in any manner or location desired by the user. This copyrighted work
19  was displayed in this manner without the consent of, or licensing by, Fraserside, the
20  copyright owner and registrant of the motion picture. The Content Licensing
21  Agreement specifically prohibited MetaInterface's display in this manner or
22  MetaInterfaces permission and/or authorization for such display.

23      296.   In May 2010, www.tjoob.com displayed and offered for viewing
24  Fraserside's copyrighted work titled Fetish Machine - The Fetish Garden #12,
25  Copyright Registration Number PA1674498, specifically located at
26  http://www.tjoob.com/vids/77574/bibian-norai-and-christina-bella-and-malena-

1  conde-and-miercole-The-Fetish-Garden.html. This copyrighted work was displayed

2  in this manner without the consent of, or licensing by, Fraserside, the copyright

3  owner and registrant of the motion picture. The Content Licensing Agreement

4  specifically prohibited MetaInterface's display in this manner or MetaInterfaces

5  permission and/or authorization for such display.

6  297.  In May 2010, www.tjoob.com displayed and offered for viewing

7  Fraserside's copyrighted work titled Fetish Machine - The Fetish Garden #12,

8  Copyright Registration Number PA1674498, specifically located at

9  http://www.tjoob.com/vids/77574/bibian-norai-and-christina-bella-and-malena-

10  conde-and-miercole-The-Fetish-Garden.html, in a manner which permitted and/or

11  allowed the user to copy the embedded code of the Plaintiff film and thereafter

12  display the film in any manner or location desired by the user. This copyrighted work

13  was displayed in this manner without the consent of, or licensing by, Fraserside, the

14  copyright owner and registrant of the motion picture. The Content Licensing

15  Agreement specifically prohibited MetaInterface's display in this manner or

16  MetaInterfaces permission and/or authorization for such display.

17  298.  In May 2010, www.tjoob.com displayed and offered for viewing

18  Fraserside's copyrighted work titled Fetish Machine - The Fetish Garden #12,

19  Copyright Registration Number PA1674498, specifically located at

20  http://www.tjoob.com/vids/78060/claudia-claire-and-christina-bella-The-Fetish-

21  Garden.html. This copyrighted work was displayed in this manner without the

22  consent of, or licensing by, Fraserside, the copyright owner and registrant of the

23  motion picture. The Content Licensing Agreement specifically prohibited

24  MetaInterface's display in this manner or MetaInterfaces permission and/or

25  authorization for such display.

26

1    299.   In May 2010, www.tjoob.com displayed and offered for viewing
2   Fraserside's copyrighted work titled Fetish Machine - The Fetish Garden #12,
3   Copyright Registration Number PA1674498, specifically located at
4   http://www.tjoob.com/vids/78060/claudia-claire-and-christina-bella-The-Fetish-
5   Garden.html, in a manner which permitted and/or allowed the user to copy the
6   embedded code of the Plaintiff film and thereafter display the film in any manner or
7   location desired by the user.  This copyrighted work was displayed in this manner
8   without the consent of, or licensing by, Fraserside, the copyright owner and registrant
9   of the motion picture.  The Content Licensing Agreement specifically prohibited
10   MetaInterface's display in this manner or MetaInterfaces permission and/or
11   authorization for such display.

12    300.   In May 2010, www.tjoob.com displayed and offered for viewing
13   Fraserside's copyrighted work titled Fetish Machine - The Fetish Garden #12,
14   Copyright Registration Number PA1674498, specifically located at
15   http://www.tjoob.com/vids/77888/stacy-silver-The-Fetish-Garden.html.  This
16   copyrighted work was displayed in this manner without the consent of, or licensing
17   by, Fraserside, the copyright owner and registrant of the motion picture.  The Content
18   Licensing Agreement specifically prohibited MetaInterface's display in this manner
19   or MetaInterfaces permission and/or authorization for such display.

20    301.   In May 2010, www.tjoob.com displayed and offered for viewing
21   Fraserside's copyrighted work titled Fetish Machine - The Fetish Garden #12,
22   Copyright Registration Number PA1674498, specifically located at
23   http://www.tjoob.com/vids/77888/stacy-silver-The-Fetish-Garden.html, in a manner
24   which permitted and/or allowed the user to copy the embedded code of the Plaintiff
25   film and thereafter display the film in any manner or location desired by the user.
26   This copyrighted work was displayed in this manner without the consent of, or

1 | licensing by, Fraserside, the copyright owner and registrant of the motion picture.
2 | The Content Licensing Agreement specifically prohibited MetaInterface's display in
3 | this manner or MetaInterfaces permission and/or authorization for such display.

4 |     302.   In May 2010, www.tjoob.com displayed and offered for viewing
5 | Fraserside's copyrighted work titled Forbidden Games, Copyright Registration
6 | Number PA1-677-516, specifically located at
7 | http://www.tjoob.com/search/forbidden-games/playtime-0/. This copyrighted work
8 | was displayed in this manner without the consent of, or licensing by, Fraserside, the
9 | copyright owner and registrant of the motion picture.  The Content Licensing
10 | Agreement specifically prohibited MetaInterface's display in this manner or
11 | MetaInterfaces permission and/or authorization for such display.

12 |     303.   In May 2010, www.tjoob.com displayed and offered for viewing
13 | Fraserside's copyrighted work titled Forbidden Games, Copyright Registration
14 | Number PA1-677-516, specifically located at
15 | http://www.tjoob.com/search/forbidden-games/playtime-0/, in a manner which
16 | permitted and/or allowed the user to copy the embedded code of the Plaintiff film and
17 | thereafter display the film in any manner or location desired by the user. This
18 | copyrighted work was displayed in this manner without the consent of, or licensing
19 | by, Fraserside, the copyright owner and registrant of the motion picture.  The Content
20 | Licensing Agreement specifically prohibited MetaInterface's display in this manner
21 | or MetaInterfaces permission and/or authorization for such display.

22 |     304.   In May 2010, www.tjoob.com displayed and offered for viewing
23 | Fraserside's copyrighted work titled Forbidden Games, Copyright Registration
24 | Number PA1-677-516, specifically located at http://www.tjoob.com/vids/77919/dora-
25 | venter-Forbidden-Games.html. This copyrighted work was displayed in this manner
26 | without the consent of, or licensing by, Fraserside, the copyright owner and registrant

1  of the motion picture. The Content Licensing Agreement specifically prohibited

2  MetaInterface's display in this manner or MetaInterfaces permission and/or

3  authorization for such display.

4      305.  In May 2010, www.tjoob.com displayed and offered for viewing

5  Fraserside's copyrighted work titled Forbidden Games, Copyright Registration

6  Number PA1-677-516, specifically located at http://www.tjoob.com/vids/77919/dora-

7  venter-Forbidden-Games.html, in a manner which permitted and/or allowed the user

8  to copy the embedded code of the Plaintiff film and thereafter display the film in any

9  manner or location desired by the user. This copyrighted work was displayed in this

10 manner without the consent of, or licensing by, Fraserside, the copyright owner and

11 registrant of the motion picture. The Content Licensing Agreement specifically

12 prohibited MetaInterface's display in this manner or MetaInterfaces permission

13 and/or authorization for such display.

14      306.  In May 2010, www.tjoob.com displayed and offered for viewing

15 Fraserside's copyrighted work titled Forbidden Games, Copyright Registration

16 Number PA1-677-516, specifically located at

17 http://www.tjoob.com/vids/78082/monica-sweetheart-Forbidden-Games.html.  This

18 copyrighted work was displayed in this manner without the consent of, or licensing

19 by, Fraserside, the copyright owner and registrant of the motion picture. The Content

20 Licensing Agreement specifically prohibited MetaInterface's display in this manner

21 or MetaInterfaces permission and/or authorization for such display.

22      307.  In May 2010, www.tjoob.com displayed and offered for viewing

23 Fraserside's copyrighted work titled Forbidden Games, Copyright Registration

24 Number PA1-677-516, specifically located at

25 http://www.tjoob.com/vids/78082/monica-sweetheart-Forbidden-Games.html, in a

26 manner which permitted and/or allowed the user to copy the embedded code of the

1 | Plaintiff film and thereafter display the film in any manner or location desired by the
2 | user. This copyrighted work was displayed in this manner without the consent of, or
3 | licensing by, Fraserside, the copyright owner and registrant of the motion picture.
4 | The Content Licensing Agreement specifically prohibited MetaInterface's display in
5 | this manner or MetaInterfaces permission and/or authorization for such display.

6 | 308. In May 2010, www.tjoob.com displayed and offered for viewing
7 | Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration
8 | Number PA1-670-895, specifically located at http://www.tjoob.com/search/the-girls-
9 | of-desire/. This copyrighted work was displayed in this manner without the consent
10 | of, or licensing by, Fraserside, the copyright owner and registrant of the motion
11 | picture. The Content Licensing Agreement specifically prohibited MetaInterface's
12 | display in this manner or MetaInterfaces permission and/or authorization for such
13 | display.

14 | 309. In May 2010, www.tjoob.com displayed and offered for viewing
15 | Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration
16 | Number PA1-670-895, specifically located at http://www.tjoob.com/search/the-girls-
17 | of-desire/, in a manner which permitted and/or allowed the user to copy the
18 | embedded code of the Plaintiff film and thereafter display the film in any manner or
19 | location desired by the user. This copyrighted work was displayed in this manner
20 | without the consent of, or licensing by, Fraserside, the copyright owner and registrant
21 | of the motion picture. The Content Licensing Agreement specifically prohibited
22 | MetaInterface's display in this manner or MetaInterfaces permission and/or
23 | authorization for such display.

24 | 310. In May 2010, www.tjoob.com displayed and offered for viewing
25 | Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration
26 | Number PA1-670-895, specifically located at

1    http://www.tjoob.com/vids/61909/sophie-moone-The-Girls-Of-Desire.html. This
2    copyrighted work was displayed in this manner without the consent of, or licensing
3    by, Fraserside, the copyright owner and registrant of the motion picture. The Content
4    Licensing Agreement specifically prohibited MetaInterface's display in this manner
5    or MetaInterfaces permission and/or authorization for such display.

6    311. In May 2010, www.tjoob.com displayed and offered for viewing
7    Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration
8    Number PA1-670-895, specifically located at

9    http://www.tjoob.com/vids/61909/sophie-moone-The-Girls-Of-Desire.html, in a
10    manner which permitted and/or allowed the user to copy the embedded code of the
11    Plaintiff film and thereafter display the film in any manner or location desired by the
12    user. This copyrighted work was displayed in this manner without the consent of, or
13    licensing by, Fraserside, the copyright owner and registrant of the motion picture.
14    The Content Licensing Agreement specifically prohibited MetaInterface's display in
15    this manner or MetaInterfaces permission and/or authorization for such display.

16    312. In May 2010, www.tjoob.com displayed and offered for viewing
17    Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration
18    Number PA1-670-895, specifically located at

19    http://www.tjoob.com/vids/61749/alexa-weix-and-bianca-and-nikki-black-The-Girls-
20    Of-Desire.html. This copyrighted work was displayed in this manner without the
21    consent of, or licensing by, Fraserside, the copyright owner and registrant of the
22    motion picture. The Content Licensing Agreement specifically prohibited
23    MetaInterface's display in this manner or MetaInterfaces permission and/or
24    authorization for such display.

25    313. In May 2010, www.tjoob.com displayed and offered for viewing
26    Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration

1 Number PA1-670-895, specifically located at

2 http://www.tjoob.com/vids/61749/alexa-weix-and-bianca-and-nikki-black-The-Girls-
3 Of-Desire.html, in a manner which permitted and/or allowed the user to copy the
4 embedded code of the Plaintiff film and thereafter display the film in any manner or
5 location desired by the user. This copyrighted work was displayed in this manner
6 without the consent of, or licensing by, Fraserside, the copyright owner and registrant
7 of the motion picture. The Content Licensing Agreement specifically prohibited
8 MetaInterface's display in this manner or MetaInterfaces permission and/or
9 authorization for such display.

10     314. In May 2010, www.tjoob.com displayed and offered for viewing
11 Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration
12 Number PA1-670-895, specifically located at

13 http://www.tjoob.com/vids/62228/carmen-white-and-michelle-wild-The-Girls-Of-
14 Desire.html. This copyrighted work was displayed in this manner without the
15 consent of, or licensing by, Fraserside, the copyright owner and registrant of the
16 motion picture. The Content Licensing Agreement specifically prohibited
17 MetaInterface's display in this manner or MetaInterfaces permission and/or
18 authorization for such display.

19     315. In May 2010, www.tjoob.com displayed and offered for viewing
20 Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration
21 Number PA1-670-895, specifically located at

22 http://www.tjoob.com/vids/62228/carmen-white-and-michelle-wild-The-Girls-Of-
23 Desire.html, in a manner which permitted and/or allowed the user to copy the
24 embedded code of the Plaintiff film and thereafter display the film in any manner or
25 location desired by the user. This copyrighted work was displayed in this manner
26 without the consent of, or licensing by, Fraserside, the copyright owner and registrant

1  of the motion picture. The Content Licensing Agreement specifically prohibited
2  MetaInterface's display in this manner or MetaInterfaces permission and/or
3  authorization for such display.

4      316. In May 2010, www.tjoob.com displayed and offered for viewing
5  Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration
6  Number PA1-670-895, specifically located at
7  http://www.tjoob.com/vids/57515/fabiola-dos-santos-The-Girls-Of-Desire.html. This
8  copyrighted work was displayed in this manner without the consent of, or licensing
9  by, Fraserside, the copyright owner and registrant of the motion picture. The Content
10  Licensing Agreement specifically prohibited MetaInterface's display in this manner
11  or MetaInterfaces permission and/or authorization for such display.

12      317. In May 2010, www.tjoob.com displayed and offered for viewing
13  Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration
14  Number PA1-670-895, specifically located at
15  http://www.tjoob.com/vids/57515/fabiola-dos-santos-The-Girls-Of-Desire.html, in a
16  manner which permitted and/or allowed the user to copy the embedded code of the
17  Plaintiff film and thereafter display the film in any manner or location desired by the
18  user. This copyrighted work was displayed in this manner without the consent of, or
19  licensing by, Fraserside, the copyright owner and registrant of the motion picture.
20  The Content Licensing Agreement specifically prohibited MetaInterface's display in
21  this manner or MetaInterfaces permission and/or authorization for such display.

22      318. In May 2010, www.tjoob.com displayed and offered for viewing
23  Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration
24  Number PA1-670-895, specifically located at http://www.tjoob.com/vids/62139/lucy-
25  lee-The-Girls-Of-Desire.html. This copyrighted work was displayed in this manner
26  without the consent of, or licensing by, Fraserside, the copyright owner and registrant

1    of the motion picture. The Content Licensing Agreement specifically prohibited
2    MetaInterface's display in this manner or MetaInterfaces permission and/or
3    authorization for such display.

4       319.   In May 2010, www.tjoob.com displayed and offered for viewing
5    Fraserside's copyrighted work titled The Girls of Desire, Copyright Registration
6    Number PA1-670-895, specifically located at http://www.tjoob.com/vids/62139/lucy-
7    lee-The-Girls-Of-Desire.html, in a manner which permitted and/or allowed the user to
8    copy the embedded code of the Plaintiff film and thereafter display the film in any
9    manner or location desired by the user. This copyrighted work was displayed in this
10   manner without the consent of, or licensing by, Fraserside, the copyright owner and
11   registrant of the motion picture. The Content Licensing Agreement specifically
12   prohibited MetaInterface's display in this manner or MetaInterfaces permission
13   and/or authorization for such display.

14      320.   In May 2010, www.tjoob.com displayed and offered for viewing
15   Fraserside's copyrighted work titled Gladiator, Copyright Registration Number PA1-
16   674-249, specifically located at http://www.tjoob.com/search/GLADIATOR/. This
17   copyrighted work was displayed in this manner without the consent of, or licensing
18   by, Fraserside, the copyright owner and registrant of the motion picture. The Content
19   Licensing Agreement specifically prohibited MetaInterface's display in this manner
20   or MetaInterfaces permission and/or authorization for such display.

21      321.   In May 2010, www.tjoob.com displayed and offered for viewing
22   Fraserside's copyrighted work titled Gladiator, Copyright Registration Number PA1-
23   674-249, specifically located at http://www.tjoob.com/search/GLADIATOR/, in a
24   manner which permitted and/or allowed the user to copy the embedded code of the
25   Plaintiff film and thereafter display the film in any manner or location desired by the
26   user. This copyrighted work was displayed in this manner without the consent of, or

1  licensing by, Fraserside, the copyright owner and registrant of the motion picture.
2  The Content Licensing Agreement specifically prohibited MetaInterface's display in
3  this manner or MetaInterfaces permission and/or authorization for such display.

4  322. In May 2010, www.tjoob.com displayed and offered for viewing
5  Fraserside's copyrighted work titled Gladiator, Copyright Registration Number PA1-
6  674-249, specifically located at http://www.tjoob.com/vids/59494/dorothy-black-and-
7  rita-faltoyano-and-tina-t-Gladiator.html. This copyrighted work was displayed in this
8  manner without the consent of, or licensing by, Fraserside, the copyright owner and
9  registrant of the motion picture. The Content Licensing Agreement specifically
10 prohibited MetaInterface's display in this manner or MetaInterfaces permission
11 and/or authorization for such display.

12 323. In May 2010, www.tjoob.com displayed and offered for viewing
13 Fraserside's copyrighted work titled Gladiator, Copyright Registration Number PA1-
14 674-249, specifically located at http://www.tjoob.com/vids/59494/dorothy-black-and-
15 rita-faltoyano-and-tina-t-Gladiator.html, in a manner which permitted and/or allowed
16 the user to copy the embedded code of the Plaintiff film and thereafter display the
17 film in any manner or location desired by the user. This copyrighted work was
18 displayed in this manner without the consent of, or licensing by, Fraserside, the
19 copyright owner and registrant of the motion picture. The Content Licensing
20 Agreement specifically prohibited MetaInterface's display in this manner or
21 MetaInterfaces permission and/or authorization for such display.

22 324. In May 2010, www.tjoob.com displayed and offered for viewing
23 Fraserside's copyrighted work titled House of Love, Copyright Registration Number
24 PA1-675-697, specifically located at http://www.tjoob.com/search/house-of-
25 love/playtime-0/. This copyrighted work was displayed in this manner without the
26 consent of, or licensing by, Fraserside, the copyright owner and registrant of the

motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

325.   In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled House of Love, Copyright Registration Number PA1-675-697, specifically located at http://www.tjoob.com/search/house-of-love/playtime-0/, in a manner which permitted and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter display the film in any manner or location desired by the user.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

326.   In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled House of Love, Copyright Registration Number PA1-675-697, specifically located at http://www.tjoob.com/vids/74272/victoria-House-Of-Love.html.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

327.   In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled House of Love, Copyright Registration Number PA1-675-697, specifically located at http://www.tjoob.com/vids/74272/victoria-House-Of-Love.html, in a manner which permitted and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter display the film in any manner

1  or location desired by the user. This copyrighted work was displayed in this manner
2  without the consent of, or licensing by, Fraserside, the copyright owner and registrant
3  of the motion picture. The Content Licensing Agreement specifically prohibited
4  MetaInterface's display in this manner or MetaInterfaces permission and/or
5  authorization for such display.

6  328. In May 2010, www.tjoob.com displayed and offered for viewing
7  Fraserside's copyrighted work titled House of Love, Copyright Registration Number
8  PA1-675-697, specifically located at http://www.tjoob.com/vids/75565/inga-House-
9  Of-Love.html. This copyrighted work was displayed in this manner without the
10  consent of, or licensing by, Fraserside, the copyright owner and registrant of the
11  motion picture. The Content Licensing Agreement specifically prohibited
12  MetaInterface's display in this manner or MetaInterfaces permission and/or
13  authorization for such display.

14  329. In May 2010, www.tjoob.com displayed and offered for viewing
15  Fraserside's copyrighted work titled House of Love, Copyright Registration Number
16  PA1-675-697, specifically located at http://www.tjoob.com/vids/75565/inga-House-
17  Of-Love.html, in a manner which permitted and/or allowed the user to copy the
18  embedded code of the Plaintiff film and thereafter display the film in any manner or
19  location desired by the user. This copyrighted work was displayed in this manner
20  without the consent of, or licensing by, Fraserside, the copyright owner and registrant
21  of the motion picture. The Content Licensing Agreement specifically prohibited
22  MetaInterface's display in this manner or MetaInterfaces permission and/or
23  authorization for such display.

24  330. In May 2010, www.tjoob.com displayed and offered for viewing
25  Fraserside's copyrighted work titled Lady of the Rings, Copyright Registration
26  Number PA1-673-381, specifically located at http://www.tjoob.com/search/Lady-Of-

1   the-Rings/. This copyrighted work was displayed in this manner without the consent
2   of, or licensing by, Fraserside, the copyright owner and registrant of the motion
3   picture. The Content Licensing Agreement specifically prohibited MetaInterface's
4   display in this manner or MetaInterfaces permission and/or authorization for such
5   display.

6   331. In May 2010, www.tjoob.com displayed and offered for viewing
7   Fraserside's copyrighted work titled Lady of the Rings, Copyright Registration
8   Number PA1-673-381, specifically located at http://www.tjoob.com/search/Lady-Of-
9   the-Rings/, in a manner which permitted and/or allowed the user to copy the
10   embedded code of the Plaintiff film and thereafter display the film in any manner or
11   location desired by the user. This copyrighted work was displayed in this manner
12   without the consent of, or licensing by, Fraserside, the copyright owner and registrant
13   of the motion picture. The Content Licensing Agreement specifically prohibited
14   MetaInterface's display in this manner or MetaInterfaces permission and/or
15   authorization for such display.

16   332. In May 2010, www.tjoob.com displayed and offered for viewing
17   Fraserside's copyrighted work titled Lady of the Rings, Copyright Registration
18   Number PA1-673-381, specifically located at
19   http://www.tjoob.com/vids/118423/lilliane-tiger-and-valentina-velasques-Lady-Of-
20   The-Rings---Scene-4.html. This copyrighted work was displayed in this manner
21   without the consent of, or licensing by, Fraserside, the copyright owner and registrant
22   of the motion picture. The Content Licensing Agreement specifically prohibited
23   MetaInterface's display in this manner or MetaInterfaces permission and/or
24   authorization for such display.

25   333. In May 2010, www.tjoob.com displayed and offered for viewing
26   Fraserside's copyrighted work titled Lady of the Rings, Copyright Registration

1 | Number PA1-673-381, specifically located at

2 | http://www.tjoob.com/vids/118423/lilliane-tiger-and-valentina-velasques-Lady-Of-
3 | The-Rings---Scene-4.html, in a manner which permitted and/or allowed the user to
4 | copy the embedded code of the Plaintiff film and thereafter display the film in any
5 | manner or location desired by the user. This copyrighted work was displayed in this
6 | manner without the consent of, or licensing by, Fraserside, the copyright owner and
7 | registrant of the motion picture. The Content Licensing Agreement specifically
8 | prohibited MetaInterface's display in this manner or MetaInterfaces permission
9 | and/or authorization for such display.

10 |     334. In May 2010, www.tjoob.com displayed and offered for viewing
11 | Fraserside's copyrighted work titled Lady of the Rings, Copyright Registration
12 | Number PA1-673-381, specifically located at

13 | http://www.tjoob.com/vids/118526/christin-black-and-tia-Lady-Of-The-Rings---
14 | Scene-1.html. This copyrighted work was displayed in this manner without the
15 | consent of, or licensing by, Fraserside, the copyright owner and registrant of the
16 | motion picture. The Content Licensing Agreement specifically prohibited
17 | MetaInterface's display in this manner or MetaInterfaces permission and/or
18 | authorization for such display.

19 |     335. In May 2010, www.tjoob.com displayed and offered for viewing
20 | Fraserside's copyrighted work titled Lady of the Rings, Copyright Registration
21 | Number PA1-673-381, specifically located at

22 | http://www.tjoob.com/vids/118526/christin-black-and-tia-Lady-Of-The-Rings---
23 | Scene-1.html, in a manner which permitted and/or allowed the user to copy the
24 | embedded code of the Plaintiff film and thereafter display the film in any manner or
25 | location desired by the user. This copyrighted work was displayed in this manner
26 | without the consent of, or licensing by, Fraserside, the copyright owner and registrant

1 | of the motion picture. The Content Licensing Agreement specifically prohibited
2 | MetaInterface's display in this manner or MetaInterfaces permission and/or
3 | authorization for such display.

4 | 336. In May 2010, www.tjoob.com displayed and offered for viewing
5 | Fraserside's copyrighted work titled Paintball Warriors, Copyright Registration
6 | Number PA1-675-815, specifically located at http://www.tjoob.com/search/paintball-
7 | warriors/. This copyrighted work was displayed in this manner without the consent
8 | of, or licensing by, Fraserside, the copyright owner and registrant of the motion
9 | picture. The Content Licensing Agreement specifically prohibited MetaInterface's
10 | display in this manner or MetaInterfaces permission and/or authorization for such
11 | display.

12 | 337. In May 2010, www.tjoob.com displayed and offered for viewing
13 | Fraserside's copyrighted work titled Paintball Warriors, Copyright Registration
14 | Number PA1-675-815, specifically located at http://www.tjoob.com/search/paintball-
15 | warriors/, in a manner which permitted and/or allowed the user to copy the embedded
16 | code of the Plaintiff film and thereafter display the film in any manner or location
17 | desired by the user. This copyrighted work was displayed in this manner without the
18 | consent of, or licensing by, Fraserside, the copyright owner and registrant of the
19 | motion picture. The Content Licensing Agreement specifically prohibited
20 | MetaInterface's display in this manner or MetaInterfaces permission and/or
21 | authorization for such display.

22 | 338. In May 2010, www.tjoob.com displayed and offered for viewing
23 | Fraserside's copyrighted work titled Paintball Warriors, Copyright Registration
24 | Number PA1-675-815, specifically located at
25 | http://www.tjoob.com/vids/57789/diana-gold-Paintball-Warriors.html. This
26 | copyrighted work was displayed in this manner without the consent of, or licensing

1 by, Fraserside, the copyright owner and registrant of the motion picture. The Content
2 Licensing Agreement specifically prohibited MetaInterface's display in this manner
3 or MetaInterfaces permission and/or authorization for such display.

4 339. In May 2010, www.tjoob.com displayed and offered for viewing
5 Fraserside's copyrighted work titled Paintball Warriors, Copyright Registration
6 Number PA1-675-815, specifically located at
7 http://www.tjoob.com/vids/57789/diana-gold-Paintball-Warriors.html, in a manner
8 which permitted and/or allowed the user to copy the embedded code of the Plaintiff
9 film and thereafter display the film in any manner or location desired by the user.
10 This copyrighted work was displayed in this manner without the consent of, or
11 licensing by, Fraserside, the copyright owner and registrant of the motion picture.
12 The Content Licensing Agreement specifically prohibited MetaInterface's display in
13 this manner or MetaInterfaces permission and/or authorization for such display.

14 340. In May 2010, www.tjoob.com displayed and offered for viewing
15 Fraserside's copyrighted work titled Psychoporn, Copyright Registration Number
16 PA1-670-904, specifically located at http://www.tjoob.com/search/psychoporn/. This
17 copyrighted work was displayed in this manner without the consent of, or licensing
18 by, Fraserside, the copyright owner and registrant of the motion picture. The Content
19 Licensing Agreement specifically prohibited MetaInterface's display in this manner
20 or MetaInterfaces permission and/or authorization for such display.

21 341. In May 2010, www.tjoob.com displayed and offered for viewing
22 Fraserside's copyrighted work titled Psychoporn, Copyright Registration Number
23 PA1-670-904, specifically located at http://www.tjoob.com/search/psychoporn/, in a
24 manner which permitted and/or allowed the user to copy the embedded code of the
25 Plaintiff film and thereafter display the film in any manner or location desired by the
26 user. This copyrighted work was displayed in this manner without the consent of, or

1 licensing by, Fraserside, the copyright owner and registrant of the motion picture.

2 The Content Licensing Agreement specifically prohibited MetaInterface's display in

3 this manner or MetaInterfaces permission and/or authorization for such display.

4 342. In May 2010, www.tjoob.com displayed and offered for viewing

5 Fraserside's copyrighted work titled Psychoporn, Copyright Registration Number

6 PA1-670-904, specifically located at http://www.tjoob.com/vids/67879/liliane-tiger-

7 Psychoporn.html. This copyrighted work was displayed in this manner without the

8 consent of, or licensing by, Fraserside, the copyright owner and registrant of the

9 motion picture. The Content Licensing Agreement specifically prohibited

10 MetaInterface's display in this manner or MetaInterfaces permission and/or

11 authorization for such display.

12 343. In May 2010, www.tjoob.com displayed and offered for viewing

13 Fraserside's copyrighted work titled Psychoporn, Copyright Registration Number

14 PA1-670-904, specifically located at http://www.tjoob.com/vids/67879/liliane-tiger-

15 Psychoporn.html, in a manner which permitted and/or allowed the user to copy the

16 embedded code of the Plaintiff film and thereafter display the film in any manner or

17 location desired by the user. This copyrighted work was displayed in this manner

18 without the consent of, or licensing by, Fraserside, the copyright owner and registrant

19 of the motion picture. The Content Licensing Agreement specifically prohibited

20 MetaInterface's display in this manner or MetaInterfaces permission and/or

21 authorization for such display.

22 344. In May 2010, www.tjoob.com displayed and offered for viewing

23 Fraserside's copyrighted work titled Psychoporn, Copyright Registration Number

24 PA1-670-904, specifically located at http://www.tjoob.com/vids/67848/melissa-

25 black-Psychoporn.html. This copyrighted work was displayed in this manner without

26 the consent of, or licensing by, Fraserside, the copyright owner and registrant of the

1 | motion picture. The Content Licensing Agreement specifically prohibited
2 | MetaInterface's display in this manner or MetaInterfaces permission and/or
3 | authorization for such display.

4 | 345. In May 2010, www.tjoob.com displayed and offered for viewing
5 | Fraserside's copyrighted work titled Psychoporn, Copyright Registration Number
6 | PA1-670-904, specifically located at http://www.tjoob.com/vids/67848/melissa-
7 | black-Psychoporn.html, in a manner which permitted and/or allowed the user to copy
8 | the embedded code of the Plaintiff film and thereafter display the film in any manner
9 | or location desired by the user. This copyrighted work was displayed in this manner
10 | without the consent of, or licensing by, Fraserside, the copyright owner and registrant
11 | of the motion picture. The Content Licensing Agreement specifically prohibited
12 | MetaInterface's display in this manner or MetaInterfaces permission and/or
13 | authorization for such display.

14 | 346. In May 2010, www.tjoob.com displayed and offered for viewing
15 | Fraserside's copyrighted work titled Sex, Lies & Internet, Copyright Registration
16 | Number PA1-673-407, specifically located at http://www.tjoob.com/search/SEX,-
17 | LIES-/playtime-0/. This copyrighted work was displayed in this manner without the
18 | consent of, or licensing by, Fraserside, the copyright owner and registrant of the
19 | motion picture. The Content Licensing Agreement specifically prohibited
20 | MetaInterface's display in this manner or MetaInterfaces permission and/or
21 | authorization for such display.

22 | 347. In May 2010, www.tjoob.com displayed and offered for viewing
23 | Fraserside's copyrighted work titled Sex, Lies & Internet, Copyright Registration
24 | Number PA1-673-407, specifically located at http://www.tjoob.com/search/SEX,-
25 | LIES-/playtime-0/, in a manner which permitted and/or allowed the user to copy the
26 | embedded code of the Plaintiff film and thereafter display the film in any manner or

1 location desired by the user. This copyrighted work was displayed in this manner
2 without the consent of, or licensing by, Fraserside, the copyright owner and registrant
3 of the motion picture. The Content Licensing Agreement specifically prohibited
4 MetaInterface's display in this manner or MetaInterfaces permission and/or
5 authorization for such display.

6 348. In May 2010, www.tjoob.com displayed and offered for viewing
7 Fraserside's copyrighted work titled Sex, Lies & Internet, Copyright Registration
8 Number PA1-673-407, specifically located at
9 http://www.tjoob.com/vids/56758/sandra-iron-Sex-Lies-And-Internet.html. This
10 copyrighted work was displayed in this manner without the consent of, or licensing
11 by, Fraserside, the copyright owner and registrant of the motion picture. The Content
12 Licensing Agreement specifically prohibited MetaInterface's display in this manner
13 or MetaInterfaces permission and/or authorization for such display.

14 349. In May 2010, www.tjoob.com displayed and offered for viewing
15 Fraserside's copyrighted work titled Sex, Lies & Internet, Copyright Registration
16 Number PA1-673-407, specifically located at
17 http://www.tjoob.com/vids/56758/sandra-iron-Sex-Lies-And-Internet.html, in a
18 manner which permitted and/or allowed the user to copy the embedded code of the
19 Plaintiff film and thereafter display the film in any manner or location desired by the
20 user. This copyrighted work was displayed in this manner without the consent of, or
21 licensing by, Fraserside, the copyright owner and registrant of the motion picture.
22 The Content Licensing Agreement specifically prohibited MetaInterface's display in
23 this manner or MetaInterfaces permission and/or authorization for such display.

24 350. In May 2010, www.tjoob.com displayed and offered for viewing
25 Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number
26 PA1-672-445, specifically located at http://www.tjoob.com/search/sexy-

1 | business/playtime-0/. This copyrighted work was displayed in this manner without
2 | the consent of, or licensing by, Fraserside, the copyright owner and registrant of the
3 | motion picture. The Content Licensing Agreement specifically prohibited
4 | MetaInterface's display in this manner or MetaInterfaces permission and/or
5 | authorization for such display.

6 |     351. In May 2010, www.tjoob.com displayed and offered for viewing
7 | Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number
8 | PA1-672-445, specifically located at http://www.tjoob.com/search/sexy-
9 | business/playtime-0/, in a manner which permitted and/or allowed the user to copy
10 | the embedded code of the Plaintiff film and thereafter display the film in any manner
11 | or location desired by the user. This copyrighted work was displayed in this manner
12 | without the consent of, or licensing by, Fraserside, the copyright owner and registrant
13 | of the motion picture. The Content Licensing Agreement specifically prohibited
14 | MetaInterface's display in this manner or MetaInterfaces permission and/or
15 | authorization for such display.

16 |     352. In May 2010, www.tjoob.com displayed and offered for viewing
17 | Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number
18 | PA1-672-445, specifically located at http://www.tjoob.com/vids/89438/poppy-
19 | morgan-Sexy-Business.html. This copyrighted work was displayed in this manner
20 | without the consent of, or licensing by, Fraserside, the copyright owner and registrant
21 | of the motion picture. The Content Licensing Agreement specifically prohibited
22 | MetaInterface's display in this manner or MetaInterfaces permission and/or
23 | authorization for such display.

24 |     353. In May 2010, www.tjoob.com displayed and offered for viewing
25 | Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number
26 | PA1-672-445, specifically located at http://www.tjoob.com/vids/89438/poppy-

1  morgan-Sexy-Business.html, in a manner which permitted and/or allowed the user to
2  copy the embedded code of the Plaintiff film and thereafter display the film in any
3  manner or location desired by the user. This copyrighted work was displayed in this
4  manner without the consent of, or licensing by, Fraserside, the copyright owner and
5  registrant of the motion picture. The Content Licensing Agreement specifically
6  prohibited MetaInterface's display in this manner or MetaInterfaces permission
7  and/or authorization for such display.

8     354.  In May 2010, www.tjoob.com displayed and offered for viewing
9  Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number
10 PA1-672-445, specifically located at http://www.tjoob.com/vids/89945/jessica-dee-
11 Sexy-Business.html. This copyrighted work was displayed in this manner without
12 the consent of, or licensing by, Fraserside, the copyright owner and registrant of the
13 motion picture. The Content Licensing Agreement specifically prohibited
14 MetaInterface's display in this manner or MetaInterfaces permission and/or
15 authorization for such display.

16    355.  In May 2010, www.tjoob.com displayed and offered for viewing
17 Fraserside's copyrighted work titled Sexy Business, Copyright Registration Number
18 PA1-672-445, specifically located at http://www.tjoob.com/vids/89945/jessica-dee-
19 Sexy-Business.html, in a manner which permitted and/or allowed the user to copy the
20 embedded code of the Plaintiff film and thereafter display the film in any manner or
21 location desired by the user. This copyrighted work was displayed in this manner
22 without the consent of, or licensing by, Fraserside, the copyright owner and registrant
23 of the motion picture. The Content Licensing Agreement specifically prohibited
24 MetaInterface's display in this manner or MetaInterfaces permission and/or
25 authorization for such display.

26

356. In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number PA1-670-902, specifically located at http://www.tjoob.com/search/spread-my-lips/playtime-0/. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

357. In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number PA1-670-902, specifically located at http://www.tjoob.com/search/spread-my-lips/playtime-0/, in a manner which permitted and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter display the film in any manner or location desired by the user. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

358. In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number PA1-670-902, specifically located at http://www.tjoob.com/vids/54613/electra-angel-and-katy-caro-Spread-My-Lips.html. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

359. In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number PA1-670-902, specifically located at http://www.tjoob.com/vids/54613/electra-angel-and-katy-caro-Spread-My-Lips.html, in a manner which permitted and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter display the film in any manner or location desired by the user. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

360. In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number PA1-670-902, specifically located at http://www.tjoob.com/vids/54740/rebecca-linares-Spread-My-Lips.html. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

361. In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number PA1-670-902, specifically located at http://www.tjoob.com/vids/54740/rebecca-linares-Spread-My-Lips.html, in a manner which permitted and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter display the film in any manner or location desired by the user. This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture. The Content Licensing Agreement specifically

1  prohibited MetaInterface's display in this manner or MetaInterfaces permission
2  and/or authorization for such display.

3      362.   In May 2010, www.tjoob.com displayed and offered for viewing
4  Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number
5  PA1-670-902, specifically located at http://www.tjoob.com/vids/54623/ellen-saint-
6  Spread-My-Lips.html. This copyrighted work was displayed in this manner without
7  the consent of, or licensing by, Fraserside, the copyright owner and registrant of the
8  motion picture. The Content Licensing Agreement specifically prohibited
9  MetaInterface's display in this manner or MetaInterfaces permission and/or
10 authorization for such display.

11     363.   In May 2010, www.tjoob.com displayed and offered for viewing
12 Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number
13 PA1-670-902, specifically located at http://www.tjoob.com/vids/54623/ellen-saint-
14 Spread-My-Lips.html, in a manner which permitted and/or allowed the user to copy
15 the embedded code of the Plaintiff film and thereafter display the film in any manner
16 or location desired by the user. This copyrighted work was displayed in this manner
17 without the consent of, or licensing by, Fraserside, the copyright owner and registrant
18 of the motion picture. The Content Licensing Agreement specifically prohibited
19 MetaInterface's display in this manner or MetaInterfaces permission and/or
20 authorization for such display.

21     364.   In May 2010, www.tjoob.com displayed and offered for viewing
22 Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number
23 PA1-670-902, specifically located at http://www.tjoob.com/vids/54838/alejandra-
24 maderos-Spread-My-Lips.html. This copyrighted work was displayed in this manner
25 without the consent of, or licensing by, Fraserside, the copyright owner and registrant
26 of the motion picture. The Content Licensing Agreement specifically prohibited

MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

365.   In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Spread My Lips, Copyright Registration Number PA1-670-902, specifically located at http://www.tjoob.com/vids/54838/alejandra-maderos-Spread-My-Lips.html, in a manner which permitted and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter display the film in any manner or location desired by the user.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

366.   In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Tropical Twins, Copyright Registration Number PA1-670-893, specifically located at http://www.tjoob.com/search/tropical-twins/playtime-0/.  This copyrighted work was displayed in this manner without the consent of, or licensing by, Fraserside, the copyright owner and registrant of the motion picture.  The Content Licensing Agreement specifically prohibited MetaInterface's display in this manner or MetaInterfaces permission and/or authorization for such display.

367.   In May 2010, www.tjoob.com displayed and offered for viewing Fraserside's copyrighted work titled Tropical Twins, Copyright Registration Number PA1-670-893, specifically located at http://www.tjoob.com/search/tropical-twins/playtime-0/, in a manner which permitted and/or allowed the user to copy the embedded code of the Plaintiff film and thereafter display the film in any manner or location desired by the user.  This copyrighted work was displayed in this manner

1  without the consent of, or licensing by, Fraserside, the copyright owner and registrant
2  of the motion picture. The Content Licensing Agreement specifically prohibited
3  MetaInterface's display in this manner or MetaInterfaces permission and/or
4  authorization for such display.

5  368. In May 2010, www.tjoob.com displayed and offered for viewing
6  Fraserside's copyrighted work titled Tropical Twins, Copyright Registration Number
7  PA1-670-893, specifically located at http://www.tjoob.com/vids/89669/sharka-blue-
8  and-liliane-tiger-Tropical-Twins.html. This copyrighted work was displayed in this
9  manner without the consent of, or licensing by, Fraserside, the copyright owner and
10 registrant of the motion picture. The Content Licensing Agreement specifically
11 prohibited MetaInterface's display in this manner or MetaInterfaces permission
12 and/or authorization for such display.

13 369. In May 2010, www.tjoob.com displayed and offered for viewing
14 Fraserside's copyrighted work titled Tropical Twins, Copyright Registration Number
15 PA1-670-893, specifically located at http://www.tjoob.com/vids/89669/sharka-blue-
16 and-liliane-tiger-Tropical-Twins.html, in a manner which permitted and/or allowed
17 the user to copy the embedded code of the Plaintiff film and thereafter display the
18 film in any manner or location desired by the user. This copyrighted work was
19 displayed in this manner without the consent of, or licensing by, Fraserside, the
20 copyright owner and registrant of the motion picture. The Content Licensing
21 Agreement specifically prohibited MetaInterface's display in this manner or
22 MetaInterfaces permission and/or authorization for such display.

23 370. In May 2010, www.tjoob.com displayed and offered for viewing
24 Fraserside's copyrighted work titled Tropical Twins, Copyright Registration Number
25 PA1-670-893, specifically located at http://www.tjoob.com/vids/89650/melany-jolie-
26 Tropical-Twins.html. This copyrighted work was displayed in this manner without

1  the consent of, or licensing by, Fraserside, the copyright owner and registrant of the
2  motion picture. The Content Licensing Agreement specifically prohibited
3  MetaInterface's display in this manner or MetaInterfaces permission and/or
4  authorization for such display.

5      371.  In May 2010, www.tjoob.com displayed and offered for viewing
6  Fraserside's copyrighted work titled Tropical Twins, Copyright Registration Number
7  PA1-670-893, specifically located at http://www.tjoob.com/vids/89650/melany-jolie-
8  Tropical-Twins.html, in a manner which permitted and/or allowed the user to copy
9  the embedded code of the Plaintiff film and thereafter display the film in any manner
10 or location desired by the user. This copyrighted work was displayed in this manner
11 without the consent of, or licensing by, Fraserside, the copyright owner and registrant
12 of the motion picture. The Content Licensing Agreement specifically prohibited
13 MetaInterface's display in this manner or MetaInterfaces permission and/or
14 authorization for such display.

15     372.  In May 2010, www.tjoob.com displayed and offered for viewing
16 Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-
17 670-897, specifically located at http://www.tjoob.com/search/tenerife/playtime-0/.
18 This copyrighted work was displayed in this manner without the consent of, or
19 licensing by, Fraserside, the copyright owner and registrant of the motion picture.
20 The Content Licensing Agreement specifically prohibited MetaInterface's display in
21 this manner or MetaInterfaces permission and/or authorization for such display.

22     373.  In May 2010, www.tjoob.com displayed and offered for viewing
23 Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-
24 670-897, specifically located at http://www.tjoob.com/search/tenerife/playtime-0/, in
25 a manner which permitted and/or allowed the user to copy the embedded code of the
26 Plaintiff film and thereafter display the film in any manner or location desired by the

1  user. This copyrighted work was displayed in this manner without the consent of, or

2  licensing by, Fraserside, the copyright owner and registrant of the motion picture.

3  The Content Licensing Agreement specifically prohibited MetaInterface's display in

4  this manner or MetaInterfaces permission and/or authorization for such display.

5  374. In May 2010, www.tjoob.com displayed and offered for viewing

6  Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-

7  670-897, specifically located at http://www.tjoob.com/vids/89516/jane-darling-and-

8  silvia-saint-Tenerife.html. This copyrighted work was displayed in this manner

9  without the consent of, or licensing by, Fraserside, the copyright owner and registrant

10  of the motion picture. The Content Licensing Agreement specifically prohibited

11  MetaInterface's display in this manner or MetaInterfaces permission and/or

12  authorization for such display.

13  375. In May 2010, www.tjoob.com displayed and offered for viewing

14  Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-

15  670-897, specifically located at http://www.tjoob.com/vids/89516/jane-darling-and-

16  silvia-saint-Tenerife.html, in a manner which permitted and/or allowed the user to

17  copy the embedded code of the Plaintiff film and thereafter display the film in any

18  manner or location desired by the user. This copyrighted work was displayed in this

19  manner without the consent of, or licensing by, Fraserside, the copyright owner and

20  registrant of the motion picture. The Content Licensing Agreement specifically

21  prohibited MetaInterface's display in this manner or MetaInterfaces permission

22  and/or authorization for such display.

23  376. In May 2010, www.tjoob.com displayed and offered for viewing

24  Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-

25  670-897, specifically located at http://www.tjoob.com/vids/89949/jane-darling-

26  Tenerife.html. This copyrighted work was displayed in this manner without the

1 consent of, or licensing by, Fraserside, the copyright owner and registrant of the
2 motion picture. The Content Licensing Agreement specifically prohibited
3 MetaInterface's display in this manner or MetaInterfaces permission and/or
4 authorization for such display.

5     377. In May 2010, www.tjoob.com displayed and offered for viewing
6 Fraserside's copyrighted work titled Tenerife, Copyright Registration Number PA1-
7 670-897, specifically located at http://www.tjoob.com/vids/89949/jane-darling-
8 Tenerife.html, in a manner which permitted and/or allowed the user to copy the
9 embedded code of the Plaintiff film and thereafter display the film in any manner or
10 location desired by the user. This copyrighted work was displayed in this manner
11 without the consent of, or licensing by, Fraserside, the copyright owner and registrant
12 of the motion picture. The Content Licensing Agreement specifically prohibited
13 MetaInterface's display in this manner or MetaInterfaces permission and/or
14 authorization for such display.

15     378. In May 2010, on its Internet Web site page, specifically located at
16 http://www.tjoob.com/vids/59494/dorothy-black-and-rita-faltoyano-and-tina-t-
17 Gladiator.html, www.tjoob.com displayed and/or utilized Plaintiff's trademarks
18 PRIVATE, Registration Number 1014957. Plaintiff's trademarks were infringed in
19 this manner as they were displayed without the consent of, or licensing by, the
20 Plaintiff, the trademark owner and registrant of the trademark.

### COUNT I
### (Copyright Infringement, 17 U.S.C § 501 et seq.)

24     379. Plaintiff repeats, realleges, and incorporates by this reference each and
25 every preceding allegation set forth herein.

380. Plaintiff is the sole owner of all right, title, and interest in and to each of the digital motion pictures referenced herein and covered by Plaintiff's registered copyrights, and of all corresponding copyrights and Certificates of Registration.

381. Plaintiff's copyrighted works consists of material original to the Plaintiff and each is copyrightable subject matter.

382. Defendant has copied, reproduced, distributed, adapted, and/or publicly displayed the Plaintiff's copyrighted works without the consent or authority of the Plaintiff, thereby directly infringing Plaintiff's copyrights.

383. Defendant's conduct constitutes infringement of Plaintiff's copyrights and exclusive rights under copyright in violation of 17 U.S.C. §§ 106 and 501 *et seq*.

384. The infringement of Plaintiff's rights in and to each of the digital motion pictures constitutes a separate and distinct act of infringement.

385. The acts of infringement by Defendant have been willful, intentional, and purposeful, in reckless disregard of and with indifference to the rights of Plaintiff.

386. As a direct and proximate result of its unlawful conduct, Defendant is liable to Plaintiff for copyright infringement. Plaintiff has suffered, and will continue to suffer, substantial losses, including, but not limited to, damage to its business reputation and goodwill. Plaintiff is entitled to recover damages, which include its losses and all profits Defendants has made as a result of its wrongful conduct, pursuant to 17 U.S.C. § 504(b).

387. Alternative to actual damages plus Defendant's profits, Plaintiff is entitled to the maximum statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 for each infringed motion picture, or other such amounts as may be proper pursuant to 17 U.S.C. § 504(c).

388.   Defendant's conduct has caused and, unless enjoined and restrained by this court, will continue to cause irreparable injury to Plaintiff for which Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to injunctive relief prohibiting further infringements of Plaintiff's copyrights.

389.   Defendant is continuing its infringement in blatant disregard of Plaintiff's protected rights.

390.   Plaintiff is also entitled to recover their attorneys' fees and costs of suit, pursuant to 17 U.S.C. § 505.

## COUNT II

### (Contributory Copyright Infringement, 17 U.S.C. § 501 et seq.)

391.   Plaintiff repeats, realleges, and incorporates by this reference each and every preceding allegation set forth herein.

392.   Defendant has engaged in the business of knowingly inducing, causing, and/or materially contributing to unauthorized reproduction, adaptation, public display, and/or distribution of copies of the Plaintiff's copyrighted works, and thus to the direct infringement of the Plaintiff's copyrighted motion pictures.

393.   Defendant's conduct constitutes contributory infringement of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiff's copyrighted works in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

394.   The infringement of Plaintiff's rights in and to each of the Plaintiff's copyrighted works constitutes a separate and distinct infringement.

395.   The acts of infringement by Defendant have been willful, intentional, and purposeful, in reckless disregard of and with indifference to Plaintiff's rights.

396.   As a direct and proximate result of the infringements by Defendant of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiff's

copyrighted works, Plaintiff is entitled to its actual damages and Defendant's profits pursuant to 17 U.S.C. § 504(b).

397. Alternatively, Plaintiff is entitled to maximum statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c).

398. Plaintiff further is entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

## COUNT III

### (Trademark Infringement Under the Lanham Act – 15 U.S.C. §1114)

399. Plaintiff repeats, realleges, and incorporates by this reference each and every preceding allegation set forth herein.

400. Defendant's use of Plaintiff's registered PRIVATE trademark and service mark in a manner likely to create consumer confusion, as alleged herein, constitutes trademark infringement pursuant to 15 U.S.C. §1114.

401. Defendant's infringement is intentional and willful, and has caused and will continue to cause damage to Plaintiff in an amount to be proven at trial, and is causing irreparable harm to Plaintiff for which there is no adequate remedy at law. Plaintiff is entitled to statutory and treble damages.

## COUNT IV

### (False Designation of Origin Under the Lanham Act – 15 U.S.C §1125(a))

402. Plaintiff repeats, realleges, and incorporates by this reference each and every preceding allegation set forth herein..

403. Defendant's conduct is likely to cause confusion, mistake, or deception as to defendant's affiliations, connection, or association with Plaintiff, or as to the origin, sponsorship, or approval of their goods or commercial activities.

404. Defendant's conduct as alleged herein, including but not necessarily limited to their use of the PRIVATE mark, constitutes false designation of origin pursuant to 15 U.S.C. §1125(a).

405. Plaintiff has been damaged by these acts in an amount to be proved at trial. Plaintiff is also entitled under the Lanham Act to injunctive and equitable relief against defendants.

## COUNT V

### (Unfair Competition Under the Lanham Act – 15 U.S.C. § 1125(a))

406. Plaintiff repeats, realleges, and incorporates by this reference each and every preceding allegation set forth herein.

407. Defendant's conduct as alleged herein, including but not limited to falsely representing that they are somehow affiliated, connected, or associated with Plaintiff or falsely to imply that Plaintiff has created, sponsors, or otherwise approves of their websites constitutes unfair competition and false advertising pursuant to 15 U.S.C. § 1125(a).

408. Plaintiff has been damaged by these acts in an amount to be proved at trial. Plaintiff is also entitled under the Lanham Act to injunctive and equitable relief against Defendant.

## COUNT VI

### (Accounting)

409. Plaintiff repeats, realleges, and incorporates by this reference each and every preceding allegation set forth herein.

1    410.   Plaintiff is informed and believes and based thereon allege that

2  Defendant, has received revenues by virtue of the wrongful conduct, as alleged

3  herein. As such, Plaintiff is entitled to Defendant's profits attributable to that

4  wrongful conduct. The amount of theses profits is presently unknown and, because

5  Plaintiff does not have access to Defendant's books and records, the total amount

6  cannot be ascertained without an accounting.

7    411.   Plaintiff is entitled to an accounting from Defendant of all revenues and

8  profits earned and received by Defendant, and each of them in connection with the

9  wrongful conduct alleged herein. The accounting will show any profits due and

10  owing to Plaintiff based thereon.

11                              **COUNT VII**

12                          **(Constructive Trust)**

13    412.   Plaintiff repeats, realleges, and incorporates by this reference each and

14  every preceding allegation set forth herein.

15    413.   As a result of Defendant's wrongful conduct alleged herein, Defendant,

16  has been unjustly enriched at the expense of Plaintiff, and will very likely continue to

17  receive money and/or other valuable consideration and benefits in the future based

18  thereon.

19    414.   Plaintiff is entitled to an accounting from Defendant of all revenue and

20  profits earned and received by Defendant, in connection with the wrongful conduct

21  alleged herein. The accounting will show any profits now due and owing to Plaintiff

22  based thereon. Plaintiff is further entitled to injunctive relieve against Defendant, and

23  each of them, restraining them from transferring such funds during the pendency of

24  this action, so that meaningful equitable relief may be obtained upon entry of a

25  judgment herein.

26

1

## **PRAYER FOR RELIEF**

2

3

WHEREFORE, Plaintiff respectfully request judgment as follows:

4

5

6

1. That the Court enter a judgment against the Defendant that it has willfully infringed Plaintiff's rights in its federally registered copyrights in violation of 17 U.S.C. § 501.

7

8

2. That this Court enter judgment against Defendant for unfair methods of competition in violation of state common law.

9

10

11

12

13

3. That the Court issue injunctive relief against Defendant, and the Defendant, their officers, agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert and/or participation with the Defendant, be enjoined and restrained from display and distribution of Plaintiff's motion pictures.

14

15

16

17

18

19

4. That the Court issue temporary and permanent injunctive relief against the Defendant, and that the Defendant, their officers, agents, representative, servants, employees, attorneys, successors and assignees, and all other in active concert or participation with the Defendant, be enjoined and restrained from copying, reproducing, distributing, adapting, and/or publicly displaying Plaintiff's copyrighted works without the consent or authority of the Plaintiff.

20

21

5. That the Court enter an order of impoundment pursuant to 17 U.S.C. §§ 503 and 509(a) impounding all infringing copies of Plaintiff's motion pictures.

22

23

24

25

6. That the Court issue temporary and permanent injunctive relief against Defendant, and that Defendant, its officers, agents, representative, servants, employees, attorneys, successors and assignees, and all other in active concert or participation with Defendant, be enjoined and restrained from:

26

        a)    infringing Plaintiff's trademark and service mark;

1

    b) advertising their products in a manner that falsely suggests that

2

     their products are somehow affiliated, connected, or associated

3

     with Plaintiff or falsely imply that Plaintiff, has created, sponsors,

4

     or otherwise approves the products;

5

    c) assisting, aiding, or abetting any other person or business in

6

     engaging in or performing any of the activities referred to in

7

     paragraph a) through b) above;

8

  7. That the Court award Plaintiff actual damages and profits of Defendant

9

in an amount to be proved at trial and/or statutory damages;

10

  8. That the Court award Plaintiff its attorneys' fees and costs incurred

11

herein;

12

13

  9. That the Court enter an order declaring that the Defendant hold in trust,

14

as constructive trustees for the benefit of Plaintiff, their illegal profits obtained from

15

their copying, reproduction, distribution, adaptation, and/or public display of

16

Plaintiff's copyrighted works without the consent or authority of the Plaintiff.

17

  10. That the Court enter an order requiring the Defendants to provide to

18

Plaintiff a full and complete accounting of all gross revenue obtained from their

19

copying, reproduction, distribution, adaptation, and/or public display of Plaintiff's

20

copyrighted works and of any other amounts due and owing to Plaintiff as a result of

21

the Defendant's illegal activities.

22

  11. That the Court order the Defendant to pay Plaintiff's damages and

23

Defendant's profits pursuant to 17 U.S.C. § 504(b), or, alternatively, enhanced

24

statutory damages pursuant to 17 U.S.C. § 504(c) and 17 U.S.C. § 504(c)(2), for the

25

Defendant's willful infringement of Plaintiff's copyrights.

26

1    12.    That the Court order Defendant to pay to Plaintiff both the costs of this

2   suit and the reasonable attorneys' fees incurred by Plaintiff in investigating and

3   prosecuting this action.

4    13.    For all costs of suit; and

5    14.    That the Court grant to Plaintiffs such other and additional relief as is

6   just and proper.

7

8   August 12, 2010.

9                                               Respectfully submitted,

10                                              DILLON & GERARDI

11                                              s/ Timothy Dillon

12                                              Timothy Dillon (SBN190839)
                                                Attorney for Plaintiffs
13                                              Email: TDillon@dillongerardi.com

14                                              THE FREEMAN LAW FIRM INC.

15

16                                              s/ Spencer Freeman
                                                Spencer Freeman (pro hac pending)
17                                              Attorney for Plaintiffs
                                                Email: sfreeman@freemanlawfirm.org
18

19

20

21

22

23

24

25

26