UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRASERSIDE HOLDINGS, LTD, a Foreign Limited Liability Co., <br><br> Plaintiff(s), <br><br> v. <br><br> META INTERFACES, LLC, a limited Liability Co., <br><br> Defendant(s). | No. C10-3585 BZ <br><br> **ORDER** |

Having received defendant's motion to dismiss, **IT IS ORDERED** that by no later than **October 6, 2010**, plaintiff shall consent to or decline magistrate judge jurisdiction. The form to consent to or decline magistrate judge jurisdiction may be found on the court's website at:

http://www.cand.uscourts.gov

Dated: September 27, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FRASERSIDE V. META INTERFACES\BRIEFING ORDER.wpd

1