UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRASERSIDE HOLDINGS, LTD, a Foreign Limited Liability Co., <br><br>　　　　Plaintiff(s), <br><br>　　v. <br><br>META INTERFACES, LLC, a limited Liability Co., <br><br>　　　　Defendant(s). | No. C10-3585 BZ <br><br>**ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL DOCUMENT** |

**IT IS HEREBY ORDERED** that defendant's motion for administrative relief to file documents under seal is **DENIED**. Defendant moved to seal documents containing information identified as confidential by the parties. Plaintiff did not file a declaration establishing that the designated information is sealable, as required by Local Rule 79-5(d), and the time to do so has now passed.

///

///

///

///

1

**IT IS FURTHER ORDERED** that defendant comply with Local Rule 79-5(e).

Dated: September 28, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FRASERSIDE V. META INTERFACES\ORDER DENYING MOTION TO SEAL.wpd

2