| | |
|---|---|
| CLARA J. SHIN (No. 214809) | TIMOTHY P. DILLON (No. 190839) |
| cshin@howardrice.com | tdillon@dillongerardi.com |
| SHAUDY DANAYE-ELMI (No. 242083) | DILLON & GERARDI APC |
| sdanaye-elmi@howardrice.com | 4660 La Jolla Village Drive #1040 |
| HOWARD RICE NEMEROVSKI CANADY | San Diego, CA 92122 |
|    FALK & RABKIN | Telephone:   (858) 587-1800 |
| A Professional Corporation | Facsimile:   (858) 587-2587 |
| Three Embarcadero Center, 7th Floor | |
| San Francisco, California 94111-4024 | SPENCER D. FREEMAN |
| Telephone:   415/434-1600 | sfreeman@freemanlawfirm.org |
| Facsimile:   415/677-6262 | FREEMAN LAW FIRM, INC. |
| | 2104 N. 30th Street |
| Attorneys for Defendant | Tacoma, WA 98403 |
| META INTERFACES, LLC | Telephone:   (253) 336-6256 |
| | Attorneys for Plaintiff |
| | FRASERSIDE HOLDINGS, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRASERSIDE HOLDINGS, LTD, a foreign limited liability company,<br><br>            Plaintiff,<br><br>   v.<br><br>META INTERFACES, LLC, a limited liability company,<br><br>            Defendant. | No. CV 10-3585 BZ<br><br>Action Filed: August 13, 2010<br><br>PLAINTIFF'S CONSENT TO MAGISTRATE JUDGE'S JURISDICTION AND STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, AND FOR ORDER CHANGING TIME OF HEARING ON DEFENDANT'S MOTION TO DISMSS<br>(Civil L.R. 6-2, 73.1)<br><br>Date:   October 27, 2010<br>Time:   10:00 a.m.<br>Place:   Courtroom G<br>Judge:   Hon. Bernard Zimmerman<br><br>Trial Date:   None set |

**CONSENT AND STIPULATION**

Pursuant to Civil Local Rule 73.1, Plaintiff Fraserside Holdings, LTD ("Fraserside") hereby voluntarily consents to have Magistrate Judge Bernard Zimmerman conduct any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

Further, pursuant to Civil Local Rule 6-2, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that, if the Court approves, the current deadlines and hearing date in the above-captioned case be extended as set forth below. The stipulation is based on the following:

1. WHEREAS Plaintiff Fraserside filed its Complaint in the above-captioned matter on August 13, 2010 ("Complaint");

2. WHEREAS Defendant Meta Interfaces, LLC ("Meta"), having received a stipulated extension of time to respond to the Complaint, timely filed its Motion to Dismiss the Complaint on September 17, 2010 ("Motion to Dismiss");

3. WHEREAS, the hearing on the Motion to Dismiss is presently scheduled for October 27, 2010 (a specially set calendar date), with opposition and reply papers due on October 6, 2010 and October 13, 2010, respectively;

4. WHEREAS, lead counsel for Fraserside has been primarily responsible for a trial in another matter, and, on October 5, 2010, requested a one week extension to prepare Fraserside's opposition papers;

5. The parties therefore STIPULATE AND AGREE to request that the Court change the time for hearing and briefing on Defendant's Motion to Dismiss as follows:

(a) The hearing date on Meta's Motion to Dismiss shall be continued to November 17, 2010.

(b) Fraserside shall file and serve any opposition to the Motion to Dismiss not later than October 13, 2010.

(c) Meta shall file and serve any reply not later than November 3, 2010.

6. The requested time modification shall have no effect on the remainder of the schedule for the case.

The parties respectfully request that the Court grant their request.

In accordance with N.D. Cal. General Order No. 45, Section X, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory hereto.

DATED:  October 6, 2010.

Respectfully,

CLARA J. SHIN
SHAUDY DANAYE-ELMI
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____*/s/ Shaudy Danaye-Elmi*_____
       SHAUDY DANAYE-ELMI

Attorneys for Defendant
META INTERFACES, LLC

DATED:  October 6, 2010.

Respectfully,

TIMOTHY P. DILLON
DILLON & GERARDI APC

SPENCER D. FREEMAN
FREEMAN LAW FIRM, INC.

By: _____*/s/ Spencer Freeman*_____
       SPENCER D. FREEMAN

Attorneys for Plaintiff
FRASERSIDE HOLDINGS, LTD.

**ORDER**

PURSUANT TO STIPULATION, THE FOREGOING IS APPROVED AND IT IS SO ORDERED.

DATED: October __, 2010.

_____
HON. BERNARD ZIMMERMAN
UNITED STATES DISTRICT COURT