1  SPENCER D. FREEMAN (*pro hac vice*)
   FREEMAN LAW FIRM, INC.
2  2104 N. 30th St.
   Tacoma, WA 98403
3  (253) 383-4500
4  sfreeman@freemanlawfirm.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FRASERSIDE HOLDINGS, LTD., a foreign limited liability company, | **Case No.: CV 10-3585** |
|---|---|
| Plaintiff, | |
| vs. | CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE BERNARD ZIMMERMAN |
| METAINTERFACES, LLC, a California limited liability company; and JOHN DOES 1-10, | |
| Defendants. | |

1   In accordance with Local Rule 73-1 and the Standing Orders For Magistrate Judge Bernard
2   Zimmerman, Plaintiff Fraserside Holdings, Ltd. hereby voluntarily consents to have Magistrate
3   Judge Bernard Zimmerman conduct any and all further proceedings in the case, including trial, and
4   order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United
5   States Court of Appeals for the Ninth Circuit.

7   DATED:  OCTOBER 5, 2010

9   BY: ____/S/ SPENCER FREEMAN_____
    Spencer Freeman
    Attorney for Plaintiffs
    THE FREEMAN LAW FIRM INC.
    2104 North 30th Street
    Tacoma, WA 98403
    Telephone: (253) 383-4500
    Facsimile: (253) 383-4501
    Email: sfreeman@freemanlawfirm.org

    Attorneys for Plaintiff, Fraserside Holdings, Ltd.