RECEIVED
2010 OCT -6  A 9 20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRASERSIDE HOLDINGS, LTD., a foreign limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>METAINTERFACES, LLC, a California limited liability company; and JOHN DOES 1-10,<br><br>    Defendants. | Case No.: CV 10-3585 BZ<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Spencer D. Freeman, whose business address and telephone number is:

THE FREEMAN LAW FIRM INC.
2104 North 30th Street
Tacoma, WA 98403
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
Email: sfreeman@freemanlawfirm.org

ORDER GRANTING ATTORNEY PRO HAC VICE APPLICATION  - 1

And who is an active member in good standing of the bar of the State of Washington, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro had vice basis, representing Plaintiff Fraserside Holdings, Ltd.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designed in the application will constitute proper notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

DATED: 18 0 ct 2010

UNITED STATES DISTRICT COURT JUDGE