CLARA J. SHIN (No. 214809)
cshin@howardrice.com
SHAUDY DANAYE-ELMI (No. 242083)
sdanaye-elmi@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:    415/434-1600
Facsimile:    415/677-6262

Attorneys for Defendant
META INTERFACES, LLC

TIMOTHY P. DILLON (No. 190839)
tdillon@dillongerardi.com
DILLON & GERARDI APC
4660 La Jolla Village Drive #1040
San Diego, CA 92122
Telephone:    (858) 587-1800
Facsimile:    (858) 587-2587

SPENCER D. FREEMAN
sfreeman@freemanlawfirm.org
(*admitted pro hac vice*)
FREEMAN LAW FIRM, INC.
2104 N. 30th Street
Tacoma, WA 98403
Telephone:    (253) 336-6256

Attorneys for Plaintiff
FRASERSIDE HOLDINGS, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRASERSIDE HOLDINGS, LTD, a foreign limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>META INTERFACES, LLC, a limited liability company,<br><br>Defendant. | No. CV 10-3585 BZ<br><br>Action Filed: August 13, 2010<br><br>STIPULATED REQUEST FOR ORDER VACATING HEARING ON META INTERFACES, LLC'S MOTION TO DISMISS AND DEADLINE FOR FILING REPLY BRIEF PENDING DEFENDANT'S AMENDMENT OF COMPLAINT<br>(Civil L.R. 6-2)<br><br>Date:    November 17, 2010<br>Time:    10:00 a.m.<br>Place:   Courtroom G<br>Judge:   Hon. Bernard Zimmerman<br><br>Trial Date:   None set |

**STIPULATED REQUEST FOR ORDER VACATING HEARING ON
META INTERFACES, LLC'S MOTION TO DISMISS AND
DEADLINE FOR FILING REPLY BRIEF PENDING DEFENDANT'S
AMENDMENT OF COMPLAINT**

Pursuant to Civil Local Rule 6-2, IT IS HEREBY STIPULATED, by and between the parties hereto through their respective attorneys of record, that, if the Court approves, the current deadlines and hearing date set regarding the Motion to Dismiss filed by Defendant Meta Interfaces, LLC ("Meta") in the above-captioned case be vacated and reset if necessary following Plaintiff's amendment of its complaint. The stipulation is based on the following:

1. WHEREAS, Plaintiff Fraserside Holdings, LTD ("Fraserside") filed its Complaint in the above-captioned matter on August 13, 2010 ("Complaint");

2. WHEREAS, Meta, pursuant to a stipulated extension of time to respond to the Complaint, timely filed its Motion to Dismiss the Complaint on September 17, 2010 ("Motion to Dismiss");

3. WHEREAS, Fraserside, pursuant to a stipulated extension of time to file its Opposition and the Court's Order issued on October 7, 2010, filed its opposition to the Motion to Dismiss on October 13, 2010 ("Opposition");

4. WHEREAS, in its Opposition, Fraserside stated that it would "be seeking to amend the Complaint shortly after this Opposition" (Opposition at 2 n.1 (Dkt. #23)) in a manner that could materially affect the pending Motion to Dismiss (the "Proposed Amendment");

5. WHEREAS, Meta initiated a meet and confer with Fraserside regarding the Proposed Amendment;

6. WHEREAS, the parties agree that neither the Court's resources nor Meta's should be expended in connection with a motion that may become mooted or otherwise affected by the Proposed Amendment;

7. The parties therefore STIPULATE AND AGREE to request that the Court vacate the hearing date and briefing deadlines on Defendant's Motion to Dismiss as follows:

   (a) The hearing date on Meta's Motion to Dismiss, currently set on November 17, 2010, shall be vacated pending Fraserside's amendment of the Complaint;

(b) Meta's deadline to file a reply in support of the Motion to Dismiss, currently set on November 3, 2010, is vacated pending Fraserside's amendment of the Complaint;

(c) The parties will file a proposed schedule for responding to an amended Complaint following amendment of the Complaint; and

(d) The parties agree that, after Fraserside has amended its Complaint, depending upon the substance of that amendment, Meta may wish to, and will have the right to, reset the hearing on the Motion to Dismiss and file its reply brief in support thereof. This Stipulation is not intended as a withdrawal of the Motion to Dismiss. Rather, the parties recognize that Meta must evaluate Fraserside's amendment to the Complaint before deciding whether and the extent to which any amendment to the Complaint will affect the Motion to Dismiss.

The parties respectfully request that the Court grant their stipulated request.

In accordance with N.D. Cal. General Order No. 45, Section X, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory hereto.

DATED: October 25, 2010.

        Respectfully,

        CLARA J. SHIN
        SHAUDY DANAYE-ELMI
        HOWARD RICE NEMEROVSKI CANADY
           FALK & RABKIN
        A Professional Corporation

        By:     */s/ Shaudy Danaye-Elmi*
                SHAUDY DANAYE-ELMI

        Attorneys for Defendant
        META INTERFACES, LLC

1  DATED: October 25, 2010.

Respectfully,

TIMOTHY P. DILLON
DILLON & GERARDI APC

SPENCER D. FREEMAN
FREEMAN LAW FIRM, INC.


By: _____*/s/ Spencer Freeman*_____
       SPENCER D. FREEMAN

Attorneys for Plaintiff
FRASERSIDE HOLDINGS, LTD.

**ORDER**

PURSUANT TO STIPULATION, THE FOREGOING IS APPROVED AND IT IS SO ORDERED.

DATED: October 26 2010.

_____
HON. BERNARD ZIMMERMAN
UNITED STATES DISTRICT COURT

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

**PROOF OF SERVICE**

I, Gigi Francisco-Ferrer, declare:

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024. On October 25, 2010, I served the following document(s) described as **STIPULATED REQUEST FOR ORDER VACATING HEARING ON META INTERFACES, LLC'S MOTION TO DISMISS AND DEADLINE FOR FILING REPLY BRIEF PENDING DEFENDANT'S AMENDMENT OF COMPLAINT**:

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

- ☐ by transmitting via email the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m.

- ☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Spencer D. Freeman, Esq.
Freeman Law Firm, Inc.
2104 N. 30th Street
Tacoma, WA 98403

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on October 25, 2010.

/s/ *Gigi Francisco-Ferrer*
GIGI FRANCISCO-FERRER

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*