Filed by:
Green & Green
1000 4th St Ste 595
San Rafael, CA
94901

1 Spencer D. Freeman *(pro hac vice)*
2 Freeman Law Firm, Inc.
   2104 North 30th Street
3 Tacoma, Washington 98403
   (253) 383-4500
4 sfreeman@freemanlawfirm.org
5
6 Philip Green
   GREEN & GREEN
7 1000 4th Street, Suite 595
   San Rafael, CA 94901
8 (415) 457-8300
9 phil@greenandgreen.com

10 Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## OF THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fraserside Holdings, Ltd., a foreign limited liability company | Case No.: **10 CV 03585-BZ** |
| Plaintiff, | **Stipulation for Substitution of Attorneys** |
| vs. | |
| METAINTERFACES, LLC, a California 18 limited liability company, | |
| Defendant | |

**Stipulation for Substitution of Attorneys**

Pursuant to Rule F.R.C.P. Rule 5(a), it is hereby stipulated and consented that PHILIP GREEN, Attorneys at Law, of GREEN & GREEN, 1000 4th Street, Suite 595 San Rafael, CA 94901, be and hereby are substituted in place and instead of TIMOTHY DILLON, of DILLON & GERARDI, APC, 4660 La Jolla Village Drive. #1040 San Diego, CA 92122, as attorneys for

Filed by:
Green& Green
1000 4th St Ste 595
San Rafael, CA
94901

1  the Plaintiffs Fraserside Holdings, Ltd., in this action and that this substitution be entered into
2  effect without further notice.
3
4  Dated: October 18, 2010
5  _____
6  TIMOTHY DILLON
7
8  Dated:
9  _____
   PHILIP GREEN, GREEN & GREEN
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28