SPENCER D. FREEMAN (*pro hac vice*)
FREEMAN LAW FIRM, INC.
2104 N. 30th St.
Tacoma, WA 98403
(253) 383-4500
sfreeman@freemanlawfirm.org

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRASERSIDE HOLDINGS, LTD., a foreign limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> METAINTERFACES, LLC, a California limited liability company; and JOHN DOES 1-10, <br><br> Defendants. | **Case No.:  CV 10-3585** <br><br> APPLICATION TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE ON FEBRUARY 28, 2010 |

COMES NOW Plaintiff's undersigned counsel and respectfully requests for permission to appear telephonically at the Initial Case Management Conference on February 28, 2011 at 4:00 p.m.

On Wednesday, February 23, 2011, the undersigned counsel was informed his father was in critical condition at intensive care unit in Denver, Colorado.  The undersigned counsel flew to Colorado to be with his father and family on Thursday, February 24, 2011.  As of the date of this application, the undersigned counsel is unsure of plans to leave Colorado as father's condition has worsened.

For these reasons, the undersigned counsel requests the ability to appear at February 28, 2011 Case Management Conference by telephone.

APPLICATION TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE   - 1

DATED: FEBRUARY 27, 2011

　　　/S/ SPENCER FREEMAN　　　
Spencer Freeman
Attorney for Plaintiff
THE FREEMAN LAW FIRM INC.
2104 North 30th Street
Tacoma, WA 98403
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
Email: sfreeman@freemanlawfirm.org



Dated:  2/28/2011

APPLICATION TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE   - 2