UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRASERSIDE HOLDINGS, LTD, a Foreign Limited Liability Co., <br><br> Plaintiff(s), <br><br> v. <br><br> META INTERFACES, LLC, a limited Liability Co., <br><br> Defendant(s). | No. C10-3585 BZ <br><br> **ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING TRIAL DATE** |

At the request of the parties, the case management conference set for **today, February 28, 2011 at 4:00 p.m.**, is **VACATED**. Trial in this matter is set for **Monday, September 26, 2011 at 8:30 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. A pretrial schedule will be issued shortly.

In the event the case does not settle and the parties need another case management conference, they shall contact my clerk, Ada Yiu at **415-522-2015** to schedule one.

Dated: February 28, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FRASERSIDE V. META INTERFACES\ORDER VACATING CMC AND SETTING TRIAL DATE.wpd

1