1
2
3
4
5
6
7
8      UNITED STATES DISTRICT COURT
9      NORTHERN DISTRICT OF CALIFORNIA
10
11

| | |
|---|---|
| 12 FRASERSIDE HOLDINGS, LTD., a foreign limited liability company, | No. CV 10-3585 BZ |
| 13 | Action Filed: August 13, 2010 |
| Plaintiff, | |
| 14 | STIPULATED AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| v. | PURSUANT TO FRCP 41(a)(1)(ii) |
| 15 | |
| META INTERFACES, LLC, a California limited liability company; and JOHN DOES 1-10, | |
| 16 | |
| 17 Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

**STIPULATION**

Plaintiff Fraserside Holdings, Ltd. and Defendant Meta Interfaces, LLC hereby stipulate that the above-captioned action is hereby dismissed with prejudice in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1).  It is further stipulated that the parties shall bear their own costs and attorneys' fees in connection with the above-captioned action.

DATED: May 13, 2011.

Respectfully,

CLARA J. SHIN
SHAUDY DANAYE-ELMI
HOWARD RICE NEMEROVSKI CANADY
     FALK & RABKIN
A Professional Corporation

By: _____ /s/ Shaudy Danaye-Elmi _____
                    SHAUDY DANAYE-ELMI

Attorneys for Defendant
META INTERFACES, LLC

DATED: May 13, 2011.

Respectfully,

SPENCER D. FREEMAN
FREEMAN LAW FIRM, INC.

By: _____ /s/ Spencer Freeman _____
                    SPENCER D. FREEMAN

Attorneys for Plaintiff
FRASERSIDE HOLDINGS, LTD.

**ORDER**

IT IS SO ORDERED.

DATED: _____, 2011.

_____
HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

STIP. AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE       CV 10-3583 BZ

-1-