CRAIG A. HENDERSON
Nevada Bar No. 10077
California Bar No. 257164
BAILEY❖KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 562-8820 Telephone
(702) 562-8821 Facsimile
CHenderson@BaileyKennedy.com

Attorneys for Judgment Creditor
BAILEY❖KENNEDY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FRASERSIDE HOLDINGS, LTD., a foreign limited liability company,

Plaintiff,

vs.

META INTERFACES, LLC, a California limited liability company,

Defendants.

Case No. 3:10-cv-03585-BZ

**AMENDED NOTICE OF JUDGMENT CREDITOR'S RELINQUISHMENT OF LIEN AND CONSENT TO DISMISSAL**

Judgment Creditor Bailey❖Kennedy filed a Notice of Lien in the above captioned case on December 8, 2010 as provided by Fed. R. Civ. P. 69(a) and Cal. Code Civ. P. 708.410 for the purpose of enforcing its rights against its judgment debtor, Plaintiff Fraserside Holding, Ltd. ("Fraserside") (ECF Doc. # 28.)

Bailey Kennedy consents to the dismissal of this action. Bailey❖Kennedy will retain all rights to continue enforcing the balance of its judgment against Plaintiff Fraserside Holdings, Ltd. (and the other third-party judgment debtor).

DATED this 18th day of May, 2011.

BAILEY❖KENNEDY

By: ______________________

CRAIG A. HENDERSON
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 562-8820 Telephone
(702) 562-8821 Facsimile

Attorneys for Judgment Creditor
BAILEY❖KENNEDY

**CERTIFICATE OF SERVICE**

In accordance with Fed. R. Civ. P. 5 and Cal. Code of Civ. P. 708.410, I certify that I am an employee of BAILEY❖KENNEDY and that on the 18th day of May 2011 the foregoing AMENDED NOTICE OF JUDGMENT CREDITOR'S RELINQUISHMENT OF LIEN AND CONSENT TO DISMISSAL was filed in this action, and that on the 18th day of May 2011, a copy of the foregoing AMENDED NOTICE OF JUDGMENT CREDITOR'S RELINQUISHMENT OF LIEN AND CONSENT TO DISMISSAL was served on the parties by filing and serving the same using the ECF system as follows:

Clara J. Shin (No. 214809)
Shaudy Danaye-Elmi (No. 242083)
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
(415) 434-1600 Telephone
(415) 677-6262 Facsimile
cshin@howardrice.com
sdanaye-elmi@howardrice.com
*Attorneys for Defendant*
*Meta Interfaces, LLC*

Philip R. Green, Esq.
LAW OFFICE OF GREEN & GREEN
1000 Fourth Street, Suite 595
San Rafael, California 94901
(415) 457-8300 Telephone
(415) 457-8757 Facsimile
phil@greenandgreen.com
*Attorneys for Plaintiff*
*Fraserside Holdings, Ltd.*

Spencer D. Freeman, Esq.
FREEMAN LAW FIRM, INC.
2104 North 30th Street
Tacoma, Washington 98403
(253) 383-4500 Telephone
(253) 383-4501 Facsimile
sfreeman@freemanlawfirm.org
*Attorneys for Plaintiff*
*Fraserside Holdings, Ltd.*

*Kelley Lebel*, an Employee of
BAILEY❖KENNEDY

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821