| | |
|---|---|
| 1 | CRAIG A. HENDERSON |
| 2 | Nevada Bar No. 10077<br>California Bar No. 257164 |
| 3 | BAILEY❖KENNEDY<br>8984 Spanish Ridge Avenue |
| 4 | Las Vegas, Nevada 89148<br>(702) 562-8820 Telephone |
| 5 | (702) 562-8821 Facsimile<br>CHenderson@BaileyKennedy.com |
| 6 | |
| 7 | Attorneys for Judgment Creditor<br>BAILEY❖KENNEDY |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| FRASERSIDE HOLDINGS, LTD., a foreign limited liability company, | ) ) ) | Case No. 3:10-cv-03585-BZ |
| Plaintiff, | ) ) | |
| v. | ) ) | **MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |
| META INTERFACES, LLC, a California limited liability company, | ) ) ) ) | |
| Defendants. | ) ) | |

Judgment Creditor BAILEY❖KENNEDY (the "Firm") comes before this Court respectfully requesting that this Court issue an order removing its Notice of Relinquishment of Lien and Consent to Dismissal (the "Original Consent"), filed as ECF Document #42, which was incorrectly filed with this Court.

The Original Consent purported to make representations regarding the existence and/or terms of certain agreements to which the Firm did not purport to be a party. The Firm has no

direct knowledge regarding whether the agreements described in the Original Consent actually exist, and, if they do, what terms they contain. Because the representations were made in error, the Firm acted promptly to file an Amended Notice of Relinquishment of Lien and Consent to Dismissal (ECF Document #44).

The Firm now requests that the Original Consent (ECF Document #42) be removed from the ECF system. The Firm has been advised that Fraserside and Meta both support this Motion.

DATED this 20th day of May, 2011.

BAILEY❖KENNEDY

By: /s/ Craig A. Henderson
CRAIG A. HENDERSON
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 562-8820 Telephone
(702) 562-8821 Facsimile

Attorneys for Judgment Creditor
BAILEY❖KENNEDY

24 May '11

*[GRANTED — Judge Bernard Zimmerman, United States District Court, Northern District of California]*

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821